IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2-4 and 6-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation,<br><br>Intervenor-Defendant. | Case No. 2:24-cv-00170-JHC<br><br>**ORDER GRANTING PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.'S UNOPPOSED MOTION TO INTERVENE AS DEFENDANT** |

This matter comes before the Court on an unopposed motion by People for the Ethical Treatment of Animals, Inc. ("PETA") to intervene in this case as a defendant pursuant to Fed. R. Civ. P. 24.  Dkt. # 13.  The Court, having considered PETA's motion, the materials filed in support thereof, and the pleadings and papers of record in this matter, hereby FINDS that the requirements for PETA's intervention under Rule 24 are satisfied.

The Court therefore ORDERS:

1.  That PETA's motion to intervene is GRANTED; and

2.  That PETA shall hereafter be considered a defendant in this case.

DATED this 20th day of February, 2024.

_____
John H. Chun
United States District Judge

ORDER GRANTING PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.'S UNOPPOSED
MOTION TO INTERVENE AS DEFENDANT - 2