1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated, | No. 2:24-cv-00170-JHC |
| Plaintiffs, | ORDER TO MODIFY BRIEFING AND ORAL ARGUMENT SCHEDULE |
| vs. | |
| THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity, | |
| Defendants, | |
| and | |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, | |
| Intervenor-Defendant. | |

Before the Court is the parties' Stipulation to Modify Briefing and Oral Argument Schedule. Dkt. # 16. The Court GRANTS the request. It is hereby ORDERED that:

1.     The Court's February 13, 2024, Temporary Restraining Order ("TRO") shall expire on March 18, 2024, unless extended by order of the Court.

2.     Defendants' responses to Plaintiffs' motion for preliminary injunction will be due on or before March 6, 2024;

ORDER TO MODIFY BRIEFING AND
ORAL ARGUMENT SCHEDULE - 1

3.      Plaintiffs' optional reply will be due on or before March 13, 2024; and

4.      The Court DIRECTS the Clerk to set oral argument for 10:00 a.m. on March 18, 2024, in Courtroom 14A.

DATED this 23rd day of February, 2024.

John H. Chun
United States District Judge

ORDER TO MODIFY BRIEFING AND
ORAL ARGUMENT SCHEDULE - 2