IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2-4 and 6-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation,<br><br>Intervenor-Defendant. | Case No. 2:24-cv-00170-JHC<br><br>**ORDER TO MODIFY BRIEFING AND ORAL ARGUMENT SCHEDULE** |

It is hereby ORDERED that:

1. The Court's February 13, 2024, Temporary Restraining Order ("TRO") shall expire on March 25, 2024, unless extended by order of the Court.

2. Defendants' responses to Plaintiffs' motion for preliminary injunction will be due on or before March 12, 2024;

3. Plaintiffs' optional reply will be due on or before March 20, 2024; and

//

//

4.     Oral argument will be set for 10:00 a.m. on March 25, 2024, in Courtroom 14A.

**DATED** this 5th day of March, 2024.

John H. Chun
United States District Judge