IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2-4 and 6-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>Intervenor-Defendants. | Case No. 2:24-cv-00170-JHC<br><br>**ORDER GRANTING NORTHWEST ANIMAL RIGHTS NETWORK'S UNOPPOSED MOTION TO INTERVENE AS DEFENDANT** |

This matter comes before the Court on an unopposed motion by Northwest Animal Rights Network ("NARN") to intervene in this case as a defendant pursuant to Fed. R. Civ. P. 24. Dkt. # 21.

The Court, having considered NARN's motion, the materials filed in support thereof, and the pleadings and papers of record in this matter, hereby FINDS that the requirements for NARN's intervention under Rule 24 are satisfied.

The Court therefore ORDERS:

1. that NARN's motion to intervene is GRANTED; and

2. that NARN shall hereafter be considered a defendant in this case.

DATED this 8th day of March, 2024.

*/s/ John H. Chun*

Hon. John H. Chun
United States District Judge