1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>                    Defendants,<br><br>          and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>                    Intervenor-Defendants. | No. 2:24-cv-00170-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO FILE SUPPLEMENTAL BRIEFING |

It is hereby ORDERED that:

1.     Defendants' supplemental response to Plaintiffs' Motion for Preliminary Injunction of no more than 3,000 words is due on or before March 20, 2024.

2.     Intervenor-Defendants' optional reply to Defendants' supplemental response of no more than 2,000 words is due on or before March 22, 2024.

ORDER GRANTING STIPULATED MOTION
TO FILE SUPPLEMENTAL BREIFING - 1

**DATED** this 15th day of March 2024.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO FILE SUPPLEMENTAL BREIFING - 2