IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2-4 and 6-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation,<br><br>Intervenor-Defendant. | Case No. 2:24-cv-00170-JHC<br><br>ORDER |

It is hereby ORDERED that, as discussed at today's hearing, the Court's February 13, 2024, Temporary Restraining Order, Dkt. # 11, is extended and shall expire on April 1, 2024.

**DATED** this 25th day of March, 2024.

John H. Chun
United States District Judge

ORDER - No. 2:24-cv-00170-JHC - Page 1