UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington,<br><br>　　　　　　　Defendants,<br><br>　and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, Inc.; NORTHWEST ANIMAL RIGHTS NETWORK,<br><br>　　　　　　　Intervenor-Defendants. | CASE NO. 2:24-cv-00170-JHC<br><br>MINUTE ORDER |

　　　The following Minute Order is made at the direction of the Court, the Honorable John H. Chun, United States District Judge:

　　　(1)  The Court ORDERS Plaintiffs to serve and file by today, March 26, 2024, citation(s) to legal authority, including any pin citation(s), to support their assertion that "[f]ederal regulations require that only two members of the IACUC, the chair (Dr. Sullivan) and the lead

MINUTE ORDER - 1

veterinarian, be identified by name in reports." Dkt. # 3 at 9 (motion for TRO and PI); Dkt. # 4 at 40, ¶ 8 ("Federal regulations require that only two members of the IACUC, the chair and the lead veterinarian, be identified by name in federal regulatory reports.").

    (2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 26th day of March 2024.

Ravi Subramanian  
Clerk

/s/Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2