UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>    Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>    Intervenor-Defendants. | No. 2:24-cv-00170-JHC<br><br>ORDER GRANTING STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL |

The Court GRANTS the stipulated motion of the parties (Dkt. # 49) and STAYS proceedings in this matter pending resolution of Intervenor-Defendants' interlocutory appeal.

/

/

ORDER GRANTING STIPULATED STAY OF
PROCEEDINGS PENDING APPEAL - 1

1  **DATED** this 10th day of May, 2024.

  
John H. Chun  
United States District Judge