# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>    Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>    Intervenor-Defendants. | No. 2:24-cv-00170-JHC<br><br>ORDER GRANTING UNIVERSITY OF WASHINGTON AND ELIZA SAUNDERS' MOTION FOR SUBSTITUTION OF SAUNDERS |

Before the Court is the unopposed motion of Defendants for Substitution of Saunders. Dkt. # 51. The Court GRANTS the motion and ORDERS that:

Pursuant to FRCP 25(d), Erin Rance, Interim Manager of the Office of Public Records is substituted for Eliza Saunders, previous Director of that same office, following Ms. Saunders's retirement.

The Court DIRECTS the Clerk to update the caption accordingly.

**DATED** this 19th day of November 2024.

_____
John H. Chun
United States District Judge

ORDER GRANTING UNIVERSITY OF
WASHINGTON AND ELIZA SAUNDERS'
MOTION FOR SUBSTITUTION OF
SAUNDERS - 2