The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>        v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ERIN RANCE, Interim Manager for the University's Office of Public Records and Open Public Meetings, in their official capacity,<br><br>           Defendants,<br><br>        and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>           Intervenor-Defendants. | No. 2:24-CV-00170-JHC<br><br>**TEMPORARY RESTRAINING ORDER**<br><br>[PROPOSED] |

        This matter came before the Court on a motion by Plaintiff P. Poe 5 *et al*. ("Plaintiffs") for

a Temporary Restraining Order against Defendants the University of Washington, and Erin Rance,

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

Interim Manager for the University's Office of Public Records and Open Public Meetings at the University of Washington, in their official capacity (the "University of Washington Defendants").

The Court, having considered Plaintiffs' Motion, all materials filed in support thereof, any materials filed in opposition, and the pleadings and papers of record in this matter, hereby FINDS as follows:

1.    The University of Washington Defendants have received requests under Washington's Public Records Act, RCW 42.56, for the disclosure of information relating to Plaintiffs' service on the University of Washington's Institutional Animal Care and Use Committee ("IACUC").

2.    The University of Washington Defendants have notified Plaintiffs and those similarly situated that, unless restrained by a court order or other judicial prohibition, they believe the Public Records Act will likely require the UW to release records relating to Plaintiffs.

3.    Communications by Defendants relating to the IACUC, to public records requests, and other relevant communications also contain personally identifying information of Plaintiffs that identify them as associated with the IACUC.

4.    On April 3, 2024, this Court issued a Preliminary Injunction in this matter (Dkt #45).

5.    Intervenors undertook an interlocutory appeal, and the Ninth Circuit issued a memorandum opinion on December 4, 2024, reversing the injunction (No. 24-2765, Dkt #39.1). Plaintiffs filed a Petition for Rehearing En Banc, which the Court of Appeals denied on Tuesday, January 14, 2025. (No. 24-2765, Dkt #42.1). Accordingly, the parties expect the Court of Appeals' mandate to issue on Tuesday, January 21, 2025.

6.    Plaintiffs state their intent file a Motion for Preliminary Injunction, noted pursuant to a briefing schedule to be agreed between the parties, based upon the following causes of action from Plaintiffs' Complaint:

TEMPORARY RESTRAINING ORDER - 2
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

a.  Plaintiffs' claim that the records at issue are exempt from disclosure under Washington's Public Records act through RCW 4.24.580, an anti-harassment statute that constitutes an "other statute" exemption from PRA disclosure.

7.  Plaintiffs have given Defendants, through their counsel, notice of their intent to seek this Temporary Restraining Order.

8.  Intervenors do not concede the Court has subject-matter jurisdiction to enter this TRO, that the findings in this Order have been established by sufficient evidence, or that Plaintiffs have met the requirements for issuance of a TRO on the merits.

9.  Intervenors do not oppose the issuance of a TRO that expires March 14, 2025, or the date of the Court's decision, whichever is later, provided that the current TRO shall not extend beyond March 28, 2025, without further order of the Court.

10.  Intervenors will not seek Public Records Act penalties or fees from the University of Washington while this Temporary Restraining Order remains in effect, in this matter or any separate one, with respect to records covered by the Temporary Restraining Order, in response to any pending public records request.

11.  The University of Washington Defendants do not concede the Court has subject-matter jurisdiction to enter this TRO, that the findings in this Order have been established by sufficient evidence, or that Plaintiffs have met the requirements for issuance of a TRO on the merits.

12.  The University of Washington Defendants do not oppose the issuance of this TRO.

13.  If documents and information at issue pertaining to Plaintiffs were to be released on or after January 21, 2025, due to the issuance of the Ninth Circuit's mandate, it would irreparably harm Plaintiffs and eliminate any possibility of their requested relief, before this Court has an opportunity to decide on the merits the issues to be raised by Plaintiffs' Motion for Preliminary Injunction.

TEMPORARY RESTRAINING ORDER - 3
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

14.     The materials submitted by Plaintiffs and declarants on their behalf in this matter establish that Plaintiffs and members of the putative class, due to their association with the IACUC, face a substantial and ongoing threat of harassment by members of the public who are opposed to animal research.

15.     Plaintiffs provide evidence sufficient to conclude, for purposes of this motion, that harassment directed at Plaintiffs and members of the putative class, based on their association with the IACUC, likely will increase if they are publicly identified as associated with the IACUC, due to the disclosure of their personally identifying information.

