| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 22 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

P POE 5 and P POES, 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,

        Plaintiffs - Appellees,

 v.

UNIVERSITY OF WASHINGTON, a Washington public corporation and ERIN RANCE, Interim Manager for the University's Office of Public Records and Open Public Meetings,

        Defendants - Appellees,

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. and NORTHWEST ANIMAL RIGHTS NETWORK,

        Intervenor-Defendants - Appellants.

No. 24-2765

D.C. No. 2:24-cv-00170-JHC

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered December 04, 2024, takes effect this date. Costs are taxed against Appellees in the amount of $365.20.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT