UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ERIN RANCE, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>Intervenor-Defendants. | No. 2:24-cv-00170-JHC<br><br>ORDER GRANTING UNIVERSITY OF WASHINGTON AND ERIN RANCE'S MOTION FOR SUBSTITUTION OF RANCE |

Before the Court is the University of Washington and Erin Rance's Motion for Substitution of Rance. Dkt. # 59.

The Court GRANTS the motion and ORDERS that, under Federal Rule of Civil Procedure 25(d), Perry Tapper, Director of the Office of Public Records, is substituted for Erin

ORDER GRANTING UNIVERSITY OF
WASHINGTON AND ERIN RANCE MOTION
FOR SUBSTITUTION OF RANCE- 1

Rance, who was Interim Manager of the Office of Public Records following the previous Director of that same office's retirement.

The Court DIRECTS the Clerk to update the caption accordingly.

**DATED** this 31st day of January 2025.

_____
John H. Chun
United States District Judge

ORDER GRANTING UNIVERSITY OF
WASHINGTON AND ERIN RANCE MOTION
FOR SUBSTITUTION OF RANCE- 2