IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2-4 and 6-75, individually and on behalf of others similarly situated,<br><br>               Plaintiffs,<br><br>        v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>               Defendants,<br><br>        and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation; and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>           Intervenor-Defendants. | Case No. 2:24-cv-00170-JHC<br><br>**ORDER GRANTING INTERVENOR-DEFENDANTS' UNOPPOSED MOTION FOR EXPEDITED DISCOVERY** |

It is hereby ORDERED that Intervenor-Defendants' Unopposed Motion for Expedited Discovery, Dkt. # 69, is GRANTED.  Intervenor-Defendants may serve the requests for production attached as Exhibits A and B to the Motion and to serve the subpoena *duces tecum* attached as Exhibit C to the Motion.

/

ORDER GRANTING INTERVENOR-
DEFENDANTS' UNOPPOSED MOTION FOR EXPEDITED
DISCOVERY - 1

**DATED** this 12th day of February, 2025.

John H. Chun
United States District Judge