**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>    Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>    Intervenor-Defendants. | No. 2:24-cv-00170-JHC<br><br>STIPULATION AND ORDER TO POSTPONE CERTAIN DISCOVERY DATES AND SET DEADLINES FOR PRELIMINARY INJUNCTION BRIEFING |

## STIPULATION

Plaintiffs, Defendants, and Intervenor-Defendants, by and through their respective counsel, have conferred and stipulate and agree as follows:

1. At this time, the parties do not anticipate further issues involving discovery or disclosures that would require the Court's attention until after the Court issues a decision on Plaintiffs' forthcoming Motion for Preliminary Injunction. Accordingly, for efficiency, and because counsel for the University and Mr. Tapper filed a Notice of Unavailability covering

STIPULATION AND ORDER TO POSTPONE
CERTAIN DISCOVERY DATES & SET
DEADLINES FOR BRIEFING - 1

1. some of the relevant dates, the parties agree and jointly request that the deadlines for the FRCP 26(f) conference, initial disclosures, and Combined Joint Status Report and Discovery Plan set forth in the Court's Order of February 10, 2025 (Dkt #67) should be postponed until after the Court's ruling on the Motion for Preliminary Injunction. The parties will then jointly agree on new dates for these events.

2. Plaintiffs will file their Motion for Preliminary Injunction no later than February 24, 2025, and note it for consideration on March 24, 2025. Defendant's and Interventor Defendant's response will be due March 17, 2025. Any reply will be due March 24, 2025.

DATED this 18th day of February 2025.

**NICHOLAS W. BROWN**
Washington Attorney General

*/s/* Jessica L. Creighton
Jessica L. Creighton, WSBA #37956
Assistant Attorney General

Washington Attorney General's Office
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
Seattle, Washington 98195-9475
Phone: (206) 543-4150
E-mail: jessica.creighton@atg.wa.gov

Attorneys for Defendants University of Washington and Perry Tapper

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/* Darwin P. Roberts
Darwin P. Roberts, WSBA #32539

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: (206) 452-0260
E-mail: roberts@goldfarb-huck.com

Attorneys for Plaintiffs

**ANGELI & CALFO LLC**

*/s/* Peter D. Hawkes
Peter D. Hawkes, WSBA #56794

121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (971) 420-0220
E-mail: peter@angelicalfo.com

Attorneys for Intervenor-Defendants People for the Ethical Treatment of Animals, Inc. and Northwest Animal Rights Network

<u>ORDER</u>

It is hereby ORDERED that:

1. The deadlines in the Court's February 10, 2025 Order are postponed until the resolution of Plaintiffs' forthcoming Motion for Preliminary Injunction;

2. Plaintiffs shall file their Motion for Preliminary Injunction no later than February 24, 2025, and note it for consideration on March 24, 2025. Defendants' and Intervenor Defendants' responses are due March 17, 2025. Any reply is due March 24, 2025.

**DATED** this 18th day of February 2025.

*/s/ John H. Chun*
John H. Chun
United States District Judge