The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>Intervenor-Defendants. | No. 2:24-CV-00170-JHC<br><br>**PLAINTIFFS' NOTICE OF FILING AMENDED COMPLAINT WITH CONSENT OF OPPOSING PARTIES (FED. R. CIV. P. 15(a)(2))**<br><br>**Noted on motion calendar: February 21, 2025** |

Under Fed. R. Civ. P. 15(a)(2) and LCR 7(d)(1), Plaintiffs hereby give notice of filing their Amended Complaint. Plaintiffs requested and received the written consent of the University of Washington Defendants and Intervenor-Defendants People for the Ethical Treatment of Animals and Northwest Animal Rights Network to the filing of this Amended Complaint (adding a cause

NOTICE OF FILING AMENDED COMPLAINT - 1
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

of action for federal preemption along with additional allegations). Accordingly, the Amended Complaint should be filed by the Court.

DATED this 21st day of February, 2025.

Respectfully submitted,

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/Darwin P. Roberts*
Darwin P. Roberts, WSBA No. 32539
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail:  roberts@goldfarb-huck.com

Counsel for Plaintiffs P. Poe 5, *et al*.

NOTICE OF FILING AMENDED COMPLAINT - 2
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and supporting documents were filed electronically with the Clerk of the Court using the CM/ECF system on February 21, 2025, and was served via the Court's CM/ECF system on all counsel of record.

DATED this February 21, 2025, at Seattle, Washington.

*/s/Darwin P. Roberts*
Darwin P. Roberts, WSBA No. 32539

NOTICE OF FILING AMENDED COMPLAINT - 3
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260