The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>Intervenor-Defendants. | NO. 2:24-CV-00170-JHC<br><br>**DECLARATION OF DR. JANE SULLIVAN RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF JANE SULLIVAN

I, Jane Sullivan, declare as follows:

1. I am the Chair of the Institutional Animal Care and Use Committee at the University of Washington. I make this declaration based on my personal knowledge.

DECLARATION OF DR. JANE SULLIVAN
RE: MOTION FOR PRELIMINARY INJUNCTION - 1
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

2. In my February 2024 declaration, I stated that in my capacity as Chair of the UW IACUC, I make efforts to keep aware of instances of harassment, threats, and similar activity directed at IACUC members and alternates, as well as at other individuals and departments that are part of the research community at UW.

3. In that declaration, I also referred to incidents of harassment and public pressure aimed at persons associated with the Washington National Primate Research Center ("WaNPRC"), the UW-affiliated research center that has been the subject of various PETA protests.

4. In September of 2024, PETA itself reported that persons it described as "PETA supporters," quote, "interrupted the keynote speech of Elizabeth Buffalo, a troubled monkey tormentor from the Washington National Primate Research Center, during the Simian Collective conference held at the University Club on the University of Pittsburgh campus shouting 'Elizabeth Buffalo has blood on her hands! Dorothy's blood is on her hands!' They were tackled by police and arrested."
See:

<< https://www.peta.org/media/news-releases/monkey-defenders-highlight-merciless-uw-primate-experimenter-at-simian-collective-conference/ >> (as reviewed January 26, 2025, including photos of the arrests). Attached as Exhibit A is a true and correct copy of that PETA news release, titled "Monkey Defenders Highlight Merciless UW Primate Experimenter at Simian Collective Conference."

5. Given events like this, and the others described in previous declarations, we continue to be concerned about possible actions by animal research opponents, including persons who might be independently inspired by PETA's allegations.

6. On Friday, December 13, 2024, I was made aware of an email that had been sent to a UW Office of Animal Welfare email account. Attached as Exhibit B is a true and correct copy of that email. The sender's email address has been redacted because we are not sure if that address is genuine.

DECLARATION OF DR. JANE SULLIVAN
RE: MOTION FOR PRELIMINARY INJUNCTION - 2
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

7. The email seemed to specifically reference the Ninth Circuit's decision from a few days before, reversing the preliminary injunction. There appeared to be little media coverage of the Ninth Circuit decision, but PETA issued a press release about it, and PETA may have sent a similar message to its supporters. Attached as Exhibit C is a true and correct copy of that PETA press release, dated December 4, 2024; see: << [Ninth Circuit Victory: Court Holds Once Again that University of Washington Animal Oversight Committee Members Have No Right to Hide Names; PETA Statement | PETA](#) >> (reviewed January 26, 2025).

8. Although the December 13 email to UW does not contain explicit threats, the menacing tone and 'canis lupus' sign off was very frightening for me and other UW IACUC members who were targeted in the message. Canis lupus is the scientific name for a wolf, which is also significant for security reasons due to threats associated with "lone wolf" attackers. After discussion with others in the UW animal care community, we decided to cancel the December IACUC meeting, which was scheduled for Thursday Dec 19, 2024, out of concerns for the safety of individuals who would be on site for the meeting.

9. Although IACUC members can always attend our meetings remotely online via Zoom, my understanding is that for a meeting to comply with Washington's Open Public Meetings Act, it must maintain a public meeting location where members of the public can view a livestream of the meeting. During a UW IACUC meeting, an IACUC support staff person remains in the public space during every meeting to ensure that the live stream is not lost (in which case the meeting cannot continue until the live stream is restored). Because of our concerns about the safety of our on-site support staff, we decided to cancel the December meeting to give us time to identify a safe alternative.

10. After consulting with the UW Police and FBI, on Jan 23, 2025, we held our January IACUC meeting remotely online via Zoom and moved our public viewing location to the UW Police Department Offices.

DECLARATION OF DR. JANE SULLIVAN
RE: MOTION FOR PRELIMINARY INJUNCTION - 3
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1
2
3   I declare under 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct.
4
                                           Executed on: January 27, 2025
5
6                                          *s/ Jane Sullivan*
                                           Dr. Jane Sullivan
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF DR. JANE SULLIVAN
RE: MOTION FOR PRELIMINARY INJUNCTION - 4
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170-JHC

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

# EXHIBIT A



# Monkey Defenders Highlight Merciless UW Primate Experimenter at Simian Collective Conference

**For Immediate Release:**
September 5, 2024

**Contact:**
Tasgola Bruner 202-483-7382

**Pittsburgh** – PETA supporters this morning interrupted the keynote speech of Elizabeth Buffalo, a troubled monkey tormentor from the Washington National Primate Research Center, during the Simian Collective conference held at the University Club on the University of Pittsburgh campus shouting "Elizabeth Buffalo has blood on her hands! Dorothy's blood is on her hands!" They were tackled by police and arrested.

The event promotes experiments on monkeys, and PETA supporters urged Buffalo to end her cruel and deadly experiments on primates and instead use superior, animal-free research methods that actually produce human-relevant results. Photos and video footage are available here.



