| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,

Plaintiffs,

v.

THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,

Defendants,

and

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,

Intervenor-Defendants.

No. 2:24-CV-00170-JHC

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

This matter comes before the Court on a motion by Plaintiffs for an order extending the Temporary Restraining Order granted by this Court on January 21, 2025 (Dkt #57). Dkt. # 77. The January 21 order states the TRO will "not extend beyond March 28, 2025, without further

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER - 1
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

order of the Court." Plaintiffs' motion to extend the Temporary Restraining Order is unopposed by Defendants and Intervenor-Defendants.

The Court, having considered Plaintiffs' Motion, all materials filed in support thereof, any materials filed in opposition, and the pleadings and papers of record in this matter, hereby FINDS as follows:

Under Fed. R. Civ. P. 65(b)(2), before a TRO expires, "the court, for good cause," may extend it. "The reasons for an extension must be entered in the record." *Id*.

In issuing the TRO, which was unopposed by Defendants and Intervenor-Defendants, the Court found that Plaintiffs satisfied the *Winter* factors. January 21 Order (Dkt #57), at 4-7. The expiration of the TRO, prior to this Court deciding Plaintiffs' Motion for Preliminary Injunction, would allow Plaintiffs to be irreparably harmed through the release of the challenged records before this Court reaches a substantive decision on a preliminary injunction. Accordingly, and considering the non-opposition of the Defendants and Intervenor-Defendants, the Court finds good cause for the extension of the TRO.

The Court therefore ORDERS that Plaintiffs' Motion to Extend the Temporary Restraining Order is GRANTED. Under Fed. R. Civ. P. 65(b)(2), the Temporary Restraining Order shall remain in effect until April 11, 2025, or until this Court issues a decision on Plaintiffs' Motion for Preliminary Injunction, whichever is sooner.

DATED this 17th day of March, 2025.

John H. Chun
United States District Judge

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER - 2
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170