The Honorable John H. Chun

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2-4 and 6-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation; and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>Intervenor-Defendants. | Case No. 2:24-cv-00170-JHC<br><br>**SUPPLEMENTAL DECLARATION OF PETER D. HAWKES IN SUPPORT OF INTERVENOR-DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Peter D. Hawkes, declare as follows:

1. I am one of the attorneys representing Intervenor-Defendants People for the Ethical Treatment of Animals, Inc. and Northwest Animal Rights Network in this action.

2. Attached as **Exhibit A** is a true and correct copy (with added highlighting) of excerpts from the transcript of the deposition of Dr. Jane Sullivan, taken on February 28, 2025 (the "Sullivan Deposition").

SUPPLEMENTAL DECLARATION OF PETER D. HAWKES IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 1

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

3. Attached as **Exhibit B** is a true and correct copy (with added highlighting) of a Slack chat thread produced by the University of Washington ("UW") in this matter with Bates number UW-000138 and marked as Exhibit 2 in the Sullivan Deposition.

4. Attached as **Exhibit C** is a true and correct copy (with added highlighting) of an email and attachment produced by UW in this matter with Bates numbers UW-000046 to UW-000067 and marked as Exhibit 7 in the Sullivan Deposition

5. Attached as **Exhibit D** is a true and correct copy (with added highlighting) of a Slack chat thread produced by UW in this matter with Bates number UW-000139 and marked as Exhibit 3 in the Sullivan Deposition.

6. Attached as **Exhibit E** is a true and correct copy (with added highlighting) of a Slack chat thread produced by UW in this matter with Bates number UW-000147 and marked as Exhibit 8 in the Sullivan Deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of March 2025.

*s/Peter D. Hawkes*
Peter D. Hawkes

SUPPLEMENTAL DECLARATION OF PETER D. HAWKES IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 2

**ANGELI & CALFO LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880