# EXHIBIT B

Case 2:24-cv-00170-JHC     Document 80-2     Filed 03/17/25     Page 1 of 2

December 17th, 2024

**Jennifer Iwamoto** 11:24 AM
A draft message for the IACUC, all feedback welcome. Trying to find the right amount of information to include...

Subject: IACUC Meeting Cancelled
marked high priority

Dear IACUC Members and Alternates,

We apologize for the short notice, but the IACUC meeting scheduled for this Thursday December 19th is being cancelled due to a concern for IACUC member and support staff safety.

Last week OAW received a message directed at the IACUC that created concern for the safety of individuals who are on site for the meeting. Program leadership is working with relevant internal and external parties to assess the situation and evaluate the safety plan. More information will follow.

Thank you, (edited)

**Christina Cruzen** 11:30 AM
I think this is good.

**Sally Thompson-Iritani** 11:31 AM
I think that this sounds good also. Should we specify safety concerns with a meeting on site? Just so people don't worry that they are coming to their houses?

**Jennifer Iwamoto** 11:32 AM
Perhaps "Last week OAW received a threatening message directed at the IACUC that created concern for the safety of individuals who are on site for the meeting". ??

**Sally Thompson-Iritani** 11:33 AM
that sounds good.

**Jennifer Iwamoto** 11:44 AM
Thanks - edits were incorporated into the above draft. I'll wait for @Jane Sullivan to weigh in before sending to Zak.

**Jane Sullivan** 11:52 AM
I'd like to remove 'threatening' because it is a judgement call and thus might need defending. We don't need it to make our point and we can go into more details later.

**Jennifer Iwamoto** 12:00 PM
"message referencing the IACUC"?

**Jane Sullivan** 12:24 PM
I like all the other words: Last week OAW received a message directed at the IACUC that created concern for the safety of individuals who are on site for the meeting".
✓ 1

Should we have Zak reach out to Wayne and Lisa, who have both signed up to make a public comment? No one else has signed up so far.

**Christina Cruzen** 12:28 PM
I think reaching out would be a nice.

**Jennifer Iwamoto** 12:30 PM
Yeah, I can't think of any reason not to do that. Just letting them know it has been cancelled (no other details)?

**Christina Cruzen** 12:31 PM
agreed

**Christina Cruzen** 1:19 PM
I also feel like this is something we should tell aaalac about in advance? Extremist activity that is prompting a change?

**Aubrey Schoenleben** 2:26 PM
Not sure if we're still wordsmithing, but an option for that last sentence - "Last week OAW received a message that created concern for the safety of individuals who are on site for the IACUC meeting"
✓ 1

**Jennifer Iwamoto** 2:27 PM
I've sent a draft to Zak but I can pass that update along if others agree. I don't have a strong opinion.

**Jane Sullivan** 2:30 PM
I don't have strong feelings either way. Thank you everyone for pulling together quickly on this!
✓ 1

**Aubrey Schoenleben** 2:32 PM
For AAALAC, I think if we reach out may be somewhat dependent on how much public messaging we want to do about this event. If we do, then I can reach out and give them a heads up. If we don't, we can include this information (and our response) on the annual report (we typically submit it in January). There is a specific question on the annual report form re: animal rights activity.

**Jennifer Iwamoto** 2:48 PM
Re: OPMA there is nothing specific about cancellations. Since the law requires posting agendas at least 24 hours in advance, I think following the same guidelines and posting cancellations at least 24 hours in advance if possible makes sense.

**Jennifer Iwamoto** 2:54 PM
Zak will send the email shortly, with Aubrey's suggested edits.

Also plan to:
- cancel meeting on outlook calendar
- update website to state "meeting cancelled" under the "Agenda for December 19", and put "cancelled" after the date on the list of meeting dates
- close speaker sign-ups, and reach out to anyone that has signed up to inform them that the meeting has been cancelled.

All OK?
👍 2

**Aubrey Schoenleben** 2:55 PM
I think that sounds good. Add a message to OAW and PC Slack too in case there are folks that are slow re: email?
👍 2

Ex. No. 2   Date: 2-28-25
Wit: Sullivan
Peggy Fritschy Hamilton, RPR

UW-000138

Hawkes Decl. Exhibit B
Page 1 of 1