# EXHIBIT C

**From:** Jennifer F Iwamoto via Oaw-staff <oaw-staff@u.washington.edu>
**To:** Jennifer F Iwamoto <jpf2@uw.edu>
**Cc:** Jane Sullivan <jmsull@uw.edu>, Sally Thompson-Iritani <sti2@uw.edu>
**Subject:** [Oaw-staff] Follow-up: IACUC Meeting Cancellation
**Date:** Tue, 24 Dec 2024 18:36:19 +0000
**Attachments:** SAFETY_INFORMATION_FOR_RESEARCH_Jan_2022.pdf
**Inline-Images:** image001.jpg; Email_screenshot.jpg

---

Dear IACUC Members and Alternates,

As you know, the December IACUC meeting was cancelled due to a concern for IACUC member and support staff safety. We are following up with you to share some more information.

On December 12, 2024, an email was received to our animal welfare concerns reporting email address, concerns@uw.edu. This email address is shared publicly on the Office of Animal Welfare website. A screenshot of the email is attached, with the unverified sender information removed. The name of the sender was not familiar to anyone in animal program leadership. The email has been shared with contacts at the UWPD, FBI, and the Washington State Office of the Attorney General.

Options for the December meeting were discussed among program leadership, including making the December meeting fully remote for attending IACUC members. However, the Open Public Meetings Act requires a physical location for the public to attend, which would require having staff on site to support that location. The decision was made to cancel the meeting to allow time to assess the situation and review our safety plan

Please refer to the Personal Safety Information attached. Any on-campus suspicious activity or confrontation should be reported immediately to UWPD (Emergency: 9-1-1 ; Non-Emergency: 206-685-UWPD/8973).

We understand that this could be unsettling, and you may have questions or concerns that you want to discuss. Please feel free to reach out to me, Jane, or Sally (cc'd) at any time.

Thank you,

-Jenny

**Jennifer Iwamoto, DVM, CPIA**
Director, Internal & IACUC Operations
Office of Animal Welfare

Health Sciences Building, Box 357160
1705 NE Pacific Street, Seattle, WA 98195-7160
Phone: 206.616.7475 | Fax: 206.616.5664
jpf2@uw.edu | https://sites.uw.edu/oawrss/
Pronouns: She, her


**Office of
Animal Welfare**
Research Support Services
UNIVERSITY of WASHINGTON



Sent: Thursday, December 12, 2024 3:23:16 AM (UTC-08:00) Pacific Time (US & Canada)
To: Office of Animal Welfare
Subject:

Who are the University of Washington's (UW) Institutional Animal Care and Use Committees members it was disclosed in a court case for the names to be released but that information does not seem to be available please respond back with a list of names many also willing to wait out side of ne pacific street (preent) for those who come and go out of that building walk grounded (please ) Your own regards of compliancy in best interest- canis lupus

_____

Oaw-staff mailing list
Oaw-staff@u.washington.edu
http://mailman11.u.washington.edu/mailman/listinfo/oaw-staff



UNIVERSITY *of*
**WASHINGTON**

# PERSONAL SAFETY INFORMATION
# {PERSONNEL ASSOCIATED WITH ANIMAL CARE}

> **Situations that pose personal safety risks are often stressful. Preparing is one way to reduce stress. Just as we prepare for earthquakes and winter storms there are things that we can do to prepare ourselves for the potential threat posed by those who may engage in harassment and unlawful activity to protest animal research.**
>
> **The following information is provided to increase your awareness of the risk and the steps you can take to best protect yourself.**

# Contents

EMERGENCY CONTACTS .................................................................................................................3

WHO DO THE ACTIVISTS TARGET AND WHY?...........................................................................................4

ASSESS YOUR RISK ......................................................................................................................4

WHAT WILL THEY DO? ..................................................................................................................4

PROTECTING PERSONAL INFORMATION?................................................................................................6

    What Information Should I Protect? ................................................................................................6

    What Can be Done with My Personal Information If They Get It? ...........................................................6

    How Can They Get My Personal Information? ....................................................................................6

    What Can I Do to Protect My Personal Information?...........................................................................7

    Social Media Security ................................................................................................................9

