# EXHIBIT D

**Aubrey Schoenleben** 8:33 AM
OAW received an interesting message in our concern email yesterday - the individual is seeking IACUC member names based on the most recent court decision, and stated that "many also willing to wait out side of ne pacific street (preent) for those who come and go out of that building walk grounded (please )". Should what have security on site at the IACUC meeting next week just in case?

> 1 reply   1 month ago

**Jennifer Iwamoto** 8:37 AM
replied to a thread: OAW received an interesting message in our concern email yesterday - the individual is seeking IACUC member names based on the most recent court decision, and stated that "many also willing to wait out side of ne pacific street (preent) for those who c...
Thanks for bringing that up Aubrey.
I suggest we report it to UWPD, can we request security at entrances? I'm not sure what entrances people use.
Should probably also give committee members a heads up and general safety reminder.
The email is concerning.

And FBI

image.png ▾

> From: Lauren Usner <lauren.usner@icloud.com>
> Sent: Thursday, December 12, 2024 3:23:16 AM [UTC-08:00] Pacific Time (US & Canada)
> To: Office of Animal Welfare
> Subject:
>
> Who are the University of Washington's (UW) Institutional Animal Care and Use Committees members it was disclosed in a court case for the names to be released but that information does not seem to be available please respond back with a list of names many also willing to wait out side of ne pacific street (preent) for those who come and go out of that building walk grounded (please ) Your own regards of compliancy in best interest- canis lupus

Ex. No. 3   Date: 2-28-25
Wit: Sullivan
Peggy Fritschy Hamilton, RPR

**Sally Thompson-Iritani** 8:54 AM
Give me a minute to respond to this

✓ 1

**Jane Sullivan** 9:52 AM
For first time I am now a little scared. Can I share with Darwin? Also, remember our training for how to preserve email for FBI.

**Sally Thompson-Iritani** 9:53 AM
Please wait a little bit so i can respond - I'm in meetings this morning

**Sally Thompson-Iritani** 10:34 AM
I think you can share with Darwin. I will share with security and UW leadership and cc all of you. They may recommend next meeting be virtual only.

🫶 2

**Jennifer Iwamoto** 10:37 AM
Let me know what you want me to do with the original email. Happy to save it in its original format wherever is appropriate.

**Sally Thompson-Iritani** 10:39 AM
Please forward me the email.

**Jennifer Iwamoto** 10:43 AM
Sally - Sending right now as an attachment (I believe that's the format that PD/FBI want)

**Sally Thompson-Iritani** 11:07 AM
thank you

— December 16th, 2024 —

**Sally Thompson-Iritani** 11:17 AM
@Jane Sullivan do you have any concerns about moving the IACUC meeting to fully remote this Thursday? We can get security if it has to be in person, but I think moving it remote is the smarter option. I think that it is fine to share the message with the committee also and tell them that due to this message we are moving remote and will continue to assess the situation.

**Jane Sullivan** 11:56 AM
I'm sad to move back to all remote but would rather err on the side of caution. I think we should share the message (minus the name that is attached) but I would like to think about adding a single sentence explaining that this comes on the heels of a recent loss on appeal that will send us back to the courts to continue the fight.

👍 1

UW-000139