# EXHIBIT E

Case 2:24-cv-00170-JHC    Document 80-5    Filed 03/17/25    Page 1 of 2

Ex. No. 8   Date: 2-28-25
Wit: Sullivan
Peggy Fritschy Hamilton, RPR

---

**December 21st, 2024**


**Sally Thompson-Iritani** 6:49 AM
I don't think sender info needs to be removed in Jenny's email. It's likely made up anyways.


**Jane Sullivan** 10:28 AM
I think it would be a big mistake to send the email without removing the name. This isn't about having a soft spot for the asshole who wrote it. What if it is an innocent person's name being used by 'canis lupus'??? We could be held liable if someone who reads our message tries to retaliate. ==Also, our lawsuit is all about protecting our right to privacy, and publicly outing someone--even if they are opposing us--doesn't feel right and undermines our cause.== More later.

**December 22nd, 2024**


**Jane Sullivan** 1:02 PM
This is about Jenny's email following up on the cancelled meeting. Thank you, Jenny. I think it reads very well and have only two thoughts. I suggest adding 'unverified' before 'sender': '...with the unverified sender information removed'. Also, I want to be sure 'Open Public Meeting Laws' is the correct terminology. It may well be--I'm just used to hearing about the Open Public Meetings Act and want to be sure 'Laws' is appropriate here. I'm happy to be named as someone to reach out to.


**Jennifer Iwamoto** 1:18 PM
Good suggestions, thank you Jane. I think open public meetings act is correct, I'll change that.

UW-000147

Hawkes Decl. Exhibit E
Page 1 of 1