The Honorable John H. Chun

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| P. POE 5 and P. POES 2-4 and 6-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation; and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>Intervenor-Defendants. | Case No. 2:24-cv-00170-JHC<br><br>**DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Kathy Guillermo, declare as follows:

1. I am senior vice president of laboratory investigations for People for the Ethical Treatment of Animals, Inc. ("PETA"). I have personal knowledge of the matters set forth in this declaration and am competent to testify in this matter.

2. In my position, I oversee the work of scientists and others in our department to review the use of animals in experiments not required by government agencies; to provide

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 1

**ANGELI & CALFO LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

information to our supporters, regulators, and the public about those experiments; and to review the use of animals in those experiments for possible violations of the Animal Welfare Act ("AWA") or National Institutes of Health guidelines.

3. Holding the University of Washington ("UW") accountable and educating the public about UW's activities are integral to these efforts. In large part, this is because UW, through the Washington National Primate Research Center ("WaNPRC"), a UW entity oversees one of seven remaining "flagship primate centers" and, as a whole, receives billions of dollars in federal funds that contribute toward experimentation on animals.

4. As required by federal law, UW has an Institutional Animal Care and Use Committee ("IACUC"). As UW has acknowledged in a prior consent decree, the UW IACUC "is a governing body of the University of Washington with respect to issues of the care, use, and welfare of laboratory animals at the University of Washington." A true and correct copy of that consent decree is attached as **Exhibit A.** The UW IACUC, like all IACUCs, is charged with overseeing the use of animals in experimentation at UW and in ensuring compliance with Animal Welfare Act and other applicable federal laws, regulations, and guidelines; reviewing proposed experimental protocols involving the use of animals; and approving, rejecting, or requiring modification to such protocols before any experiments can begin or significant changes to approved experiments can be implemented.

5. Under the supervision of the UW IACUC, UW has compiled a notably egregious record for animal welfare—even by what PETA understands to be the insufficient standards of the animal-experimentation industry. Public records, including reports from federal inspectors, routinely finding violations of the AWA, show horrifying conditions for animals at UW. Animals frequently suffer from staff and/or investigator incompetence and neglect, including monkeys being strangled to death when caught on a cage chain; dying from veterinary error, thirst, starvation, blood loss, and choking on their own vomit; and being mauled by other monkeys. One inspection report details three baby monkeys, ages one month, six months, and nine months, being killed by adult monkeys on three separate occasions during a forty-one-day

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 2

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

period. WaNPRC's animal welfare violations include an incident in which a macaque broke the locks on a set of cages and escaped along with his cagemate. The escaped monkeys and five others sustained injuries during this event, including injuries to their hands and fingers and facial lacerations. A separate escape incident involving a juvenile monkey resulted in the amputation of the juvenile's arm due to the severity of their injuries after a caged adult monkey pulled the juvenile's arm through the enclosure. UW was also cited for violating federal regulations by failing to check on caged rabbits for an entire weekend and having refrigerator shelves that "were soiled and had a buildup of food debris." Attached as **Exhibit B** are true and correct copies of public records documenting these incidents.

6. In one eight-month period, the WaNPRC had to treat 332 cases of trauma, 200-plus cases of gastrointestinal problems, 149 cases of significant weight loss, 19 cases of rectal prolapse, and a dozen implant abnormalities.[1] Despite these numbers, the UW IACUC itself can be described, most generously, as consistently inert by failing to address these chronic welfare issues in any meaningful way. For example, as documented in the Inspection Report dated July 14, 2015, a true and correct copy of which is attached as **Exhibit C**, inspectors with the United States Department of Agriculture ("USDA"), who are responsible for AWA enforcement, found the UW IACUC to be operating essentially as a rubberstamping entity because it approved major surgeries on animals even though the experimenters had not bothered to provide crucial information in the proposed protocols. In one such instance, non-human primates who were subjected to skull, arm, and vertebral implants experienced severe medical complications after the surgeries and had to be killed; among other missing critical information, the experimenter had not described the devices to be implanted or the size and location of incisions to be made.

7. By way of further example, as documented in a letter dated May 11, 2021, a true and correct copy of which is attached as **Exhibit D**, the USDA informed UW that it would not grant UW's appeal of citations of critical AWA violations because UW's record of animal

---

[1] Kienan Briscoe, *UW Primate Ctr. Destroys Pub. Records While Investigated by Feds*, LYNNWOOD TIMES (Feb. 4, 2022), https://lynnwoodtimes.com/2022/02/04/uw-primate-center-220204/.

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 3

**ANGELI & CALFO LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

care—and, by implication, the UW IACUC's record—"is not indicative of a facility that is demonstrating success at preventing critical animal welfare issues." Specifically, the USDA had found that, between August 2019 and April 2020, UW had committed critical AWA violations that caused injury to several monkeys, including but not limited to an incident in which a monkey, later found dehydrated, went unnoticed by staff and was left confined in a trapping run outside their regular enclosure without access to food or water for at least 12 hours.

