# EXHIBIT A

FILED

'587 APR 28 PM 1: 39

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

PROGRESSIVE ANIMAL WELFARE
SOCIETY, a Washington
nonprofit corporation,

      Plaintiff,

  vs.

UNIVERSITY OF WASHINGTON,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

NO. 87-2-03095-4

STIPULATION OF DEFENDANT
IN SETTLEMENT

Defendant University of Washington, through undersigned counsel,
stipulates to the truth of the following statements:

1. The University of Washington Animal Care Committee
("ACC") is a governing body of the University of
Washington with respect to issues of the care, use, and
welfare of laboratory animals at the University of
Washington.

2. The University of Washington ACC makes policy and rules
with respect to certain issues of the care, use, and
welfare of laboratory animals at the University of
Washington.

3. The University of Washington ACC takes action with
respect to certain issues of the care, use, and welfare
of laboratory animals at the University of Washington.

4. The University of Washington ACC acts on behalf of the
University of Washington Board of Regents with respect
to certain issues of the care, use, and welfare of
laboratory animals at the University of Washington.

Defendant University of Washington, through undersigned counsel,
further stipulates and agrees to the entering by the court of a per-

31

STIPULATION OF DEFENDANT
IN SETTLEMENT - 1
87-2-03095-4

HELSELL, FETTERMAN, MARTIN, TODD & HOKANSON
1500 WASHINGTON BUILDING
P.O. BOX 21846
SEATTLE, WASHINGTON 98111
(206) 292-1144

manent injunctive order which would permanently enjoin the defendant from closing the meetings of the ACC to the public. Defendant further stipulates and agrees to provide the ACC with reasonably sufficient meeting space, such that members of the public wishing to attend the meetings of the ACC will have reasonable opportunity to do so.

Defendant further stipulates and agrees to entry of judgment against it, in plaintiff's favor, in the amount of Five Thousand Five Hundred Fifty-Two Dollars ($5,552.00), for costs and attorneys' fees expended by plaintiff in the prosecution of this action. Defendant further stipulates and agrees that the $250 cash bond posted by plaintiff on the preliminary injunction dated April 7, 1987 may be exonerated and returned to plaintiff.

DATED this _28_ day of April, 1987.

STATE OF WASHINGTON
OFFICE OF THE ATTORNEY GENERAL

By _Elsa Kircher Cole_
Elsa Kircher Cole
Assistant Attorney General,
Counsel for Defendant
University of Washington

JTC45/87-0127

STIPULATION OF DEFENDANT
IN SETTLEMENT - 2
87-2-03095-4

HELSELL FETTERMAN, MARTIN, TODD & HOKANSON
1500 WASHINGTON BUILDING
P.O. BOX 21846
SEATTLE, WASHINGTON 98111
(206) 292-1144