# EXHIBIT D



**United States Department of Agriculture**

Animal and Plant
Health Inspection
Service

4700 River Road
Riverdale, MD 20737

May 11, 2021

University of Washington
Box 357160
Seattle, WA 98195

Registration No.: 91-R-0001
Customer No.: 1016

Dear Dr. (b) (6), (b) (7)(C)

Your April 1, 2021 appeal of citations on the USDA inspection report dated January 26, 2021 was thoroughly reviewed by an Animal Care appeal panel consisting of two Supervisory Animal Care Specialists, an Assistant Director, and me. The appeal is addressed below.

Regarding the citation for Section 2.31 (e)(3): inasmuch as this incident was reported to Animal Care and subsequently reviewed and not cited during the inspection of December 2019, the citation will be removed from the inspection report.

Regarding the remaining citations: while it is expected that facilities will have an occasional issue involving animal welfare, one of the primary purposes of Animal Care's previous tech note "Incentives for Identifying, Reporting, Correcting, and Preventing Noncompliance with the Animal Welfare Act" was to recognize facilities that are successfully addressing and preventing critical animal welfare issues from occurring. The University of Washington, Site 1, reported three critical NCIs that had occurred between August 2019 and April 2020. When assessing the criteria on the tech note, the fact that Animal Care had not conducted an inspection of Site 1 since December 2019 due to COVID had to be considered. The fact that these NCIs took place over an approximately 9-month period is not indicative of a facility that is demonstrating success at preventing critical animal welfare issues. Therefore, these citations will remain on the inspection report as written.

Thank you for your continued efforts implementing your long-term preventative plans.

All decisions made by the appeal panel are final and represent Animal Care's final determination for this appeal.

Sincerely,

Robert M. Gibbens, DVM
Director, Animal Welfare Operations
USDA, APHIS, Animal Care

*USDA Animal Care. Ensuring humane treatment. Serving people. Doing right.*

An Equal Opportunity Provider and Employer

21-04120_000017