16.     Plaintiffs include employees of a research or educational facility involved in animal research.

Based on the foregoing findings, the Court CONCLUDES as follows:

17.     This Court has jurisdiction and venue over the subject matter and over Defendants.

18.     The harassment likely to be directed at Plaintiffs and putative class members, if their personally identifying information were to be disclosed, is potentially sufficient to satisfy the terms of RCW 4.24.580, making the relevant records exempt from disclosure under Washington's Public Records Act, RCW 42.56.070(1), and RCW 42.56.540.

19.     Release of the personally identifying information of Plaintiffs and putative class members prior to the Court's ruling on the merits of Plaintiffs' Motion for Preliminary Injunction would not be in the public interest and would substantially and irreparably damage Plaintiffs, putative class members, and the UW IACUC.

20.     Under the Ninth Circuit's sliding scale approach, Plaintiffs demonstrate "serious questions going to the merits" of their claims "and the balance of hardships tips sharply in [their] favor." *See Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011).

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

21.     Defendants received adequate notice of Plaintiffs' Motion for Temporary Restraining Order.

22.     A Temporary Restraining Order against the University of Washington Defendants is warranted to preserve the status quo, pending a hearing on whether to enter a preliminary and permanent injunction.

23.     No bond is necessary to protect the rights of Defendants.

The Court therefore ORDERS:

24.     Plaintiffs' Motion for a Temporary Restraining Order is GRANTED.

25.     Pending further order of this Court, the University of Washington Defendants are enjoined from disclosing the personally identifying information of Plaintiffs and putative class members, specifically, any current or former member or alternate member of the UW IACUC, in response or in relation to any request under Washington's Public Records Act, whether in Appointment Letters, in communications relating to the Public Records Request, or otherwise, to the extent such disclosure would identify any such individual as associated with the IACUC, on the same terms as the Court's prior preliminary injunction order (Dkt #45), including specifically that the University may release appropriately redacted records after consulting with counsel for Plaintiffs.

26.     This Temporary Restraining Order shall remain in effect through March 14, 2025, or the date of the Court's decision on Plaintiffs' Motion for Preliminary Injunction, whichever is later, although this TRO shall not extend beyond March 28, 2025, without further order of the Court.

27.     The bond requirement of Fed. R. Civ. P. 65(c) is inapplicable and is hereby WAIVED.

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

2

3        DATED this _____ day of January, 2025.

4

5

6                                    _____

7                                    JOHN H. CHUN
                                     United States District Judge
8

9

10   Presented by:

     **GOLDFARB & HUCK ROTH RIOJAS, PLLC**
11

12   _/s/Darwin P. Roberts_
     Darwin P. Roberts, WSBA No. 32539
13
     925 Fourth Avenue, Suite 3950
14   Seattle, Washington 98104
     Telephone: (206) 452-0260
15   Facsimile: (206) 397-3062
     E-mail: roberts@goldfarb-huck.com
16
     Counsel for Plaintiffs P. Poe 5, _et al._
17

18

19

20

21

22

23

24

25

26

TEMPORARY RESTRAINING ORDER - 6
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

2   Approved as to form:

3

4   s/    Nancy  S.  Garland
    **NANCY S. GARLAND, WSBA #43501**

5
    s/    Jessica Creighton
6   **JESSICA CREIGHTON, WSBA #37956**
    Assistant Attorneys General
7   Washington Attorney General's Office
    University of Washington Division
8   4333 Brooklyn Avenue NE, 18th Floor
    Seattle, Washington 98195-9475
9   Phone: (206) 543-4150
    Facsimile: (206) 543-0779
10

11  E-mail: nancys.garland@atg.wa.gov
    jessica.creighton@atg.wa.gov
12
    Attorneys for Defendants the University of Washington and Erin Rance
13

14
     **ANGELI & CALFO LLC**
15   *s/ Peter D. Hawkes*
     Peter D. Hawkes, WSBA #56794
16   Angeli & Calfo LLC
     121 SW Morrison Street, Suite 400
17   Portland, OR 97204
     Tel: 971-420-0220
18   Fax: 503-227-0880

19
     Attorneys for People for the Ethical
20   Treatment of Animals, Inc. and
     Northwest Animal Rights Network
21

22

23

24

25

26

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260