Buffalo is best known for her treatment of a monkey named Dorothy, an elderly rhesus macaque who was confined alone to a cage and subjected to unrelenting experiments for the final two and a half years of her life. Buffalo kept Dorothy restrained and hungry, drilled a hole in her skull, and surgically implanted a titanium post. Despite Dorothy's ongoing weight loss and obvious physical deterioration, Buffalo kept experimenting on her, supposedly to learn about the neurobiology of human aging. But all that Buffalo achieved was the merciless decline of a lonely, sick, and cancer-ridden monkey.

"It's Buffalo who needs to examine her morals, not monkeys," says PETA primate scientist Dr. Lisa Jones-Engel. "PETA calls on Buffalo and her peers to stop harming primates and conduct human-relevant research."

For more than six decades, the primate center has infected, tormented, and killed monkeys; wasted taxpayer dollars; repeatedly violated the federal Animal Welfare Act; and failed the scientific community. The thousands of primate deaths include those of monkeys who were strangled, starved, and mauled. Others choked on their own vomit, had their limbs mangled, were given the wrong drugs, or died from uncontrolled diarrheal diseases.

PETA—whose motto reads, in part, that "animals are not ours to experiment on"—points out that Every Animal Is Someone and offers free Empathy Kits for people who need a lesson in kindness. For more information, please visit **PETA.org** or follow the group on **X**, **Facebook**, or **Instagram**.



# For Media: Contact PETA's Media Response Team.

**CONTACT**

**People for the Ethical Treatment of Animals**

501 Front St., Norfolk, VA 23510 • 757-622-PETA (7382) • 757-622-0457 (fax)

PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336). CFC #11651

| About PETA | Help Animals | For Media | Support PETA | International Sites |
|---|---|---|---|---|
| Our Story | Urgent Alerts | Media Center | Donate Now | PETA U.K. |
| Careers | Our Campaigns | News Releases | Become a Member | PETA France |
| Why Animal Rights? | Join the Action Team | PSAs | Make a Monthly Gift | PETA Germany |
| Victories | For Students | For Media: Order PSAs | Make a Memorial Gift | PETA Netherlands |
| Volunteer | For Teachers | Contact Media Team | Make an Honorary Gift | PETA Switzerland |
| PETA Prime | | | Make a Stock Gift | PETA India |
| Sign Up for E-Mails | | | Gifts in Wills | PETA Australia |
| Join PETA's Text List | | | What Is the Vanguard Society? | PETA Asia |
| Contact PETA | | | Membership Services | 亚洲善待动物组织 |
| International Publications | | | Gift Memberships | PETA Latino |
| | | | More Ways | |

# EXHIBIT B

**From:** ▮
**To:** Office of Animal Welfare
**Date:** Thursday, December 12, 2024 3:23:55 AM

Who are the University of Washington's (UW) Institutional Animal Care and Use Committees members it was disclosed in a court case for the names to be released but that information does not seem to be available please respond back with a list of names many also willing to wait out side of ▮ for those who come and go out of that building walk grounded (please )
Your own regards of compliancy in best interest- canis lupus

# EXHIBIT C



# Ninth Circuit Victory: Court Holds Once Again that University of Washington Animal Oversight Committee Members Have No Right to Hide Names; PETA Statement

**For Immediate Release:**
December 4, 2024

**Contact:**
Tasgola Bruner 202-483-7382

**Seattle** – Please see the following statement from PETA Deputy General Counsel and Director of Litigation Asher Smith regarding the decision of the 9th Circuit Court, released today, holding that University of Washington (UW) animal experimentation oversight committee members have no constitutional right to keep their identities secret. A panel of three 9th Circuit judges took less than two weeks after oral argument to issue a landmark decision in favor of appellants PETA and the Northwest Animal Rights Network (NARN), reversing a preliminary injunction granted by a Seattle-based United States District Court. This is the third time in three years that a district court decision enjoining UW from disclosing information in response to public records requests that would have identified members of the UW Institutional Animal Care and Use Committee (IACUC) has been reversed:



This is a major victory for transparency and a blow to all institutions that take taxpayer money for experiments on animals but try to shirk their accountability to taxpayers. Who sits on these committees in publicly funded laboratories and what they do is everyone's business, and these individuals cannot simply choose to operate in secrecy. As PETA

explained to the 9th Circuit, access to IACUC member identities is vital in allowing the public to investigate serious concerns about potentially illegal conflicts of interest: If the oversight body is improperly constituted, it is operating illegally and should have no authority to approve animal experiments.

PETA and NARN were supported at the Ninth Circuit for the third time by the Reporters Committee for Freedom of the Press, which submitted an amicus brief on behalf of 12 media organizations, including the *Seattle Times*.

The case is now remanded back to the District Court, where PETA will continue to oppose any further efforts by UW IACUC members to use the legal process to evade basic public oversight of their work as members of a governing body of an important state agency. PETA was represented by Peter Hawkes at Angeli Law Group LLC.

For more information on PETA's investigative newsgathering and reporting, please visit **PETA.org** or follow PETA on **Twitter**, **Facebook**, or **Instagram**.



## For Media: Contact PETA's Media Response Team.

**CONTACT**

**People for the Ethical Treatment of Animals**

501 Front St., Norfolk, VA 23510 • 757-622-PETA (7382) • 757-622-0457 (fax)
PETA is a nonprofit, tax-exempt 501(c)(3) corporation (tax ID number 52-1218336). CFC #11651

| About PETA | Help Animals | For Media | Support PETA | International Sites |
|---|---|---|---|---|
| Our Story | Urgent Alerts | Media Center | Donate Now | PETA U.K. |
| Careers | Our Campaigns | News Releases | Become a Member | PETA France |