A LIST OF DO's AND DONT'S (What can I do?)...........................................................................................9

HOW CAN I PROTECT MY OFFICE/LABORATORY? ....................................................................................11

HOW CAN I PROTECT MY HOME?......................................................................................................12

WHAT DO I DO IF I BECOME THE VICTIM OF HARASSMENT?........................................................................14

    What to Do if You Receive a Concerning Email, Call or Letter...............................................................14

    Office/Lab Disruptions .............................................................................................................15

        Preparation and planning before an office/lab disruption takes place ..............................................15

        Actions to take during an office/lab disruption ......................................................................15

        Actions to take after an office/lab disruption.........................................................................15

    At Home ...............................................................................................................................16

        Actions to take during a home demonstration........................................................................17

        Actions to take after a home demonstration .........................................................................17

HOME SAFETY CHECKLIST ..............................................................................................................19

    PLANNING ............................................................................................................................20

    DAILY PRECAUTIONS................................................................................................................20

    IF ACTIVISTS SHOW UP.............................................................................................................20

Hawkes Decl. Exhibit C
Page 4 of 22
UW-000049

## EMERGENCY CONTACTS

## In an emergency, call 9-1-1

In non-emergency situations, contact your local law enforcement.
Consider locating this number now, and writing it here for future
reference:

---

**University of Washington Police Department contacts**

**(for on-campus situations and reporting of incidents):**

- ## Emergency: 9-1-1
- **Non-Emergency:** 206.685.UWPD (8973)
  - uwpolice@uw.edu

Hawkes Decl. Exhibit C
Page 5 of 22
UW-000050

## WHO DO THE ACTIVISTS TARGET AND WHY?

There are many types of research that draw the attention of activists. The list below is a sample, but not necessarily all-inclusive:

- Animal based research that uses animals outside their natural habitat
- Genetics research
- Biodefense research
- Stem cell research, particularly if associated with embryonic stem cells
- Any research perceived to be potentially harmful to the environment
- Technology research perceived to be potentially harmful to animals and/or the environment
- Drug discovery and development research involving animals

Those who may engage in harassment and unlawful activity to protest animal research have a goal of ending all humane, ethical, and legal research involving animals. Toward that end, they may target companies, organizations and individuals who perform or are affiliated with those who perform research with animals. Over the years, banks, insurance companies, investors, contractors, suppliers, scientists, and veterinarians at one time or another have experienced targeting by anti-science animal extremist individuals and groups. Because of your affiliation and involvement in animal research, it is possible you may become a target. We created this document to help you prepare for this possibility and navigate it should it arise.

## ASSESS YOUR RISK

The goal of those who may engage in harassment and unlawful activity to protest animal research is to end all research involving animals. Organizations like the Animal Liberation Front and their subsidiaries have used violence in the past, but tactics used today focus more on legislative activities and so-called outreach campaigns. Activities these groups may engage in include frivolous lawsuits, home, and office protests, as well as distribution of literature containing negative information about individuals or organizations. It is unclear how any specific person or organization becomes a target, but the increase in accessibility of information through the internet, as well as increases in public record requests, means it is much easier for groups to identify targets. And while tactics involving violence have decreased, they may reappear. We need to work together to protect and support one another and to always be prepared.

## WHAT WILL THEY DO?

Tactics used to target individuals may be categorized in many ways. The non-exhaustive list below includes several examples of the types of tactics currently being

pg. 4

used by those who may engage in harassment and unlawful activity to protest animal research groups:

- Letters, e-mails, etc. opposing a person's work/research on various grounds.
- Harassing, intimidating, or threatening communications (not in person) intended to cause anxiety and fear. These letters, e-mails, social media campaigns, etc. may threaten a person with future harassment or more severe tactics, including criminal activity.
- Direct actions directed at an individual
    o Protests at the institution, but directed at a specific person
    o Protests at events (e.g., lectures, classes, etc.) given by a specific person
    o Protests at a specific person's work area
    o Protests at a specific person's home or in his/her neighborhood
- Direct actions directed at an institution
    o Protests at an institution directed at animal research overall, a specific building, or specific lab
    o Protests at institutions involving illegal activity, such as trespassing, "sit-ins," occupations/disruptions of administrative or operational areas, and other actions that are illegal but not violent or destructive
- Direct action against property
    o Graffiti (excluding the use of temporary chalk)
    o Vandalism
    o Theft (including theft of personal information and credit card details via mail theft)
    o Sabotage
    o Destruction
    o Animal releases
    o Arson
    o Leaflets with disparaging content meant to single out individuals
- Physical assaults
- Throwing substances (e.g., fake blood, feces, caustic liquids, etc.) onto people
- Shoving, bumping, or otherwise physically intimidating people going to/from homes or offices
- Violent physical attacks (rare)
- Public information requests based on open records laws

**Note: Legal, or low-level criminal actions (e.g., trespassing, disorderly conduct, etc.) are far more common than violent tactics. However, there is an ongoing debate in the animal rights movement about the "acceptable" use of violence. In**

Hawkes Decl. Exhibit C
Page 7 of 22
UW-000052

addition, lower-level activity frequently precedes more serious actions. Because of this, any activist activity directed at an individual as a result of their employment or association with the University of Washington should be immediately reported to UW POLICE DEPARTMENT.

## PROTECTING PERSONAL INFORMATION?

### What Information Should I Protect?

Everyone should take routine steps to protect their personal information.

**Note that these are the same as what cybercriminals and others can do with information gained through a data breach, for example, however, given the sensitivity of animal research, you may be at higher risk.**

Personal information used by activists you should consider taking steps to protect include the following:

- Home address
- Home phone number
- Other personal phone numbers (cell phones)
- Social Security number
- Driver's License number
- Bank and credit card account numbers
- Personal Identification Numbers (PINs)
- Account logins and passwords (both work and personal)
- Personal information of others in the household (e.g., spouse employment information, child daycare or school information, etc.)

### What Can be Done with My Personal Information If They Get It?

Some of the malicious uses of this information may include the following:

- Purchase of expensive items in your name
- Ordering unwanted goods and having them sent to your address
- Identity theft, including opening fraudulent credit accounts and entering into contractual agreements
- Canceling service (e.g., electricity, phone, etc.) without your knowledge
- Posting personal information on the Internet to facilitate harassment and protests near your home (doxing)

### How Can They Get My Personal Information?

There are many "people find" companies on the Internet that collate information about individuals, often from public records (e.g., property records, marriage and divorce

pg. 6

records, court records, and similar), and make it easily available online. Some companies also have access to private databases that they can match with other available information. Compromised information from data breaches is also often available for sale on the dark web.

## What Can I Do to Protect My Personal Information?

There are many steps you can take to protect your personal information and make it difficult for someone to access it. The following is a list of precautions you may take. While not everyone will choose to take all the listed precautions, everyone should at least consider them and weigh the benefits of each measure against the cost or inconvenience, and the risk of the information being used in an unauthorized way.

*The UW POLICE DEPARTMENT can assist individuals or groups in evaluating which measures are most appropriate.*

- Do not give your home address to anyone you do not know and trust.
- Always use your work address for business purposes and as a contact address for people other than family and friends.
- Do not use your personal cell phone for work purposes or consider using a second phone solely for that purpose.
- Attempt to opt out or remove yourself from various "people find" pages. Some services allow this, while others do not.
- Those at elevated risk or currently being harassed can consider obtaining a PO Box.
- Insist that all businesses with whom you do business protect your personal information. Some businesses must have your home address (e.g., phone company, cable company, etc.). In these cases, read the privacy policy they provide and exercise your right to restrict release of your information. Other businesses do not need your home address and can use a business address or PO Box.
- Decline to provide personal information (e.g., name, phone number, address, ZIP code, etc.) to retailers who now routinely ask for it at the point of sale. Retailers have systems that can match the credit card information to the information you provide at the register.
- Refuse to provide personal information to telemarketing callers as some of these calls may be fraudulent.
- Be thoughtful about what information and photos you and your family members include on social media profiles, including Facebook, LinkedIn, Instagram, TikTok, etc., including in your personal capacity.