8.   I have asked my colleagues and staff whom I supervise to review UW IACUC meetings, meeting agendas, and meeting minutes for any indication that the UW IACUC took meaningful measures in response. I understand that no such evidence exists, and that the UW IACUC, despite this incident appearing on its May 2020 and July 2020 meeting agendas, chose, instead to stress "the importance of self-reporting instead of punitive actions held against individuals." UW IACUC's decision is documented in the May 21 and July 20, 2020 UW IACUC Meeting Minutes, true and correct copies of which are attached as **Exhibit E**, at 3, 8 (tabling discussion of the USDA letter and sending a self-reporting letter to facility upper management). I also understand from my colleagues and staff that this attitude persists. For example, I am aware that during the July 27, 2023 UW IACUC meeting, the UW IACUC's attending veterinarian described a horrific incident in which a monkey died during what should have been a routine procedure, conducted without the presence of a veterinarian, due to a lack of emergency response equipment in the procedure room and a malfunctioning anesthesia machine in the room where the technicians took the monkey shortly before he died.[2]

9.   Instead of describing or proposing disciplinary measures, the UW IACUC focused its attention on a private, non-governmental accreditation organization's praise for "the compassion of the staff involved as well as the compassion that the PI exhibited to the staff following the incident."[3]

---

[2] *UW July 2023 IACUC Meeting*, YOUTUBE, at 11:12-15:31, https://youtu.be/RQIE_4fc4FM.

[3] *UW July 2023 IACUC Meeting*, YOUTUBE, at 14:45-15:05, https://youtu.be/RQIE_4fc4FM (discussing comments made by AAALAC Int'l).

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 4

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

10. PETA has a good faith belief that these issues stem in significant part from UW having an illegally constituted IACUC that has failed to include a properly designated member not affiliated with the institution, as is required by the AWA, at 7 U.S.C. § 2143(b)(1) and 9 C.F.R. § 2.31(b), the Health Research Extension Act, at 42 U.S.C. § 289d(b)(2), and the Public Health Service ("PHS"), at PHS Policy on Humane Care and Use of Laboratory Animals § IV.A.3.b,[4] or a properly designated "member whose primary concerns are in a nonscientific area," as is required by the PHS, at PHS Policy on Humane Care and Use of Laboratory Animals § IV.A.3.b.

11. PETA understands that to meet the NIH's definition of a nonaffiliated member, such an individual must not be "affiliated with the intuition," "an immediate family member of an individual affiliated with the institution," such as the "spouse" of an affiliated individual, and must not be a "laboratory animal user or former user." *See* Guidance on Qualifications of IACUC Nonscientific and Nonaffiliated Members, NIH, June 9, 2015.[5] NIH also states that an institution should confirm a nonaffiliated IACUC appointee "has no discernible ties or ongoing affiliation with the institution," "must be assured that the person is not in any way obligated to the institution," and "must" avoid "[r]eal or perceived conflicts of interest." *Id.* With regard to the separate member who must be designated as a nonscientist, NIH states that such an individual should "represent the general community interests in the proper care and use of animals," bringing to the table "a naïve attitude with regard to science and scientific activities." *Id.*

12. PETA's belief that the UW IACUC fails to meet these legal requirements is based on a number of factors, which it understands to have recently been the case:

    a. PETA understands that one UW IACUC member UW has designated as "Unaffiliated" —whose identity PETA has confirmed through means described below—used laboratory animals in conducting experiments in relation to their

---

[4] *Available at* https://olaw.nih.gov/policies-laws/phs-policy.htm.
[5] *Available at* https://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-109.html.

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 5

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

published thesis and, from 2005 to 2015, was the director of an academic veterinary technician program that includes a laboratory-animal component. In PETA's understanding, this member could not qualify as a nonaffiliated member.

    b. PETA understands that another UW IACUC member UW has designated as "Unaffiliated"—whose identity PETA has confirmed through means described below—is a former UW employee, extensively used laboratory animals while at UW, and is currently employed at a facility that conducts experimentation on animals in collaboration with UW. In PETA's understanding, this member could not qualify as a nonaffiliated member.

    c. PETA understands that one UW IACUC member UW has designated as "Unaffiliated"—whose identity PETA has confirmed through means described below—is the spouse of someone who was previously employed by UW and until March 2020 was employed by another organization that has received significant funding from UW, and, together with their spouse, is a consistent donor to UW. In PETA's understanding, this member could not qualify as a nonaffiliated member.

    d. PETA understands that one UW IACUC member UW has designated as a nonscientist—whose identity PETA has confirmed through means described below—was the Executive Director of an organization that advocates for the biomedical industry and that, according to its published disclosures, considers animal experimentation a critical component of it. In PETA's understanding, this member could not legally qualify as a nonscientist.