Hawkes Decl. Exhibit C
Page 9 of 22
UW-000054

- Use an address other than your home for your personal checks. Technology exists to easily scan the address from the check optically and place it on lists or into databases.
- Tell family, friends, co-workers, and others not to release any personal information about you without your permission.
- Have your home phone number non-published and ensure this means that it will both not be listed in any printed directories and will not be given out by directory assistance.
- Have the caller ID function for your number blocked so that it is not displayed when you call someone with caller ID. If you routinely call anyone who does not permit blocked calls, you will have to temporarily remove the block when you place a call. The phone company can provide instructions for this. It is simple, but the steps vary. This step will prevent companies from acquiring your phone number for their databases.
- Have a caller ID installed on your phone so that you can identify incoming calls.
- Block calls to your phone coming from unidentified or blocked callers.
- Have your home address, phone, and other information removed from mailing lists, rosters, directories, phone books, etc., whenever possible.
- Shred, burn, or otherwise destroy any trash or recycling that contains personal information including documents containing social security numbers, bank transaction information and credit card applications.
- Place fraud alerts on the three credit reporting bureaus reports (see attached information) if you suspect that your information may have been compromised.
- Protect the personal information of all family members, including children, as you would your own.
- Always verify the authenticity of anyone claiming to be a law enforcement official before giving out information. UW POLICE DEPARTMENT can assist you with this.
- Never "verify" any of your personal information to anyone or in response to an e-mail that came unsolicited. There are multiple scams aimed at tricking people into giving out personal information "for their own protection." A common tactic is to send an e-mail that claims to be from a bank or credit card company, and that claims to be a fraud alert. The e-mail asks for the person to "validate" or "verify" information on an account because of an alleged potential fraud. No reputable companies will contact customers and ask for personal information, account numbers, or other such information. If such calls or e-mails are legitimate, they will offer a toll-free number to call that can be verified. In actual cases of suspected fraud where a credit card company or bank is calling you, they will provide the account number and other information. You should still

Hawkes Decl. Exhibit C
Page 10 of 22
UW-000055

insist on a call-back number you can verify and not release any information until you have validated the request.

## Social Media Security
### *Monitoring for New Content*
One good strategy for learning when new information is posted about you is to set up one or more Google Alerts (www.google.com/alerts). This free service allows you to set up regular searches for keywords or phrases. You then receive alerts via email or RSS (your choice) when those terms newly appear online. Here are a few tips for setting up effective Google Alert searches:

- Place your name in quotes to help narrow results. If you have a common name, consider adding additional terms (Example: "Joe Wilson" and "animal" or the name of your university or lab.)
- If you like, you can set up a Google Alert that will let you know when your personal email address is newly posted online.
- You may want to set up alerts for variations on your name (Example: "Joe Wilson" and "Joseph Wilson.")
- You may also want to set up a separate search for your company or university name. Again, consider adding additional keywords to focus results to avoid getting overwhelmed with lengthy alert emails.

## A LIST OF DO'S AND DONT'S (What can I do?)
Each situation is unique. However, the following advice applies to most situations when UW employees become the target of activists:

### **Do**

- Do immediately report any actual or suspected activity by activists to BOTH the UW POLICE DEPARTMENT and local law enforcement (if applicable).
- Do call UW POLICE DEPARTMENT first if on the Seattle campus.
- Do call 9-1-1 first if off the Seattle campus and the situation is an emergency. UW POLICE DEPARTMENT can also offer advice on whether to call law enforcement, and for follow-up.
- Do carefully examine all mail and packages received before opening.
- Do avoid direct contact with activists outside of formal meetings or other structured environments.
- Do retain a sample of any flyers or materials handed out or left behind if possible.

Hawkes Decl. Exhibit C
Page 11 of 22
UW-000056

- Do save any e-mails, letters, packages, voice mails, or any other communications from activists whenever possible and provide them to UWPD and local police (if appropriate).
- Do take photographs of people, objects, flyers, graffiti, or damage, but only if this can be done without placing yourself in danger or increasing tensions with activists.
- Do write down as much information about an encounter as possible (e.g., time/date/location, vehicle license, physical description and clothing, signs, or slogans, etc.).
- Do let your supervisor or department head know as soon as possible if you have become a target.
- Do consider the home safety steps below if there is reason to believe you may be targeted at home.