13. PETA was able to discern the identities of the purported "unaffiliated" and "nonscientist" members of the UW IACUC discussed above through public records previously provided by UW. On March 4, 2021, UW provided the names and email addresses of all then-current members of the UW IACUC to PETA in response to public records request PR-2021-00033. True and correct copies of that public records request, as well as documents produced in response to that request are attached as **Exhibit F**. UW also provided the email addresses of all

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 6

**ANGELI & CALFO LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

then-current members of the UW IACUC to PETA in a September 9, 2020 email from the UW Office of Public Records and Open Public Meetings to a PETA employee, and again several times over in discovery produced by UW without a protective order in litigation under the Washington Public Records Act in King County Superior Court. True and correct copies of those documents are attached as **Exhibit G**. All of that information has been available to the general public since it was included in the Declaration of Peter D. Hawkes publicly filed on August 10, 2022, in *Sullivan, et al. v. Univ. of Wash., et al.*, U.S. District Court for the Western District of Washington Case No. 2:22-cv-00204-RAJ (Dkt. #47). PETA understands, based on its regular attendance at UW IACUC meetings, that almost all of those individuals previously disclosed to PETA still currently serve on the UW IACUC.

14. I am aware that, since those disclosures, the UW IACUC has added new members that it purports to designate as "unaffiliated" or "nonscientist." PETA believes that UW's history of improperly designating individuals as nonaffiliated and nonscientific supports a reasonable inference that those persons also do not meet the legal requirements for those designations, and that the UW IACUC is therefore not legally constituted.

15. In addition to UW having already produced current IACUC members' names directly to PETA, several past and/or present UW IACUC members have publicly identified themselves as UW IACUC members.

   a. Attached as **Exhibit H** is a true and correct copy of excerpts from a publicly available CV for UW IACUC member Aaron Wirsing in which he identifies himself as a "Member, University of Washington Institutional Animal Care and Use Committee (IACUC)" from "2019-present."

   b. Attached as **Exhibit I** is a true and correct copy of a publicly available LinkedIn profile for UW IACUC member Jacqui Ague in which she identifies herself as an "IACUC Member" at UW from "2014 – Present."

   c. Attached as **Exhibit J** is a true and correct copy of a publicly available biography of UW IACUC member Andrew Burich in which he identifies himself as "a

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 7

**ANGELI & CALFO LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

member of the University of Washington IACUC."

    d. Attached as **Exhibit K** is a true and correct copy of a publicly available biography of UW IACUC member Emily Clark in which she identifies herself as having "bec[o]me an IACUC Member in 2012."

    e. Attached as **Exhibit L** is a true and correct copy of a publicly available biography of UW IACUC member Stephen Libby in which he identifies himself as "serv[ing] on the UW IACUC committee."

    f. Attached as **Exhibit M** is a true and correct copy of a publicly available LinkedIn profile for UW IACUC member Jeanot Muster in which he identifies himself as a "Member, Institutional Animal Care and Use Committee" from August 2013 to September 2021.

    g. Attached as **Exhibit N** is a true and correct copy of a publicly available biography of Mr. Muster in which he identifies himself as having "serv[ed] on the UW Institutional Animal Care and Use Committee (IACUC) for nine years."

    h. Attached as **Exhibit O** is a true and correct copy of a publicly available biography of UW IACUC member Aubrey Schoenleben in which she identifies herself as having "served as an IACUC member since 2015."

    i. Attached as **Exhibit P** is a true and correct copy of a publicly available presentation delivered by UW IACUC member J. Preston Van Hooser in which he identifies himself as "Member, UW IACUC."

16. Unlike UW, many other universities, both public and private (including at least one other public university in the State of Washington), make their IACUC membership rosters publicly available. My Declaration in this matter's predecessor litigation included a non-exhaustive list compiled by my staff that contains the names and weblinks of other colleges and universities whose IACUC members have not only been non-anonymous, but are revealed prominently on those institutions' websites. *See Sullivan v. Univ. of Wash.*, 2022 WL 558219 (Feb. 24, 2022), Guillermo Decl., Dkt. #25, Ex. Q. These organizations represent over

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 8

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

$200,911,000 in NIH taxpayer-funded experiments in FY 2024, according to the NIH RePORTER, https://reporter.nih.gov/.

17. I am aware that, in this lawsuit, Plaintiff makes several assertions regarding incidents occurring during UW IACUC meetings. PETA employees attend, watch, and typically record UW IACUC meetings. As a result, I have knowledge that Plaintiff's characterizations of these incidents are highly misleading. For example, Plaintiff makes a number of references to a February 2022 incident in which "a member of the public who is a frequent speaker at meetings compared the University of Washington to Auschwitz and suggested that members of the UW IACUC employ the same practices as Nazis." My understanding, however, is that the speaker in question is a former UW professor who, rather than insulting or threatening UW IACUC members, was respectfully referring to a famous remark by a refugee of Nazi Europe, Isaac Bashevis Singer, who won the Nobel Prize for literature in 1978 and wrote: "In relation to [animals], all people are Nazis. For [them], it is an eternal Treblinka." A true and correct copy of a video recording of those comments is attached as **Exhibit Q**. Likewise, I know, from watching the video myself, that the request made by one of my staff members during a UW IACUC meeting for identification of new IACUC members was made properly and respectfully during a public comment period. A true and correct copy of a video recording of that request and the UW IACUC's response is attached as **Exhibit R**.