### Don't

- Do not approach or try to engage activists in debates. Do not do anything that may escalate the situation. (Example: turning on a sprinkler system.)
- Do not get too close: activists have been known to throw fake blood or other substances at individuals, may spit, and on rare occasions, may strike out physically.
- Do not attempt to force your way past activists, either physically or with a vehicle. You may be charged with a crime even if the activist(s) were violating the law.
- Do not ignore "low level" incidents (e.g., unfriendly e-mails, flyers at your home or on your vehicle, etc.) These may indicate more intimidating tactics to come. Forwarding this information to the UW POLICE DEPARTMENT may allow the UW and/or your local law enforcement agency to act.
- Do not open mail or packages that appear to have been tampered with or are otherwise suspicious (e.g., bulky letters, mail from unknown sender, mail/packages without a postmark, etc.)
- Beware of targeted personalized emails that appear to come from friends, colleagues, or other institutions. An example might be an email addressing you by name that appears to be from a researcher at another university asking for your cell phone number to give you a quick call. Or pretending to be a government official from USDA, NIH, CDC, etc. asking for your personal information. It may include a link to a fake but official looking web site that asks for information. You can hover over links in emails to see the web address that the link goes to. Do not follow suspicious links. While generic spam messages

Hawkes Decl. Exhibit C
Page 12 of 22
UW-000057

still happen, fraudsters and activists can and do use publicly available information to send tailored and personalized messages.

**Notes: Nearly all the precautions listed here involve some level of effort and inconvenience. Blocking your phone number may cause you to have to take additional steps when calling a friend—or another researcher—who does not permit incoming calls that are blocked. Fraud alerts on your consumer credit reports will slow down legitimate applications for credit. However, there are clear benefits to making your personal information as safe as possible, including reducing the risk of home harassment and identity theft. You need to evaluate your desire and need for protection based on your own comfort level with any threats and your tolerance for potential problems associated with not protecting your information. The UW POLICE DEPARTMENT is available to assist you in figuring out what protections are right for you.**

## HOW CAN I PROTECT MY OFFICE/LABORATORY?

Individual researchers have been targeted in the United States while at work. Tactics include everything from "denial of service" attacks on computers; phone harassment campaigns; frequent, unwanted fax transmissions; and other office disruptions. Campaigns outside of UW have also included sabotage, destruction of research data, animal liberation, and arson. Taking precautions in your work areas can be inconvenient and/or costly. However, the information below is intended to offer many viable options so that individuals can choose the one(s) most appropriate for their situation.

- Review the contents of staff/office directories for personal information, direct office/fax phone numbers, specific staff office locations, and other information that is not necessary, but could aid activists.
  - When directories are being updated, ensure that staff are aware of appropriate disposal of the superseded directories (e.g., shredded versus recycled), in keeping with applicable records retention requirements
- Use general office phone and email accounts when available and appropriate.
- Ensure directories are as secure as possible from theft.
- Review signs in and around at-risk facilities and minimize the amount of specific information on signs as much as possible.
- Always ensure that all staff wear UW IDs visibly.
- Lock all offices, laboratories, buildings, and other areas when not in use.
- Always lock your computer immediately when you leave your workstation.

- Backup all critical research data in an off-site location and/or on computer servers that are off site.
- Question or report all unknown people in non-public areas.
- Always ensure that no one follows behind you into a secured access area (tailgating).
- Install high-security locks and/or access control systems.
- Install closed circuit television (CCTV) in sensitive areas and at entrances/exits.
- Account for all keys, codes, IDs, and confidential information issued to staff when they leave the institution.
- When possible, limit access times/days for staff to sensitive areas.
- Immediately report any suspicious activity to UW POLICE DEPARTMENT and/or a senior administrator.

## HOW CAN I PROTECT MY HOME?

It is common for activists to target employees at home. Taking precautions at home and in your personal life can be inconvenient and/or costly. However, the information below is intended to offer many viable options so that individuals can choose the one(s) most applicable and practical for their situation.