18. I understand that Plaintiff has argued that it is unnecessary for the public to know the identities of UW IACUC members because compliance with IACUC composition requirements is reviewed by the USDA, the National Institutes of Health, and AAALAC International, a private, nongovernmental accreditation program. However, review by AAALAC—a private organization whose findings are not subject to public records laws—is hardly reassuring: a 2014 study revealed that, throughout the years analyzed, AAALAC-accredited facilities received on average "significantly more" citations for noncompliance with the AWA than nonaccredited facilities. *See* Justin R. Goodman, Alka Chandna, and Casey Borch, *Does Accreditation by the Association for Assessment and Accreditation of Laboratory*

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 9

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Animal Care International (AAALAC) Ensure Greater Compliance With Animal Welfare Laws?*, J. OF APPLIED ANIMAL WELFARE SCI. at 1 (2014). A copy of that study is attached as **Exhibit S**.

19. The USDA's efficacy in ensuring compliance with the AWA is likewise in serious doubt. The USDA's own Office of Inspector General (OIG) has repeatedly found problems with USDA's administration of the Animal Welfare Act. For instance, a 2021 audit report (attached as **Exhibit T**) found that USDA needed to improve the timeliness of its inspections since more than 28.5% of inspections in the sample were conducted late. Another 2021 report (attached as **Exhibit U**) "found that [USDA] did not consistently address complaints it received or adequately document the results of its follow-up." In 2014, the OIG reported that USDA's Animal and Plant Health Inspection Service's (APHIS) Animal Care (AC) unit "did not follow its own criteria in closing at least 59 cases that involved grave (e.g., animal deaths) or repeat welfare violations." The same report (attached as **Exhibit V**) notes that some veterinary medical officers and IACUCs failed to adequately monitor experimental procedures on animals, reducing the assurance that animals receive basic humane care and treatment. And a 2010 audit report (attached as **Exhibit W**) found that the USDA misused its own guidelines to lower penalties for AWA violators and "chose to take little or no enforcement action against most violators."

20. I am aware that the Plaintiff in this lawsuit makes several assertions regarding the conduct of animal rights advocates. I can attest that PETA does not call on its supporters to take any threatening actions against IACUC members or anyone else. We ask our supporters to take part in nonthreatening demonstrations, make respectful social media comments and phone calls, or send respectful comments to university officials, their Board of Regents, government officials, and organizations funding experiments on animals urging them to close taxpayer-funded laboratories; redirect resources toward cutting-edge, human-relevant, non-animal research; and retire the animals to reputable sanctuaries.

21. I am also aware that Plaintiff mentions a number of alleged incidents involving individuals such as Drs. Michele Basso, Christine Lattin, and Elizabeth Buffalo, none of whom

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 10

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

are members of the UW IACUC. These are widely published figures[6] who have voluntarily made themselves public faces of highly controversial[7] taxpayer-funded experiments on animals by leading taxpayer-funded institutions and animal experimentation laboratories,[8] being publicly identified as the primary experimenters and public recipients of millions of dollars of taxpayer-funded animal experimentation grants,[9] and by publicly promoting their work online, in the media, and at public events.[10]

---

[6] For a list of published works, see *Basso, MA*, NIH NAT'L LIBR. OF MED., https://perma.cc/9AZB-PZ25 (last visited Feb. 3, 2025); *Christine Renée Lattin CV*, LA. STATE UNIV., https://lsu.app.box.com/s/h8eizbogoerbugd78gnnww7gho4qychc (last visited Feb. 3, 2025); *Publications*, BUFFALO LAB, https://web.archive.org/web/20250204202849/https://buffalomemorylab.com/publications (last visited Feb. 4, 2025).

[7] *Titus Calls on NIH To Curb the Use of Primates in Rsch*, CONGRESSWOMAN DINA TITUS, https://titus.house.gov/news/documentsingle.aspx?DocumentID=3315 (last visited Feb. 4, 2025) (questioning NIH's decision to award the WaNPRC additional funds to perpetuate "outdated and inefficient primate experiments rather than ethical and translatable research," and noting that WaNPRC's experimentation practices "often violate health codes and provide no useful findings for human medicine"); *Letter from Sen. Cory Booker to Hon. Xavier Becerra, Sec'y Dep't of Health and Human Servs.* (Oct. 6, 2022), https://www.peta.org/wp-content/uploads/2022/10/sen-booker-letter-sec-becerra-re-uw-primate-center-funding-10-6-22.pdf (asking DHHS to investigate its grant to WaNPRC due to compromised data, data destruction, animal welfare violations, and failure to comply with reporting requirements); *LSU Bird Experimenter Calls This Violence 'Science'—PETA Calls Her Bluff*, PETA, https://www.peta.org/blog/lsu-bird-experimenter-calls-this-violence-science/ (last visited Feb. 4, 2025).

[8] *See Basso Lab*, https://web.archive.org/web/20250226164138/https://www.bassolab.com/home; *The Lattin Lab*, https://web.archive.org/web/20250226164411/https://thelattinlab.com/; *The Buffalo Lab*, https://web.archive.org/web/20250226164647/https://buffalomemorylab.com/).