- **If concerned contact UWPD for more information or to discuss the possibility of a home security survey and safety plan.**
- When returning home make a habit of scanning the exterior and interior of your home when you return. Ask yourself if there is anything unusual that might suggest that something has been tampered with or that someone has entered the building during your absence. You should also check your vehicle(s), if parked outside, for obvious signs of tampering or vandalism. Never enter your house or vehicle if there are signs of unauthorized entry or tampering. Call the police and wait for them to arrive.
- If you discover damage to your property, inform the police immediately and then UWPD. Tell the police that you are involved in animal research in your job and animal rights activists could be responsible.
- Contact your local law enforcement agency:
  - Explain that you are in a high-risk category because of your work involving animal research.
  - Ask for the 10-digit EMERGENCY number, if available, to program into your cell phone.
    - Note: While dialing your home phone will connect you with the appropriate 9-1-1 center, dialing 9-1-1 from a cell phone, even

Hawkes Decl. Exhibit C
Page 14 of 22
UW-000059

while at your house, may not connect you with the same center. If you must dial 9-1-1 from your cell phone, ensure that you tell the dispatcher the precise location of the problem.
- o Ask for a meeting with the supervisor of your area and let him/her know about your concerns.
- o Give law enforcement the "UW Activism Alert for Law Enforcement" sheet attached.
- o Refer law enforcement to UW POLICE DEPARTMENT with questions.
- o Request extra patrols and tell law enforcement about any security features at your home.
- Protect your home address and phone number as much as possible (see the information above to protect personal information).
- Install home security features appropriate to your individual situation:
  - o Place sturdy locks on doors and windows, including for storage sheds, garages, etc.
  - o Install motion sensor activated outdoor lights.
  - o Install fences or other barriers (e.g., dense hedges with thorns, etc.).
  - o Install intrusion & panic alarms.
  - o Install cameras that can be monitored via web or phone applications or as part of a total home security service with the ability to record and store video footage of your home (e.g., Ring, SimpliSafe, Hikvision, and Lorex).
- Contact trusted neighbors and ask them to call you and/or the police if they notice anything suspicious at your home or in the neighborhood (see notes below).
- Let trusted neighbors and law enforcement know when you will be away for an extended time.
- Store garden hoses inside a locked shed or garage when not in use. Activists have used hoses to cause damage to homes by running them inside a home through a pet door, mail slot, or open window and flooding the home while the occupants are away.
- Store items that may be used for vandalism in a locked shed or garage: paint, ladders, gasoline, hoses, garden tools, etc.
- Keep vegetation trimmed to minimize hiding places near your home, particularly near windows and doors.
- Post "beware of dog" signs, even if you do not have a dog.
- Post "no solicitation" and "no trespassing" signs. Depending on your law enforcement jurisdiction and District Attorney, this may allow prosecution of anyone who approached your home.

Hawkes Decl. Exhibit C
Page 15 of 22
UW-000060

**Notes: In the case of home harassment, your neighbors may be your greatest allies. If you believe you may become a victim of harassment, take time to proactively inform your neighbors what may happen and why. If you would like a communication to distribute to neighbors regarding the important work that you do, please contact the Assistant Vice Provost, Animal Care, Outreach & 3Rs for preparation. If harassment does occur, they will appreciate the notice.**

## WHAT DO I DO IF I BECOME THE VICTIM OF HARASSMENT?

**If you see activists on or near UW facilities, immediately call UWPD's non-emergency # 206-685-8973.**

Demonstrations typically occur at times when they will intimidate workers - often when staff are arriving or leaving work. Additionally, activists can sometimes enter offices and/or laboratories to disrupt activities and intimidate staff.

Activists may try to film or photograph people entering or leaving the premises. Often there is no film on the camera or video recorder:

- Do not engage in any conversation or argument with activists.
- Keep your doors and windows locked and closed when driving past activists.
- Always concentrate on your driving; do not drive fast to avoid confrontation.
- Do not bump or otherwise threaten activists with your vehicle—this may land you in jail.

### What to Do if You Receive a Concerning Email, Call or Letter

If you have already received an email, letter, or call there are some things you can and should do.

When an unwanted communication arrives, it should be routed through the UWPD. This is of course crucial when the message is threatening but security should be looped in regardless.