[9] *See* NIH REPORTER, https://bit.ly/4ijvOeV (showing NIH grants to Basso); NIH REPORTER, https://bit.ly/3D6gWl8 (showing NIH grants to Buffalo); & *infra*, n.22 (showing NSF grants to Lattin).

[10] Basso has her own public website, https://bit.ly/41iEhbo (last visited Feb. 26, 2025), and a public webpage, https://bit.ly/4h6MR2C (last visited Feb. 26, 2025), that states Basso is "available for collaborations and talks worldwide" and that she has served in multiple public capacities such as "her service at the [NIH] and the Society for Neuroscience: She served as the Chair of a standing NIH study section, . . . Chair of an NIH study section for the BRAIN initiative, and as an ad hoc member of the Board of Scientific Councilors for NIEHS. . . . Basso also served as chair of the Ethics committee for the Society for Neuroscience (SfN), served on the selection committee for the SfN Young Investigator Award as a member of the SfN Training Committee." Basso has also been a featured or keynote speaker at numerous public events. A few recent and upcoming events include NEUROSCI. 2024 PROGRAM AND EX. GUIDE 26 (Oct. 5-9, 2024), https://bit.ly/4ilzZGS (showing Basso as a panelist on Oct. 7, 2024); *2025 Simian Collective Conf.*, https://www.simiancollective.com/2025-conference (last visited Feb. 26, 2025) (showing Basso as a keynote speaker); *Neurosci. Seminar Series: Michele Basso, PhD*, THE UNIV. OF CHI. (Apr. 8, 2025), https://events.uchicago.edu/event/236974-neuroscience-seminar-series-michele-basso-phd.

Lattin publicly promotes her experiments online and to the media, advocated to have a Louisiana bird protection ordinance amended so that she could capture and kill birds on her lab's campus, was featured on a podcast sponsored by a biomedical industry advocacy group, and has been a featured speaker at numerous public conferences and events (see *infra*, n.31-32 & Ex. Y); *see also Lattin CV*, https://www.lsu.edu/science/biosci/files/faculty-files/lattin_cv_aug18.pdf (listing Lattin's conference presentations and invited talks through 2018).

Buffalo's recent and upcoming speaking engagements include *Neural Dynamics of Memory Formation in the Primate Hippocampus*, CNLM Colloquium Series, UCI BRAIN (Feb. 6, 2024), https://brain.uci.edu/event/elizabeth-buffalo-ph-d/; *Simian Collective 2024 Conference* (Sept. 5-7, 2024), https://bit.ly/3DdGVab (showing Buffalo as a keynote speaker); *Towards a Unified View of Hippocampal Function*, NEUROSCI. 2024 PROGRAM AND EX. GUIDE 22 (Oct. 5-9, 2024), https://bit.ly/4ilzZGS; *Psych. and Brain Scis. Spence Lecture: Elizabeth Buffalo, Univ. of Wash.*, IOWA UNIV. (Oct. 18, 2024), https://events.uiowa.edu/89622; COSYNE 2025 (Mar. 27-Apr.1, 2025),

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 11

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

22.     Basso is the former director of WaNPRC, in which capacity she oversaw more than 150 staff and a budget consisting of at least $15 million in federal and state taxpayer funds in 2023.[11] This figure does not include WaNPRC's portion of NIH's $558 million taxpayer-funded grant to UW in 2023.[12] She recently co-founded the Simian Collective which has a primary goal of "advocat[ing] for primate neuroscience research."[13] Basso is also a former experimenter at the University of Wisconsin.[14] Basso's experiments include implanting wire coils in monkeys' eyes, cutting holes into their skulls to attach metal head posts, and implanting probes directly into their brains.[15]

23.     As revealed in public records and media reports, Basso has racked up numerous AWA violations due to animal suffering and death. Basso has been reported to have:

- Caused brain abscesses in monkeys into whose skulls she had cut holes;
- Shown reluctance in allowing necropsies on animals who had died;
- Left animals unattended for hours in compromised conditions;
- Not followed veterinarians' instructions; and
- Inserted unsterilized materials into brain tissue.[16]

---

https://www.cosyne.org/schedule-at-a-glance-2025 (showing Buffalo presenting Mar. 28, 2025); *Neurosci. Seminar Series: Elizabeth Buffalo, PhD*, THE UNIV. OF CHI. (Apr. 8, 2025), https://events.uchicago.edu/event/236971-neuroscience-seminar-series-elizabeth-buffalo-phd; *The Changing Brain*, UCI CTR. FOR NEURAL CIRC. MAPPING, 2025 Conf., https://cncm.som.uci.edu/2025-speaker-lineup/ (showing Buffalo presenting on Aug. 19, 2025, Session 4)

[11] *See Message from the Dir.*, WASH. NAT'L PRIMATE RSCH. CTR., https://web.archive.org/web/20250204172004/https://wanprc.uw.edu/message-from-the-director/ (last visited Feb. 4, 2025) (stating the WaNPRC is "an organization made up of over 150 scientists" and other professionals); *Wash. Nat'l Primate Rsch. Ctr.*, NIH REPORTER, https://reporter.nih.gov/project-details/10649427 (last visited Feb. 4, 2025) (showing 2023 NIH grants paid directly to WaNPRC totaling $15,061,892).