In addition, you can do some online detective work to see if you can determine how your data was obtained. We're not suggesting that you ask the person who contacted you where they obtained your information. But sometimes, a quick web search (see tips above) will reveal the source. Unfortunately, there are several affordable services that can easily be used to obtain personal information gleaned from utility or election records. If you learn how your data was obtained, share this information with law enforcement.

Hawkes Decl. Exhibit C
Page 16 of 22
UW-000061

## Office/Lab Disruptions

A common tactic is to enter office, administrative, or laboratory areas in a group with the intent of disrupting and intimidating staff. Office disruptions usually last only a few minutes and tend to be well organized. They may plan office disruptions carefully to bypass security, get in unobserved, cause the maximum disruption, and then leave before security or law enforcement can arrive.

Most office/lab disruptions, while frightening to many people, are non-violent. However, anytime there is close contact with their target audience, there is an increased risk of physical confrontations and violence. Because of this, the following guidelines should be followed.

### Preparation and planning before an office/lab disruption takes place

- Select "safe" areas within your work environment in advance of a problem where staff can go during an office disruption. Offices, conference rooms, or similar areas that can hold several people and can be locked from inside are ideal. A designated safe room should also have a phone with an outside line, and ideally, a back door or window leading out of the facility.
- Discuss with office/lab staff what to do if a disruption takes place.
- Determine if there are high-value resources (e.g., computers, equipment, data storage, etc.) that could be quickly secured during a disruption, without putting staff at risk.
- Have UW POLICE DEPARTMENT assess the area for additional planning tips.

### Actions to take during an office/lab disruption

- Immediately call UWPD, if on campus, or law enforcement if off campus.
- Do not attempt to physically detain activists or otherwise stop them.
- Retreat to a "safe" area or exit the facility. If neither option is possible, move to the safest place possible and wait until the disruption is over.
- Make mental notes of the intruders' descriptions, including distinctive features such as tattoos, piercings, clothing, and shoes, etc. Do not write this down during the disruption as this may incite them to try and stop you.
- Intervene physically only in extreme cases where violence against a person is imminent or taking place, and even then, only within your own training or experience. Remember that inappropriate actions on your part may put you at risk of civil and/or criminal liability, even if activists were acting illegally.

### Actions to take after an office/lab disruption

- Check to see if anyone was injured and seek medical care, if needed.

pg. 15

Hawkes Decl. Exhibit C
Page 17 of 22
UW-000062

- Contact UWPD or law enforcement to let them know that the activists have left and report any injuries and/or damage.
- Observe the route and means the activists use to leave, but only, if possible, without placing yourself at risk. Valuable information includes the exit path and vehicle information including license plate numbers.
- Note any items or places physically touched by activists and protect those items/areas. If activists were not wearing gloves, law enforcement may attempt to get fingerprint information to identify the activists.
- Carefully examine the entire work area for anything left behind by activists, but do not touch anything left behind or suspicious until after UW POLICE DEPARTMENT and/or law enforcement have arrived. Things to look for include the following:
  - o Noise makers: devices designed to make painfully loud noise, either immediately or later when activated by a timer
  - o Stink bombs: these may be devices that are ignited by a flame immediately or later from a timer
  - o Stinky fruit: activists sometimes obtain a particular type of fruit that smells of rotting flesh, cut it into small pieces, freeze the pieces, and distribute them inside a facility during a disruption. When the fruit thaws, it begins to smell and can make a facility uninhabitable for some time.
  - o Flyers or other printed information
  - o Packages, boxes, backpacks, or other containers that could contain dangerous items (e.g., toxic/caustic chemicals, incendiary devices, bombs, etc.)
- Carefully examine the entire work area and note any damage or items missing.
- Photograph damage, suspicious items, flyers, etc. if possible.
- Debrief with office staff after the event and seek professional assistance, if appropriate, for staff who are distressed through the employee assistance program or from UW POLICE DEPARTMENT through the workplace violence program.