[12] *See* Michael T. Nietzel, *Top 20 Univs. for NIH Funding*, FORBES (Feb. 10, 2024), https://www.forbes.com/sites/michaelnietzel/2024/02/10/top-20-universities-for-nih-funding-johns-hopkins-ranks-first-again/).

[13] *Goals*, SIMIAN COLLECTIVE, https://www.simiancollective.com/goals (last visited Feb. 27, 2025).

[14] *Faculty*, UNIV. OF WASH. NEUROBIOLOGY & BIOPHYSICS, https://web.archive.org/web/20250204172537/https://nbio.uw.edu/people/faculty/entry/mbasso/ (last visited Feb. 4, 2025).

[15] Ping Liu and Michele A. Basso, *Substantia Nigra Stimulation Influences Monkey Superior Colliculus Neuronal Activity Bilaterally*, J. of Neurophysiology (Jun. 23, 2008), https://pmc.ncbi.nlm.nih.gov/articles/PMC2525708/.

[16] Bill Lueders, *Monkeys Suffered and Died at UW-Madison*, ISTHMUS (Apr. 29, 2010), https://isthmus.com/news/news/monkeys-suffered-and-died-at-uw-madison/.

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 12

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

1  Basso is one of the rare principal experimenters to be suspended from using animals because of her "'clear pattern' of problems with animal welfare."[17] Ultimately, Basso was removed as Director of the WaNPRC after the USDA and Washington State's Veterinary Board of Governors investigated animal deaths at the Center.[18]

24.  Basso was a public face of the WaNPRC while she was director. In the six decades that WaNPRC has been performing controversial experiments on monkeys, it has been cited for numerous violations of the federal Animal Welfare Act, caused the deaths of thousands of primates, and been a subject of public criticism not only by animal advocates, but the scientific community as well.[19]

25.  Basso continues to be a source of controversy for her conduct at UW. For example, I understand that Basso was the subject of a minority opinion (attached as **Exhibit X**) shared in January 2025 by the UW IACUC's attending veterinarian criticizing the UW IACUC for failing—indeed, reversing a decision—to hold Basso to account for a number of material protocol violations that appear to have resulted in at least one death of a macaque.[20]

26.  Lattin, who is not a member of the UW IACUC or affiliated with UW, leads and is the public face of the Lattin Lab at Louisiana State University.[21] Lattin received over one million taxpayer dollars from 2023 to 2024.[22] She has been conducting controversial experiments

---

[17] Deborah Ziff, *UW-Madison Suspends Researcher Over Animal Welfare Probs.*, WIS. STATE J. (Mar. 19, 2010), https://pmc.ncbi.nlm.nih.gov/articles/PMC2525708/.

[18] Frank Sumrall, et al., *UW Fires Dir. of Primate Rsch. Ctr. After State Probe into Program*, KIRO 7 NEWS (Jun. 17, 2024), https://www.kiro7.com/news/local/uw-fires-director-primate-research-center-after-state-probe-into-program/B6KDJ5Q23FD5BKDRC5RHBJOWFE/.

[19] *See, e.g.*, Kienan Briscoe, *PETA Calls Upon UW Primate Rsch. Ctr. to Close*, LYNWOOD TIMES (Nov. 21, 2021), https://lynnwoodtimes.com/2021/11/22/peta-calls-upon-uw-primate-research-center-to-close/.

[20] *See also*, Victor Balta, *Changes to WaNPRC Protocols, Procedures Following Recent Incidents*, UW NEWS (Jun. 20, 2024), https://www.washington.edu/news/2024/06/20/changes-to-wanprc-protocols-procedures-following-recent-incidents/.

[21] *People*, THE LATTIN LAB, https://thelattinlab.com/people (last visited Feb. 4, 2025).

[22] *The Neurobiology of Neophobia in a Wild Songbird*, U.S. NAT'L SCI. FOUND, https://www.nsf.gov/awardsearch/showAward?AWD_ID=2237423&HistoricalAwards=false (showing Lattin was awarded $1,050,077 in FY 2023-24).

---

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 13

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

on birds since at least 2008.[23] These experiments have included feeding birds crude oil;[24] intentionally wounding their legs;[25] plucking large amounts of their feathers without pain management;[26] giving them drugs that damage their adrenal glands;[27] subjecting them to the sounds of predators for a prolonged period;[28] holding them in isolation;[29] and inducing chronic stress by subjecting them to arbitrarily determined stressors (e.g., physical restraint in a cloth bag, cage disturbance, playing radio at them at up to 100 decibels) for thirty minutes four times per day at random intervals.[30] Many critics, including myself and PETA, believe these experiments have limited relevance across species and little potential to benefit humans or bird conservation efforts.