## At Home
### Preparation and planning before a demonstration takes place

- Contact UWPD.
- Implement the home safety precautions, as appropriate, from above.
- Plan for where you and your family will go inside your home if activists show up. Ideally, you should move to an area of the home that is not visible to the activists, has a phone, and has a close exit from the home.

Hawkes Decl. Exhibit C
Page 18 of 22
UW-000063

- o Discuss with your family other actions to take (see below)
- Keep a camera with film available (a disposable camera is fine) for taking pictures of any vandalism or damage, and if possible, of activists if this can be done safely.

Actions to take during a home demonstration
- Stay at your house.
- Bring pets inside, if possible.
- Call law enforcement and give the following information:
  - o Your exact location
  - o The number of people present and what they are doing
  - o Tell law enforcement that you are at risk due to your work involving animal research.

If you are arriving home in your vehicle, do not stop. Call law enforcement and UW POLICE DEPARTMENT from your car or a neighbor's house.

- Ask for the incident number for your call and write it down.
- Close and lock doors and windows.
- Call 911 for assistance.
- Do not respond to or antagonize the activists in any way. Engaging the activists will only serve to encourage them.
- If possible, discreetly film the activists. This may allow identification and be evidence if crimes are committed.
- If possible, record the descriptions and license plate information for all vehicles in the area.
- Postpone any expected visitors.
- Wait for the arrival of police and be sure to ask for identification from officers not in uniform.

If anyone does come onto your property and/or approach your home, tell them that they must leave and not return. Be sure to tell law enforcement and UW POLICE DEPARTMENT that this happened. If they refuse to leave your property or ignore posted warnings, they may be criminally prosecuted, depending on the specific incident.

Actions to take after a home demonstration
- Document and photograph, if possible, any damage done by activists, including graffiti.
- Inspect your property and the exterior of your home, and your vehicle(s) if parked outside.

pg. 17

- Consider talking to neighbors. The University can assist with providing a letter that can be given to neighbors. Contact the Assistant Vice Provost for Animal Care, Outreach & 3Rs in the Office of Research.
- Ensure that UWPD is contacted as soon as possible (if not already done).

Hawkes Decl. Exhibit C
Page 20 of 22
UW-000065

# HOME SAFETY CHECKLIST

*Note: This information may be needed by a babysitter or other person(s) staying in your home in event of an emergency. It is advisable to post this in an accessible location.*

**Home Address:** _____

**Nearest Cross Street:** _____

**Phone #:** _____

**Police/Sheriff:** _____

**Emergency: 911**

**Non-emergency:** _____

**University of Washington Police Department contacts:**

- **Emergency: 9-1-1**
- **Non-Emergency:** 206.685.UWPD (8973)
  - uwpolice@uw.edu

pg. 19

### PLANNING
- Talk to family, friends, neighbors about issues and discuss what to do if activists show up.
- Protect your personal information as much as possible.
- Implement home protection steps, as appropriate, including contacting local Law Enforcement.
- Let trusted neighbors and law enforcement know when you will be away for an extended time. Provide them with contact information for UWPD.

### DAILY PRECAUTIONS
- Be observant of suspicious people, mail, etc.
- Scan your property, home, and vehicle for signs of tampering or other suspicious activity.
- Do not give out personal information to unknown callers or visitors.

### IF ACTIVISTS SHOW UP
- Stay inside and avoid direct contact.
- Call law enforcement immediately if they have not been previously notified about a planned protest.
- Give your exact location.
- Tell the dispatcher that you are at risk because of your role working with animals in research.
- Insist that an officer be sent to your home immediately.
- Ask for the incident or call number from the dispatcher and write it down.
- Close doors, windows, blinds, etc.
- Call UW POLICE DEPARTMENT.
- Observe and/or photograph activists, but only if you can do so safely.
- Write down as much specific information about the event as possible:
  - Vehicles
  - Descriptions
  - Quote statements and slogans on signs/banners
- Inspect your home, property, and vehicle(s) once activists are gone:
  - Document/photograph any damage, graffiti, etc.
  - Save flyers or other literature left behind and avoid touching it if possible.
  - Report on any suspicious items, packages, etc. to law enforcement and UW POLICE DEPARTMENT immediately

Hawkes Decl. Exhibit C
Page 22 of 22
UW-000067