27. Lattin has also made herself a public figure who publicly champions animal experimentation. For example, during her presentation at The National Academies of Sciences, Engineering, and Medicine, Lattin explained that she publicly advocates for her animal experiments by speaking to reporters, posting on social media, participating in podcasts, and

---

[23] Christine R. Lattin et al., *Pharmacological Characterization of Intracellular Glucocorticoid Receptors in Nine Tissues from House Sparrow (Passer Domesticus)*, 179 GEN. AND COMPARATIVE ENDOCRINOLOGY 214, 215 (Nov. 2012), https://bit.ly/3EQX9Xk ("Wild house sparrows (*n* = 85) were caught in Medford and Somerville, MA from October 2008 to September 2010 . . .").

[24] Christine R. Lattin et al., *Evaluating the Stress Response as a Bioindicator of Sub-Lethal Effects of Crude Oil Exposure in Wild House Sparrows (Passer Domesticus)*, 9 PLOS ONE (July 2014), https://bit.ly/3DfbmN9.

[25] Christine R. Lattin et al., *Wounding Alters Blood Chemistry Parameters and Skin Mineralocorticoid Receptors in House Sparrows (Passer Domesticus)*, 9999 J. OF EXPERIMENTAL ZOOLOGY 1, 3 (2015), https://bit.ly/43akAF7 (stating a biopsy punch was used to wound the birds' leg).

[26] Christine R. Lattin et al., *Elevated Corticosterone in Feathers Correlates with Corticosterone-Induced Decreased Feather Quality: A Validation Study*, 42 J. AVIAN BIOLOGY 247, 249 (2011), https://bit.ly/41aOKpb ("We plucked 26 flight feathers each from 20 captive European starlings . . .").

[27] *See* Lattin et al., *Pharmacological Characterization*, *supra* n.23, at 215 (noting the use of mitotane); *see also* Clare P. Fischer & L. Michael Romeo, *The Effects of Daily Mitotane or Diazepam Treatment on the Formation of Chronic Stress Symptoms in Newly Captured Wild House Sparrows*, 8 CONSERVATION PHYSIOLOGY 2 (Dec. 29, 2020), https://doi.org/10.1093/conphys/coaa118 (noting, "[M]itotane causes a temporary chemical adrenalectomy, killing the cells of the adrenal cortex. . . .").

[28] Melanie G. Kimball et al., *Effect of Estradiol and Predator Cues on Behavior and Brain Responses of Captive Female House Sparrows* (*Passer Domesticus*), 14 FRONTIERS IN PHYSIOLOGY (Jun. 22, 2023), https://doi.org/10.3389/fphys.2023.1172865 (noting house sparrows were subjected to thirty minutes of predator calls).

[29] Kevin J. Krajcir et al., *Eurasian Tree Sparrows Are More Food Neophobic and Habituate to Novel Objects More Slowly Than House Sparrows*, 26 BIOLOGICAL INVASIONS 3667, 3670 (Aug. 10, 2024), https://bit.ly/4kdVjzN (noting sparrows were singly housed for the behavioral trials).

[30] Christine R. Lattin & L. Michael Romeo, *Chronic Stress Alters Concentrations of Corticosterone Receptors In a Tissue-Specific Manner in Wild House Sparrows (Passer Domesticus)*, 217 J. OF EXPERIMENTAL BIOLOGY 2601, 2605 (2014), https://bit.ly/3F4zOBp.

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 14

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

1  submitting articles that were published as opinion pieces.[31] Lattin worked with an attorney to

2  amend a Baton Rouge, Louisiana bird protection ordinance that prohibited her from capturing

3  birds within the city where her lab is located. Attached as **Exhibit Y** is a true copy of relevant

4  trial transcript pages from *People for the Ethical Treatment of Animals v. Bd. of Sup'rs of La.*

5  *State Univ.* (No. 702660 (La.Dist.Ct. Dec. 14, 2021), Trial Tr. vol. 7, 1330-32) showing Lattin's

6  testimony as to her efforts to amend a Baton Rouge bird protection ordinance. The Media

7  Coverage page of Lattin's laboratory website provides additional examples of her public

8  promotion of animal experimentation.[32]

9        28.    Buffalo, another non-member of the UW IACUC, is a high profile experimenter

10  at WaNPRC. She is the leader and public face of the Buffalo Lab at UW. The Buffalo Lab is also

11  funded by taxpayer dollars. NIH records show that Buffalo received more than four million

12  dollars in NIH grants from 2022 to 2024.[33] Buffalo's experiments involve opening up monkeys'

13  skulls, attaching a metal head apparatus to them, and depriving them of food or water so they

14  will be compliant enough to watch a computer screen and perform memory tasks in exchange for

15  a few drops of food slurry.[34]

16        29.    I am aware that Jane Sullivan's Declaration refers to a September 2024 incident in

17  which PETA supporters interrupted Buffalo's keynote speech at the Simian Collective

18  conference at the University of Pittsburgh. Sullivan Decl., Dkt. #76, ¶ 4. PETA supporters

---

[31] *Effective Commc'n with the Gen. Pub. About Sci. Research That Requires the Care and Use of Animals*, NAT'L ACADS. OF SCIS., ENG'G, AND MED., at 49:40-58:02 (Dec. 19-20, 2023), https://www.youtube.com/watch?v=X81VyoBYN30&list=PLi6VVotVxseCgxRrfZb2FWNz_9ZZynu2y&index=7; *See also* Paul Cobbler, *Yale Scientist Defends Rsch. on Birds After PETA Protests*, NEW HAVEN REGISTER (Jan. 4, 2021), https://www.nhregister.com/news/article/Yale-scientist-defends-research-on-birds-after-12368025.php; *also see, e.g.*, *Animal Rsch. Myths, and the Reality*, YALE POSTDOCTORAL ASS'N. (Mar. 2018); *Letter to the Ed.: Animal Rsch. Necessary to Improve Human, Animal Med.*, LSU REVEILLE (Sept. 3, 2018), https://lsureveille.com/212340/opinion/letters-to-editor/letter-to-the-editor-animal-research-necessary-to-improve-human-animal-medicine/; *The Bird is More than the Word, with Dr. Christine Lattin*, EP. 27 LAB RAT CHAT (Jun. 1, 2022), https://labratchat.buzzsprout.com/772673/episodes/10719856-27-the-bird-is-more-than-the-word-with-dr-christine-lattin (a podcast sponsored by Americans for Medical Progress, a biomedical industry advocacy group).

[32] Available at https://web.archive.org/web/20250213191425/https://thelattinlab.com/media-coverage.

[33] *See* NIH REPORTER, https://bit.ly/3D6gWl8 (showing NIH grants to Buffalo in the amount of $4,192,042 from 2022 to 2024).

[34] Vishwa Goudar et al., *A Comparison of Rapid Rule-Learning Strategies in Humans and Monkeys*, 44 J. OF NERUOSCI. (Jun. 13, 2024), https://doi.org/10.1523/JNEUROSCI.0231-23.2024.

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 15

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

interrupted Buffalo's speech by stating "Elizabeth Buffalo has blood on her hands! Dorothy's blood is on her hands!" This non-threatening speech pertained to a monkey named Dorothy, an elderly rhesus macaque whom Buffalo experimented on until Dorothy's final days despite Dorothy's declining physical condition. Dorothy was born in a Texas laboratory, where she was used for breeding.[35] When Dorothy, due to her age, could no longer be used for breeding, the lab sold her to the WaNPRC.[36]

30.   When Dorothy was twenty-two years old, she was assigned to Buffalo's study at the WaNPRC and confined alone.[37] Buffalo subjected Dorothy to unrelenting experiments for the final two and a half years of her life.[38] Experimenters drilled a hole in her skull and surgically implanted a titanium post that was screwed to her skull.[39] Dorothy was locked and immobilized, upright into a restraint chair for Buffalo's experiment.[40] Despite losing more than twenty percent of her body weight, anemia, constipation, a stomach that was often distended, and obvious physical deterioration, Buffalo kept experimenting on her, ostensibly to learn about the neurobiology of human aging.[41] Dorothy's physical condition was so poor that a member of UW's IACUC raised detailed concerns.[42] But Buffalo continued to use Dorothy until a veterinarian observed that Dorothy was in pain and recommended that she be euthanized due to her deteriorating condition.[43] Dorothy's post-mortem examination revealed that her liver was failing and that she had cancer.[44]

31.   Basso, Lattin, and Buffalo have understandably been the subject of public advocacy by animal rights advocates—not as IACUC members, but as prominent public

---

[35] *Searchable_Dorothy Docs.pdf*, PETA 32, https://www.peta.org/wp-content/uploads/2025/02/dorothy-docs.pdf.
[36] *Id*.
[37] *Id*. at 325, 331 ("All animals keep Type Housing Code "1" (Single Animal Cage) for now.).
[38] *Id*. at 325, 466 (showing Dorothy was assigned to Buffalo protocol on Jan. 8, 2016, and euthanized on May 8, 2018).
[39] *Id*. at 529.
[40] *Id*.; Vishwa Goudar et al., *A Comparison of Rapid Rule-Learning Strategies in Humans and Monkeys*, 44 J. OF NERUOSCI. (Jun. 13, 2024), https://doi.org/10.1523/JNEUROSCI.0231-23.2024.
[41] *Id*. at 321, 335, 466, 469, 476, 478, 494, 521, 532.
[42] *Id*. at 321.
[43] *Id*. at 340.
[44] *Id*. at 466-67.

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 16

ANGELI & CALFO LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

figureheads representing taxpayer-funded institutions and as lead experimenters directing controversial taxpayer-funded experiments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of March 2025.

*Kathy Guillermo*
Kathy Guillermo

DECLARATION OF KATHY GUILLERMO IN SUPPORT OF INTERVENOR-DEFENDANTS' TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION – No. 2:24-cv-00170-JHC - Page 17

**ANGELI & CALFO LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880