# EXHIBIT G

**PUBLIC RECORDS OFFICE**

| | |
|---|---|
| **From:** | PUBLIC RECORDS OFFICE |
| **Sent:** | Thursday, December 17, 2020 3:20 PM |
| **To:** | LisaJE@peta.org |
| **Subject:** | Public Records Request PR-2020-00621 (Jones-Engel) |
| **Attachments:** | Release Package 20-00621 (Jones-Engel).pdf |

Released:  December 17, 2020

Dr. Lisa Jones-Engel
PETA
501 Front Street
Norfolk, VA  23510

Re:  Public Records Request PR-2020-00621 (COMPLETE)

Dear Dr. Jones-Engel:

This email is provided in response to your public records request for September 3, 2020, in which you requested:

"For the period from January 1, 2017 to the present, please provide a single document that indicates, for each month, the name of each of the University of Washington's Institutional Animal Care and Use Committee members, their position title and Public Health Service (PHS) Policy Membership Role."

The records responsive to your request are attached to this email as provided by the Public Records Act of Washington State.  This concludes the University's response to your public records request.  Please contact our office if you have any questions or concerns.

Sincerely,

Jade McNallan
Compliance Analyst
UNIVERSITY OF WASHINGTON
Office of Public Records and Open Public Meetings
Mail: Roosevelt Commons-Box 354997, Seattle, WA 98195
Street: 4311 11th Ave NE, #360
206.543.9180  fax 206.616.6294
pubrec@uw.edu http://depts.washington.edu/pubrec/

UW00007415

Guillermo Decl. Exhibit G
Page 1 of 28

**VIII.** **Change in IACUC Membership** [*Current roster*]

| Institution: University of Washington | | | |
|---|---|---|---|
| **IACUC Contact Information** | | | |
| Address:<br>Office of Animal Welfare<br>P.O. Box 357160<br>Seattle, WA 98195 | | | |
| E-mail: sti2@uw.edu | | | |
| Phone: 206-543-3818 | | Fax: 206-616-5664 | |
| **IACUC Chairperson** | | | |
| Name: Dr. Jane Sullivan | | | |
| Title: Associate Professor, Physiology and Biophysics | | Degree/Credentials: PhD | |
| PHS Policy Membership Requirements***: Scientist | | | |
| **IACUC Roster** [*Provide below or attach*] | | | |
| Name of Member/ Code* | Degree/ Credential** | Position Title/ Occupational Background** | PHS Policy Membership Requirements*** |
| Full IACUC Members | | | |
| AB | DVM, MS, DACLAM | Veterinarian (Non-UW) | Veterinarian |
| AS | PhD | Scientific Liaison/Office of Animal Welfare | Member |
| CG | PhD | Associate Professor/School of Aquatic and Fisheries Sciences | Scientist |
| CG | MSW | Public Member | Nonaffiliated/Non-Scientist |
| CH | DVM, PHD, DACLAM | Compliance Veterinarian/WaNPRC | Veterinarian |
| CJ | BA, PhD Candidate | Graduate Student/ Pharmacology | Scientist |
| JB | MS | Biosafety Office/EH&S | Member |
| JM | | Program Support Supervisor/DCM | Member |
| JM | AS | Laboratory Manager/ HHMI / Pharmacology/ISCRM | Scientist |
| JPVH | BS | Review Scientist/Compliance Manger/Office of Animal Welfare | Member |
| KL | BS | Public Member | Nonaffiliated/Non-Scientist |
| MG | MS | Research Scientist/WaNPRC (retired) | Public Member |
| ML | MS, DVM | Senior Veterinarian/. of Comparative Medicine | Veterinarian |
| MT | MAS | Friday Harbor Labs Administrator/Friday Harbor Labs | Member |
| NK | PhD | Pharmaceutics Assistant Professor/Pharmaceutics | Scientist |
| PB | DVM | WaNPRC Veterinarian/WaNPRC | Veterinarian |

UW00007416

| SL | PhD | Laboratory Medicine Research Associate Professor/Laboratory Medicine | Scientist |
|---|---|---|---|
| SH | DVM | Veterinarian | Public Member |
| TB | DVM, PhD, DACLAM | Attending Veterinarian, Clinical Associate Professor/Department of Comparative Medicine | Veterinarian |
| Alternate IACUC Members | | | |
| CC | | Program Coordinator/DCM | Member |
| DM | | WaNPRC | Member |
| EC | PhD | Review Scientist/OAW | Member |
| JC | BS, RN | Occupational Health Nurse/EH&S | Member |
| JI | PhD | Review Scientist/OAW | Member |
| JR | DVM | Acting Instructor/DCM | Veterinarian |
| JS | DVM, MS, DACLAM | Associate Director/WaNPRC | Veterinarian |
| KSH | BS | Scientific Liaison/OAW | Member |
| KV | DVM | Veterinarian/WaNPRC | Veterinarian |
| LC | DVM | Veterinarian/WaNPRC | Veterinarian |
| LK | MS | Research Scientist/DCM | Scientist |
| MB | PhD | Review Scientist/OAW | Member |
| MN | DVM | Review Scientist/Office of Animal Welfare | Member |
| MSB | PhD, BS | Review Scientist/OAW | Member |
| RC | DVM | Senior Fellow/DCM | Veterinarian |
| RM | DVM, PhD, ACVP | Research Scientist, Veterinary Pathologist/WaNPRC | Veterinarian |
| SH | AA, RVT | Operations Support Specialist/DCM | Member |
| SM | DVM | Resident Veterinarian/DCM | Veterinarian |
| STI | DVM, PhD | Director/OAW | Member |
| TI | DVM | Senior Veterinarian/DCM | Veterinarian |

Department Abbreviation Codes:
DCM – Department of Comparative Medicine
WaNPRC- Washington National Primate Research Center
OAW – Office of Animal Welfare

UW00007417

Guillermo Decl. Exhibit G
Page 3 of 28

**Appendix A. University of Washington IACUC Membership**

Department Abbreviation Codes: DCM - Department of Comparative Medicine, WaNPRC- Washington National Primate Research Center, OAW - Office of Animal Welfare

| Name of Member/ Code* | Degree/ Credential | Position Title/ Occupational Background** | PHS Policy Membership Requirements*** |
|---|---|---|---|
| Jane Sullivan | PhD | Associate Professor | Chair, Member |
| Kim Stocking | DVM, DACLAM | Attending Veterinarian, Director Office of Animal Welfare | Attending Veterinarian |
| A.B. | DVM, MS, DACLAM | Veterinarian (AV at non-UW institution) | Veterinarian |
| A.S. | PhD | Scientific Liaison, OAW | Member |
| C.G. | PhD | Associate Professor | Scientist |
| C.H. | DVM, PhD, DACLAM | Veterinarian Supervisor, WaNPRC | Veterinarian |
| F.R.R. | PhD | Professor | Member |
| J.B. | MS | Senior EHS Specialist (non-UW institution) | Member |
| J.E. | BA, BA | Assistant Director, WaNPRC | Non-Scientist |
| J.M. | AS | Laboratory Manager | Scientist |
| J.P.V.H. | BS | Review Scientist & Compliance Manager, OAW | Member |
| K.L. | BS | Government Affairs Consultant | Non-Scientist |
| L.J.E. | PhD | Research Assistant Professor | Member |
| M.L. | MS, DVM | Senior Veterinarian, DCM | Veterinarian |
| M.S. | PhD | Research Associate Professor | Member |
| S.H. | PhD, DVM | Director of Professional Services | Non-affiliated |
| S.L. | PhD | Research Associate Professor | Scientist |
| T.H. | DVM, MPH | Senior Veterinarian, WaNPRC | Veterinarian |
| | | | |
| A.A. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| C.B. | | Public Information Specialist | Alternate for Member |
| C.M. | MS, DVM, RLATG, CMAR, CPIA | Senior Veterinarian | Alternate for Veterinarian |
| D.E. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| D.J. | DVM | Veterinarian, WaNPRC | Alternate for Veterinarian |
| E.C. | PhD | Review Scientist, OAW | Alternate for Member |
| I.B-A. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.B. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.C. | BS, RN | Occupational Health Nurse | Alternate for Member |
| J.F. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.K. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| K.G. | DVM, PhD | Veterinarian, WaNPRC | Alternate for Veterinarian |
| K.Z. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| KSH | BS | Scientific Liaison, OAW | Alternate for Member |
| L.I. | PhD | Assistant Director for Operations, OAW | Alternate for Member |
| L.K. | MS | Research Scientist | Alternate for Scientist |
| M.B. | PhD | Review Scientist, OAW | Alternate for Member |

| Name of Member/ Code* | Degree/ Credential | Position Title/ Occupational Background** | PHS Policy Membership Requirements*** |
|---|---|---|---|
| R.M. | DVM, PhD, ACVP | Research Scientist, WANPRC | Alternate for Veterinarian |
| S.M. | DVM | Resident Veterinarian, DCM | Alternate for Veterinarian |
| T.I. | DVM | Senior Fellow, DCM | Alternate for Veterinarian |

.

Annual Report                    30 January 2019                    5
UW00007419

Guillermo Decl. Exhibit G
Page 5 of 28

**Appendix A. University of Washington IACUC Membership**

| Name of Member/ Code* | Degree/ Credential | Position Title/ Occupational Background** | PHS Policy Membership Requirements*** |
|---|---|---|---|
| Jane Sullivan | PhD | Associate Professor | Chair, Member |
| Thea Brabb | DVM, PhD, DACLAM | Attending Veterinarian, Clinical Associate Professor, Chair - DCM | Attending Veterinarian |
| A.B. | DVM, MS, DACLAM | Veterinarian (AV at non-UW institution) | Veterinarian |
| A.S. | PhD | Scientific Liaison, OAW | Member |
| C.G. | PhD | Associate Professor | Scientist |
| C.H. | DVM, PhD, DACLAM | Veterinarian Supervisor, WaNPRC | Veterinarian |
| F.R.R. | PhD | Professor | Member |
| J.B. | MS | Senior EHS Specialist (non-UW institution) | Member |
| J.F.I. | DVM | Review Scientist, OAW | Member |
| J.L.S. | PhD | Associate Professor | Member |
| J.M. | AS | Laboratory Manager | Scientist |
| J.P.V.H. | BS | Review Scientist & Compliance Manager, OAW | Member |
| K.L. | BS | Government Affairs Consultant | Non-Scientist |
| L.J.E. | PhD | Research Assistant Professor | Member |
| M.L. | MS, DVM | Senior Veterinarian, DCM | Veterinarian |
| M.S. | PhD | Research Associate Professor | Member |
| S.H. | PhD, DVM | Director of Professional Services | Non-affiliated |
| S.L. | PhD | Research Associate Professor | Scientist |
| A.A. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| C.J. | BA, PhD Candidate | Graduate Student, Pharmacology | Alternate for Member |
| E.C. | PhD | Review Scientist, OAW | Alternate for Member |
| I.B-A. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.B. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.C. | BS, RN | Occupational Health Nurse | Alternate for Member |
| J.F. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.K. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| K.V. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| KSH | BS | Scientific Liaison, OAW | Alternate for Member |
| L.I. | PhD | Assistant Director for Operations, OAW | Alternate for Member |
| L.K. | MS | Research Scientist | Alternate for Scientist |
| L.N. | DVM | Senior Fellow, DCM | Alternate for Veterinarian |
| M.B. | PhD | Review Scientist, OAW | Alternate for Member |
| R.M. | DVM, PhD, ACVP | Research Scientist, WANPRC | Alternate for Veterinarian |
| S.M. | DVM | Resident Veterinarian, DCM | Alternate for Veterinarian |
| STI | DVM, PhD | Director, OAW | Alternate for Member |
| T.I. | DVM | Senior Fellow, DCM | Alternate for Veterinarian |

Department Abbreviation Codes: DCM - Department of Comparative Medicine, WaNPRC- Washington National Primate Research Center, OAW - Office of Animal Welfare

**Appendix A. University of Washington IACUC Membership**

| Name / Code* | Degree/ Credential | Position Title/ Occupational Background** | PHS Policy Membership Requirements |
|---|---|---|---|
| Jane Sullivan | PhD | Associate Professor | Chair, Member |
| Kim Stocking | DVM, DACLAM | Attending Veterinarian, Director OAW | Attending Veterinarian |
| A.B. | DVM, MS, DACLAM, CPIA | Veterinarian (AV at non-UW institution) | Veterinarian |
| A.W. | PhD | Associate Professor | Scientist |
| C.H. | DVM, PhD, DACLAM | Veterinarian Supervisor, WaNPRC | Veterinarian |
| C.M. | DVM | Senior Veterinarian | Veterinarian |
| D.M. | PhD | Associate Professor | Member |
| F.R.R. | PhD | Professor | Member |
| G.S. | PhD | Professor | Scientist |
| J.A. | MS | Senior Env. Health Specialist (non-UW) | Unaffiliated |
| J.M. | AS | Laboratory Manager | Scientist |
| J.P.V.H. | BS | Review Scientist /Compliance Manager, OAW | Member |
| K.G. | BS, GDipBS, PGDPP | Non-Profit Executive Director, discipline is organizational development and management | Non-Scientist |
| M.B. | PhD | Scientific Liaison/Review Scientist, OAW | Member |
| M.K. | BA | Business Owner | Unaffiliated |
| M.L. | MS, DVM | Senior Veterinarian, DCM | Veterinarian |
| S.J.H. | MS, MS | Program Coordinator | Member |
| S.L. | PhD | Research Associate Professor | Scientist |
| S.R.H. | DVM, MPVM, PhD | Consulting Veterinarian, Adjunct Professor (non-UW) | Unaffiliated |
| A.A. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| A.S. | PhD, CPIA | Scientific Liaison/Review Scientist, OAW | Alternate for Member |
| C.B. | BA | Public Information Specialist, WaNPRC | Alternate for Non-Scientist |
| D.E. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| D.J. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| E.C. | PhD | Scientific Liaison/Review Scientist, OAW | Alternate for Member |
| J.B. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.C. | BS, RN | Occupational Health Nurse | Alternate for Member |
| J.F. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| J.F.I. | DVM | Scientific Liaison/Review Scientist, OAW | Alternate for Member |
| K.G. | DVM, PhD | Veterinarian, DCM | Alternate for Veterinarian |
| K.Z. | DVM | Veterinarian, DCM | Alternate for Veterinarian |
| K.S.H. | BS | Scientific Liaison/Review Scientist, OAW | Alternate for Member |
| L.I. | PhD | Assistant Director for Operations, OAW | Alternate for Member |
| L.K. | MS | Research Scientist | Alternate for Scientist |
| L.M. | DVM | Senior Fellow, DCM | Alternate for Veterinarian |
| M.B.H. | PhD | Research Assistant Professor | Alternate for Scientist |
| R.M. | DVM, PhD, ACVP | Research Scientist, WaNPRC | Alternate for Veterinarian |

Department Abbreviation Codes: DCM - Department of Comparative Medicine, WaNPRC- Washington Primate Research Center, OAW - Office of Animal Welfare

UW00007421

Guillermo Decl. Exhibit G
Page 7 of 28

| | |
|---|---|
| **From:** | Bob Ennes |
| **Sent:** | Wednesday, September 9, 2020 10:29 AM PDT |
| **To:** | Kelly Johnson |
| **Subject:** | RE: New Public Records Request: PR-2020-00621 (Jones-Engel) |
| **Attachments:** | IACUC Home - UW IACUC Contacts.pdf |

Kelly,

We do not have a responsive document as requested. The requestor asks for "a single document that indicates, for each month, the name of each of the University of Washington's Institutional Care and Use Committee members, their position title and Public Health Service (PHS) Policy Membership Role." The document that was attached with the request as an example is treated as a living document by OAW and is edited as membership of the Committee changes over time. We do not have archival versions of this document.

I have attached the current version as that is the only responsive document that we possess.

Please let me know if you have any questions. Thanks.

**BOB ENNES**
Assistant Director
Office of Animal Welfare

Magnuson Health Sciences Center Box 357160
1959 NE Pacific St, T-254d / Seattle, WA 98195
206-221-8075
ennes@uw.edu / www.depts.washington.edu/uwhsa

**W** UNIVERSITY *of* WASHINGTON

---

**From:** Kelly Johnson <klj1833@uw.edu>
**Sent:** Friday, September 4, 2020 11:42 AM
**To:** Kim Stocking <kstock@uw.edu>; Bob Ennes <ennes@uw.edu>
**Cc:** Kelly Johnson <klj1833@uw.edu>
**Subject:** FW: New Public Records Request: PR-2020-00621 (Jones-Engel)

Hi Kim & Bob,

HSA has received a new public records requests from requestor Lisa Jones-Engel. The request has a response due date of **September 21, 2020**. The request is attached here and additional information is embedded below in the message forwarded from Compliance Analyst Jade McNallan. Please read the request in it's entirely and identify if you have responsive records. If you believe there are others that may also have responsive records pertaining to this request, please let me know.

Please let me know if you believe you have records that are responsive and if you have any questions or need anything clarified in order to respond to this request.

Regards,

Kelly

---

**From:** PUBLIC RECORDS OFFICE <pubrec@uw.edu>
**Sent:** Friday, September 4, 2020 11:36 AM
**To:** David M. Anderson <danderso@uw.edu>
**Cc:** Kelly Johnson <klj1833@uw.edu>
**Subject:** New Public Records Request: PR-2020-00621 (Jones-Engel)


Due to the current health emergency you may require additional time to complete your response to this public records request. If additional time is needed to compile records, please contact our office as soon as possible at pubrec@uw.edu with your estimated response date. Unless we hear from you, you should respond to this request as outlined below:


*****Immediate attention required: This is a time-sensitive request for assistance from the Office of Public Records and Open Public Meetings. Please respond by September 21, 2020.*****


Dave Anderson
Health Sciences Administration
Box 356355

Dear Dave:

Attached to this email is a new Public Records request. You are being asked to help the University respond promptly to this request by taking the following steps:


1.    Immediately identify all locations, within your area of responsibility, for any record that may be responsive to this request, including any records held by others within your school, college, unit, division or department. Below is a list of factors that must be considered when identifying records responsive to this request.

2.    Immediately preserve potentially responsive records from destruction or alteration.

3.    After you collect the responsive records, send electronic or hard copies of them to the Office of Public Records and Open Public Meetings, University of Washington, Box 354997. It is critical that the copies you send are single-sided and unstapled and that you include a copy of this letter with your submission.

4.    Please call the staff at the Office of Public Records and Open Public Meetings at 543-9180 with any questions or concerns you may have about this request.


UW00015117

If you are aware of additional faculty, staff, departments, or entities which may have records related to this request, please notify this office as soon as possible.

Thank you for your assistance in helping the University respond to the attached public records request in a timely and efficient manner.

Sincerely,

Jade McNallan
Compliance Analyst
UNIVERSITY OF WASHINGTON
Office of Public Records and Open Public Meetings
Mail: Roosevelt Commons-Box 354997, Seattle, WA 98195
Street: 4311 11th Ave NE, #360
206.543.9180  fax 206.616.6294
pubrec@uw.edu http://depts.washington.edu/pubrec/

_____

Responding to Requests for Public Records

- Any record prepared, owned, used or retained by the University, and that concerns University business, is considered a public record and must be provided to the Office of Public Records and Open Public Meetings.

- The definition of a "record" is very broad and includes correspondence, hand-written notes, forms, electronic records (such as email and databases), research records, visual records such as pictures, cd(s) or videos, audio records etc.

- You may not destroy or alter a requested record. This includes records that exist at the time a public records request is received by the University even though it may have passed its legal records retention period or is required to be destroyed by a contract.

- The University is legally required to identify all responsive records, even those it might choose to withhold from disclosure under one of the Public Records Act permissible exemptions. Thus, you must collect and send all records to the Office of Public Records and Open Public Meetings, even those you consider confidential or personal, those an outside party considers confidential (such as a vendor or licensee) or personal, or those you consider covered by the attorney-client privilege. The University might not release such records if they fall within one of the exemptions to the Public Records Act, but it must provide the requestor an inventory that identifies all records it chooses to exempt.

- If the request seeks a potentially large volume of records, you should work closely with the Office of Public Records and Open Public Meetings to determine a prompt timeframe for collection of records. The Office of Public Records and Open Public Meetings may explore with the requestor clarifying, narrowing, or prioritizing the request. You should not contact the requestor directly.

UW00015118

-      Certain records may be found in more than one UW location.  You should not assume that someone else is going to provide records that you also have in your control.

-      The consequences of not responding promptly or completely to a request are very serious. The University could be sued and could face costly fines and legal costs for not complying fully with the requirements of the public records law.

**UW00015119**



IACUC Home    IACUC Meetings    Reference    Subcommittees    Regulatory Reports    OAW Use Only    Semi-Annual Reports    SOPs

## IACUC Members

⊕ new item or edit this list

| Name of Member | Email | Degree/Credentials | Position Title | PHS Policy Membership Requirements | Department | Term End | OPMA |
|---|---|---|---|---|---|---|---|
| A.B. (Andrew) | aburich@benaroyaresearch.org | DVM, MS, DACLAM, CPIA | Veterinarian (AV at non-UW institution) | Veterinarian | Outside Institution | 10/31/21 | 3/16/2017 |
| A.W. (Aaron) | wirsinga@uw.edu | PhD | Associate Professor | Scientist | School of Environmental and Forest Sciences | 10/31/21 | |
| C.M. (Carolyn) | cmali@uw.edu | MS, DVM, CMAR, CPIA, DACLAM | Senior Veterinarian | Veterinarian | WaNPRC | 12/31/21 | 7/18/2018 |
| D.M. (David) | dmack21@uw.edu | PhD | Associate Professor | Member | Rehabilitation Medicine | 9/30/21 | 10/14/2019 |
| F.R.R. (Ric) | robinsn@uw.edu | PhD | Professor | Member | Biology Structure | 8/31/21 | 10/23/2017 |
| G.S. (Garret) | gstuber@uw.edu | PhD | Professor | Scientist | Anesthesiology and Pain Medicine, Pharmacology | 11/30/21 | 11/4/2019 |
| J.B. (Jacqui) | jacqui.ague@seattlechildrens.org | MS | Senior EHS Specialist | Unaffiliated | Outside Institution | 9/30/21 | 3/16/2017 |
| J.M. (Jeanot) | musterj@uw.edu | AS, CMAR | Research Scientist | Scientist | Bioengineering | 1/31/21 | 3/16/2017 |
| J.P.V.H. (Preston) | jpvh@uw.edu | BS | Review Scientist & Compliance Manager | Member | OAW | 9/30/21 | 3/16/2017 |
| J.S. (Jane) | jmsull@uw.edu | PhD | Associate Professor | Member, Chair | Physiology and Biophysics | 1/31/21 | 3/16/2017 |
| K.A.G. (Kate) | kag18@uw.edu | DVM, PhD | Veterinarian | Veterinarian | WaNPRC | 6/30/22 | 8/22/2018 |
| K.G. (Ken) | executivedirector@nwabr.org | BS, GDipBS, PGDPP | Executive Director | Non-Scientist | NWABR | 12/31/21 | 1/10/2019 |
| K.S. (Kim) | kstock@uw.edu | DVM, DACLAM | Attending Veterinarian, Director | Attending Veterinarian | OAW | 8/31/22 | 9/19/2018 |
| M.B. (Michelle) | mbrot@uw.edu | PhD | Review Scientist | Member | OAW | 10/31/21 | 10/26/2017 |
| M.K. (Michael) | uworama@uw.edu | BA | Unaffiliated Member | Business owner | Unaffiliated | 6/30/21 | 9/11/2019 |
| M.L. (Molly) | mklucas@uw.edu | MS, DVM | Senior Veterinarian | Veterinarian | DCM | 10/31/21 | 3/16/2017 |
| S.L. (Steve) | slibby@uw.edu | PhD | Research Associate Professor | Scientist | Laboratory Medicine | 1/31/21 | 3/16/2017 |
| S.R.H. (Scott) | srrhaskell@gmail.com | DVM, MPVM, PhD | Adjunct Professor | Unaffiliated | Unaffiliated | 4/30/21 | 10/18/2017 |

UW00015120

## Alternates

⊕ **new item** or **edit this list**

| ✓ | Name of Member | Email | Degree/Credentials | Position Title | PHS Policy Membership Requirements | Department | Term End | OPMA |
|---|---|---|---|---|---|---|---|---|
| | A.C. (Alex) | achris08@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 7/31/22 | |
| | A.F. (Amber) | aw656@uw.edu | DVM | Senior Veterinarian | Alternate for Veterinarian | WaNPRC | 2/28/22 | |
| | A.S. (Aubrey) | aubreys@uw.edu | PhD, CPIA | Scientific Liaison | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | C.B. (Chris) | chrisb44@uw.edu | BA | Public Information Specialist | Alternate for Non-Scientist | WaNPRC | 12/31/21 | 8/20/2019 |
| | C.H. (Charlotte) | chotchki@uw.edu | DVM, MS, PhD, DACLAM | Veterinarian | Alternate for Veterinarian | WaNPRC | 6/30/22 | 3/16/2017 |
| | D.E. (Daniel) | deldrid@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 6/30/22 | 12/17/2018 |
| | D.J. (Dean) | daj12@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | WaNPRC | 11/30/20 | 12/17/2018 |
| | E.C. (Emily) | ewilkins@uw.edu | PhD | Review Scientist | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | J.C. (Judy) | judym@uw.edu | BS, RN | Occupational Health Nurse | Alternate for Member | EH&S | 1/31/21 | 10/11/2017 |
| | J.F.I. (Jenny) | jpf2@uw.edu | DVM | Review Scientist | Alternate for Member | OAW | 3/31/21 | 3/16/2017 |
| | K.Z. (Kristin) | zabrecky@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 6/30/22 | 11/6/2018 |
| | KSH (Kelly) | ksh@uw.edu | BS | Scientific Liaison | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | L.K. (Loren) | lorax@uw.edu | MS | Research Scientist | Alternate for Scientist | Pharmaceutics | 5/31/21 | 12/27/2017 |
| | L.M. (Leandra) | lmosca@uw.edu | DVM | Senior Fellow | Alternate for Veterinarian | DCM | 6/30/22 | 7/3/2019 |
| | M.B.H. (Melissa) | mhaliski@uw.edu | PhD | Research Assistant Professor | Alternate for Scientist | Department of Pharmacy | 10/31/21 | 10/24/2019 |
| | M.E. (Megan) | megellis@uw.edu | DVM | Veterinary | Alternate for Veterinarian | DCM | 7/31/22 | |
| | R.M. (Bob) | rmurnane@uw.edu | DVM, PhD, ACVP | Research Scientist | Alternate for Veterinarian | WaNPRC | 8/31/22 | 10/11/2017 |

**UW00015121**

**UW00015122**

| | |
|---|---|
| **From:** | Kelly Johnson |
| **Sent:** | Wednesday, September 9, 2020 10:41 AM PDT |
| **To:** | PUBLIC RECORDS OFFICE |
| **CC:** | Kelly Johnson |
| **Subject:** | FW: New Public Records Request: PR-2020-00621 (Jones-Engel) |
| **Attachments:** | IACUC Home - UW IACUC Contacts.pdf |

Hi Jade,

Please see the response below from OAW.

This completes any responsive records from Health Sciences Administration for this request.

Thanks,

Kelly

---

**From:** Bob Ennes <ennes@uw.edu>
**Sent:** Wednesday, September 9, 2020 10:29 AM
**To:** Kelly Johnson <klj1833@uw.edu>
**Subject:** RE: New Public Records Request: PR-2020-00621 (Jones-Engel)

Kelly,

We do not have a responsive document as requested. The requestor asks for "a single document that indicates, for each month, the name of each of the University of Washington's Institutional Care and Use Committee members, their position title and Public Health Service (PHS) Policy Membership Role." The document that was attached with the request as an example is treated as a living document by OAW and is edited as membership of the Committee changes over time. We do not have archival versions of this document.

I have attached the current version as that is the only responsive document that we possess.

Please let me know if you have any questions. Thanks.

**BOB ENNES**
Assistant Director
Office of Animal Welfare

Magnuson Health Sciences Center Box 357160
1959 NE Pacific St, T-254d / Seattle, WA 98195
206-221-8075
ennes@uw.edu / www.depts.washington.edu/uwhsa

 UNIVERSITY of WASHINGTON

---

**From:** Kelly Johnson <klj1833@uw.edu>
**Sent:** Friday, September 4, 2020 11:42 AM

UW00015144

**To:** Kim Stocking <kstock@uw.edu>; Bob Ennes <ennes@uw.edu>
**Cc:** Kelly Johnson <klj1833@uw.edu>
**Subject:** FW: New Public Records Request: PR-2020-00621 (Jones-Engel)

Hi Kim & Bob,

HSA has received a new public records requests from requestor Lisa Jones-Engel. The request has a response due date of **September 21, 2020**. The request is attached here and additional information is embedded below in the message forwarded from Compliance Analyst Jade McNallan. Please read the request in it's entirely and identify if you have responsive records. If you believe there are others that may also have responsive records pertaining to this request, please let me know.

Please let me know if you believe you have records that are responsive and if you have any questions or need anything clarified in order to respond to this request.

Regards,

Kelly

---

**From:** PUBLIC RECORDS OFFICE <pubrec@uw.edu>
**Sent:** Friday, September 4, 2020 11:36 AM
**To:** David M. Anderson <danderso@uw.edu>
**Cc:** Kelly Johnson <klj1833@uw.edu>
**Subject:** New Public Records Request: PR-2020-00621 (Jones-Engel)

Due to the current health emergency you may require additional time to complete your response to this public records request. If additional time is needed to compile records, please contact our office as soon as possible at pubrec@uw.edu with your estimated response date. Unless we hear from you, you should respond to this request as outlined below:

*****Immediate attention required: This is a time-sensitive request for assistance from the Office of Public Records and Open Public Meetings. Please respond by September 21, 2020.*****

Dave Anderson
Health Sciences Administration
Box 356355

Dear Dave:

Attached to this email is a new Public Records request. You are being asked to help the University respond promptly to this request by taking the following steps:

UW00015145

1.      Immediately identify all locations, within your area of responsibility, for any record that may be responsive to this request, including any records held by others within your school, college, unit, division or department. Below is a list of factors that must be considered when identifying records responsive to this request.

2.      Immediately preserve potentially responsive records from destruction or alteration.

3.      After you collect the responsive records, send electronic or hard copies of them to the Office of Public Records and Open Public Meetings, University of Washington, Box 354997. It is critical that the copies you send are single-sided and unstapled and that you include a copy of this letter with your submission.

4.      Please call the staff at the Office of Public Records and Open Public Meetings at 543-9180 with any questions or concerns you may have about this request.

If you are aware of additional faculty, staff, departments, or entities which may have records related to this request, please notify this office as soon as possible.

Thank you for your assistance in helping the University respond to the attached public records request in a timely and efficient manner.

Sincerely,

Jade McNallan
Compliance Analyst
UNIVERSITY OF WASHINGTON
Office of Public Records and Open Public Meetings
Mail: Roosevelt Commons-Box 354997, Seattle, WA 98195
Street: 4311 11th Ave NE, #360
206.543.9180  fax 206.616.6294
pubrec@uw.edu http://depts.washington.edu/pubrec/
_____

Responding to Requests for Public Records

-      Any record prepared, owned, used or retained by the University, and that concerns University business, is considered a public record and must be provided to the Office of Public Records and Open Public Meetings.

-      The definition of a "record" is very broad and includes correspondence, hand-written notes, forms, electronic records (such as email and databases), research records, visual records such as pictures, cd(s) or videos, audio records etc.

-      You may not destroy or alter a requested record.  This includes records that exist at the time a public records request is received by the University even though it may have passed its legal records retention period or is required to be destroyed by a contract.

UW00015146

- The University is legally required to identify all responsive records, even those it might choose to withhold from disclosure under one of the Public Records Act permissible exemptions. Thus, you must collect and send all records to the Office of Public Records and Open Public Meetings, even those you consider confidential or personal, those an outside party considers confidential (such as a vendor or licensee) or personal, or those you consider covered by the attorney-client privilege. The University might not release such records if they fall within one of the exemptions to the Public Records Act, but it must provide the requestor an inventory that identifies all records it chooses to exempt.

- If the request seeks a potentially large volume of records, you should work closely with the Office of Public Records and Open Public Meetings to determine a prompt timeframe for collection of records. The Office of Public Records and Open Public Meetings may explore with the requestor clarifying, narrowing, or prioritizing the request. You should not contact the requestor directly.

- Certain records may be found in more than one UW location. You should not assume that someone else is going to provide records that you also have in your control.

- The consequences of not responding promptly or completely to a request are very serious. The University could be sued and could face costly fines and legal costs for not complying fully with the requirements of the public records law.

UW00015147

Guillermo Decl. Exhibit G
Page 18 of 28



IACUC Home      IACUC Meetings      Reference      Subcommittees      Regulatory Reports      OAW Use Only      Semi-Annual Reports      SOPs

## IACUC Members
⊕ new item or edit this list

| Name of Member | Email | Degree/Credentials | Position Title | PHS Policy Membership Requirements | Department | Term End | OPMA |
|---|---|---|---|---|---|---|---|
| A.B. (Andrew) | aburich@benaroyaresearch.org | DVM, MS, DACLAM, CPIA | Veterinarian (AV at non-UW institution) | Veterinarian | Outside Institution | 10/31/21 | 3/16/2017 |
| A.W. (Aaron) | wirsinga@uw.edu | PhD | Associate Professor | Scientist | School of Environmental and Forest Sciences | 10/31/21 | |
| C.M. (Carolyn) | cmali@uw.edu | MS, DVM, CMAR, CPIA, DACLAM | Senior Veterinarian | Veterinarian | WaNPRC | 12/31/21 | 7/18/2018 |
| D.M. (David) | dmack21@uw.edu | PhD | Associate Professor | Member | Rehabilitation Medicine | 9/30/21 | 10/14/2019 |
| F.R.R. (Ric) | robinsn@uw.edu | PhD | Professor | Member | Biology Structure | 8/31/21 | 10/23/2017 |
| G.S. (Garret) | gstuber@uw.edu | PhD | Professor | Scientist | Anesthesiology and Pain Medicine, Pharmacology | 11/30/21 | 11/4/2019 |
| J.B. (Jacqui) | jacqui.ague@seattlechildrens.org | MS | Senior EHS Specialist | Unaffiliated | Outside Institution | 9/30/21 | 3/16/2017 |
| J.M. (Jeanot) | musterj@uw.edu | AS, CMAR | Research Scientist | Scientist | Bioengineering | 1/31/21 | 3/16/2017 |
| J.P.V.H. (Preston) | jpvh@uw.edu | BS | Review Scientist & Compliance Manager | Member | OAW | 9/30/21 | 3/16/2017 |
| J.S. (Jane) | jmsull@uw.edu | PhD | Associate Professor | Member, Chair | Physiology and Biophysics | 1/31/21 | 3/16/2017 |
| K.A.G. (Kate) | kag18@uw.edu | DVM, PhD | Veterinarian | Veterinarian | WaNPRC | 6/30/22 | 8/22/2018 |
| K.G. (Ken) | executivedirector@nwabr.org | BS, GDipBS, PGDPP | Executive Director | Non-Scientist | NWABR | 12/31/21 | 1/10/2019 |
| K.S. (Kim) | kstock@uw.edu | DVM, DACLAM | Attending Veterinarian, Director | Attending Veterinarian | OAW | 8/31/22 | 9/19/2018 |
| M.B. (Michelle) | mbrot@uw.edu | PhD | Review Scientist | Member | OAW | 10/31/21 | 10/26/2017 |
| M.K. (Michael) | uworama@uw.edu | BA | Unaffiliated Member | Business owner | Unaffiliated | 6/30/21 | 9/11/2019 |
| M.L. (Molly) | mklucas@uw.edu | MS, DVM | Senior Veterinarian | Veterinarian | DCM | 10/31/21 | 3/16/2017 |
| S.L. (Steve) | slibby@uw.edu | PhD | Research Associate Professor | Scientist | Laboratory Medicine | 1/31/21 | 3/16/2017 |
| S.R.H. (Scott) | srrhaskell@gmail.com | DVM, MPVM, PhD | Adjunct Professor | Unaffiliated | Unaffiliated | 4/30/21 | 10/18/2018 |

UW00015148

## Alternates

⊕ **new item** or edit this list

| ✓ | Name of Member | Email | Degree/Credentials | Position Title | PHS Policy Membership Requirements | Department | Term End | OPMA |
|---|---|---|---|---|---|---|---|---|
| | A.C. (Alex) | achris08@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 7/31/22 | |
| | A.F. (Amber) | aw656@uw.edu | DVM | Senior Veterinarian | Alternate for Veterinarian | WaNPRC | 2/28/22 | |
| | A.S. (Aubrey) | aubreys@uw.edu | PhD, CPIA | Scientific Liaison | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | C.B. (Chris) | chrisb44@uw.edu | BA | Public Information Specialist | Alternate for Non-Scientist | WaNPRC | 12/31/21 | 8/20/2019 |
| | C.H. (Charlotte) | chotchki@uw.edu | DVM, MS, PhD, DACLAM | Veterinarian | Alternate for Veterinarian | WaNPRC | 6/30/22 | 3/16/2017 |
| | D.E. (Daniel) | deldrid@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 6/30/22 | 12/17/2018 |
| | D.J. (Dean) | daj12@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | WaNPRC | 11/30/20 | 12/17/2018 |
| | E.C. (Emily) | ewilkins@uw.edu | PhD | Review Scientist | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | J.C. (Judy) | judym@uw.edu | BS, RN | Occupational Health Nurse | Alternate for Member | EH&S | 1/31/21 | 10/11/2017 |
| | J.F.I. (Jenny) | jpf2@uw.edu | DVM | Review Scientist | Alternate for Member | OAW | 3/31/21 | 3/16/2017 |
| | K.Z. (Kristin) | zabrecky@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 6/30/22 | 11/6/2018 |
| | KSH (Kelly) | ksh@uw.edu | BS | Scientific Liaison | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | L.K. (Loren) | lorax@uw.edu | MS | Research Scientist | Alternate for Scientist | Pharmaceutics | 5/31/21 | 12/27/2017 |
| | L.M. (Leandra) | lmosca@uw.edu | DVM | Senior Fellow | Alternate for Veterinarian | DCM | 6/30/21 | 7/3/2019 |
| | M.B.H. (Melissa) | mhaliski@uw.edu | PhD | Research Assistant Professor | Alternate for Scientist | Department of Pharmacy | 10/31/21 | 10/24/2019 |
| | M.E. (Megan) | megellis@uw.edu | DVM | Veterinary | Alternate for Veterinarian | DCM | 7/31/22 | |
| | R.M. (Bob) | rmurnane@uw.edu | DVM, PhD, ACVP | Research Scientist | Alternate for Veterinarian | WaNPRC | 8/31/22 | 10/11/2017 |

UW00015149

**UW00015150**

| | |
|---|---|
| **From:** | PUBLIC RECORDS OFFICE |
| **Sent:** | Wednesday, September 9, 2020 11:09 AM PDT |
| **To:** | Dr. Lisa Jones-Engel |
| **Subject:** | FW: New Public Records Request: PR-2020-00621 (Jones-Engel) |
| **Attachments:** | IACUC Home - UW IACUC Contacts.pdf, image001.gif |

**From:** Kelly Johnson <klj1833@uw.edu>
**Sent:** Wednesday, September 9, 2020 10:41 AM
**To:** PUBLIC RECORDS OFFICE <pubrec@uw.edu>
**Cc:** Kelly Johnson <klj1833@uw.edu>
**Subject:** FW: New Public Records Request: PR-2020-00621 (Jones-Engel)

Hi Jade,

Please see the response below from OAW.

This completes any responsive records from Health Sciences Administration for this request.

Thanks,

Kelly

**From:** Bob Ennes <ennes@uw.edu>
**Sent:** Wednesday, September 9, 2020 10:29 AM
**To:** Kelly Johnson <klj1833@uw.edu>
**Subject:** RE: New Public Records Request: PR-2020-00621 (Jones-Engel)

Kelly,

We do not have a responsive document as requested. The requestor asks for "a single document that indicates, for each month, the name of each of the University of Washington's Institutional Care and Use Committee members, their position title and Public Health Service (PHS) Policy Membership Role." The document that was attached with the request as an example is treated as a living document by OAW and is edited as membership of the Committee changes over time. We do not have archival versions of this document.

I have attached the current version as that is the only responsive document that we possess.

Please let me know if you have any questions. Thanks.

**BOB ENNES**
Assistant Director
Office of Animal Welfare

Magnuson Health Sciences Center Box 357160

**UW00015473**

1959 NE Pacific St, T-254d / Seattle, WA 98195
206-221-8075
ennes@uw.edu / www.depts.washington.edu/uwhsa

**W** UNIVERSITY *of* WASHINGTON

---

**From:** Kelly Johnson <klj1833@uw.edu>
**Sent:** Friday, September 4, 2020 11:42 AM
**To:** Kim Stocking <kstock@uw.edu>; Bob Ennes <ennes@uw.edu>
**Cc:** Kelly Johnson <klj1833@uw.edu>
**Subject:** FW: New Public Records Request: PR-2020-00621 (Jones-Engel)

Hi Kim & Bob,

HSA has received a new public records requests from requestor Lisa Jones-Engel.  The request has a response due date of **September 21, 2020**. The request is attached here and additional information is embedded below in the message forwarded from Compliance Analyst Jade McNallan.  Please read the request in it's entirely and identify if you have responsive records. If you believe there are others that may also have responsive records pertaining to this request, please let me know.

Please let me know if you believe you have records that are responsive and if you have any questions or need anything clarified in order to respond to this request.

Regards,

Kelly

---

**From:** PUBLIC RECORDS OFFICE <pubrec@uw.edu>
**Sent:** Friday, September 4, 2020 11:36 AM
**To:** David M. Anderson <danderso@uw.edu>
**Cc:** Kelly Johnson <klj1833@uw.edu>
**Subject:** New Public Records Request: PR-2020-00621 (Jones-Engel)


Due to the current health emergency you may require additional time to complete your response to this public records request.  If additional time is needed to compile records, please contact our office as soon as possible at pubrec@uw.edu with your estimated response date.  Unless we hear from you, you should respond to this request as outlined below:


*****Immediate attention required:  This is a time-sensitive request for assistance from the Office of Public Records and Open Public Meetings.  Please respond by September 21, 2020.*****

**UW00015474**

Dave Anderson
Health Sciences Administration
Box 356355

Dear Dave:

Attached to this email is a new Public Records request.  You are being asked to help the
University respond promptly to this request by taking the following steps:


    1.    Immediately identify all locations, within your area of responsibility, for any record
that may be responsive to this request, including any records held by others within your school,
college, unit, division or department. Below is a list of factors that must be considered when
identifying records responsive to this request.

    2.    Immediately preserve potentially responsive records from destruction or alteration.

    3.    After you collect the responsive records, send electronic or hard copies of them to the
Office of Public Records and Open Public Meetings, University of Washington, Box 354997.  It
is critical that the copies you send are single-sided and unstapled and that you include a copy of
this letter with your submission.

    4.    Please call the staff at the Office of Public Records and Open Public Meetings at 543-
9180 with any questions or concerns you may have about this request.

If you are aware of additional faculty, staff, departments, or entities which may have records
related to this request, please notify this office as soon as possible.

Thank you for your assistance in helping the University respond to the attached public records
request in a timely and efficient manner.

Sincerely,

Jade McNallan
Compliance Analyst
UNIVERSITY OF WASHINGTON
Office of Public Records and Open Public Meetings
Mail: Roosevelt Commons-Box 354997, Seattle, WA 98195
Street: 4311 11th Ave NE, #360
206.543.9180  fax 206.616.6294
pubrec@uw.edu http://depts.washington.edu/pubrec/
_____

Responding to Requests for Public Records

-    Any record prepared, owned, used or retained by the University, and that concerns
University business, is considered a public record and must be provided to the Office of Public
Records and Open Public Meetings.

UW00015475

-    The definition of a "record" is very broad and includes correspondence, hand-written notes, forms, electronic records (such as email and databases), research records, visual records such as pictures, cd(s) or videos, audio records etc.

-    You may not destroy or alter a requested record.  This includes records that exist at the time a public records request is received by the University even though it may have passed its legal records retention period or is required to be destroyed by a contract.

-    The University is legally required to identify all responsive records, even those it might choose to withhold from disclosure under one of the Public Records Act permissible exemptions.  Thus, you must collect and send all records to the Office of Public Records and Open Public Meetings, even those you consider confidential or personal, those an outside party considers confidential (such as a vendor or licensee) or personal, or those you consider covered by the attorney-client privilege.  The University might not release such records if they fall within one of the exemptions to the Public Records Act, but it must provide the requestor an inventory that identifies all records it chooses to exempt.

-    If the request seeks a potentially large volume of records, you should work closely with the Office of Public Records and Open Public Meetings to determine a prompt timeframe for collection of records.  The Office of Public Records and Open Public Meetings may explore with the requestor clarifying, narrowing, or prioritizing the request.  You should not contact the requestor directly.

-    Certain records may be found in more than one UW location.  You should not assume that someone else is going to provide records that you also have in your control.

-    The consequences of not responding promptly or completely to a request are very serious. The University could be sued and could face costly fines and legal costs for not complying fully with the requirements of the public records law.

UW00015476

Guillermo Decl. Exhibit G
Page 25 of 28



IACUC Home    IACUC Meetings    Reference    Subcommittees    Regulatory Reports    OAW Use Only    Semi-Annual Reports    SOPs

## IACUC Members

⊕ new item or edit this list

| Name of Member | Email | Degree/Credentials | Position Title | PHS Policy Membership Requirements | Department | Term End | OPMA |
|---|---|---|---|---|---|---|---|
| A.B. (Andrew) | aburich@benaroyaresearch.org | DVM, MS, DACLAM, CPIA | Veterinarian (AV at non-UW institution) | Veterinarian | Outside Institution | 10/31/17 | 3/16/2017 |
| A.W. (Aaron) | wirsinga@uw.edu | PhD | Associate Professor | Scientist | School of Environmental and Forest Sciences | 10/31/21 | |
| C.M. (Carolyn) | cmali@uw.edu | MS, DVM, CMAR, CPIA, DACLAM | Senior Veterinarian | Veterinarian | WaNPRC | 12/31/17 | 7/18/2018 |
| D.M. (David) | dmack21@uw.edu | PhD | Associate Professor | Member | Rehabilitation Medicine | 9/30/21 | 10/14/2019 |
| F.R.R. (Ric) | robinsn@uw.edu | PhD | Professor | Member | Biology Structure | 8/31/21 | 10/23/2017 |
| G.S. (Garret) | gstuber@uw.edu | PhD | Professor | Scientist | Anesthesiology and Pain Medicine, Pharmacology | 11/30/21 | 11/4/2019 |
| J.B. (Jacqui) | jacqui.ague@seattlechildrens.org | MS | Senior EHS Specialist | Unaffiliated | Outside Institution | 9/30/21 | 3/16/2017 |
| J.M. (Jeanot) | musterj@uw.edu | AS, CMAR | Research Scientist | Scientist | Bioengineering | 1/31/21 | 3/16/2017 |
| J.P.V.H. (Preston) | jpvh@uw.edu | BS | Review Scientist & Compliance Manager | Member | OAW | 9/30/21 | 3/16/2017 |
| J.S. (Jane) | jmsull@uw.edu | PhD | Associate Professor | Member, Chair | Physiology and Biophysics | 1/31/21 | 3/16/2017 |
| K.A.G. (Kate) | kag18@uw.edu | DVM, PhD | Veterinarian | Veterinarian | WaNPRC | 6/30/22 | 8/22/2018 |
| K.G. (Ken) | executivedirector@nwabr.org | BS, GDipBS, PGDPP | Executive Director | Non-Scientist | NWABR | 12/31/21 | 1/10/2019 |
| K.S. (Kim) | kstock@uw.edu | DVM, DACLAM | Attending Veterinarian, Director | Attending Veterinarian | OAW | 8/31/22 | 9/19/2018 |
| M.B. (Michelle) | mbrot@uw.edu | PhD | Review Scientist | Member | OAW | 10/31/21 | 10/26/2017 |
| M.K. (Michael) | uworama@uw.edu | BA | Unaffiliated Member | Business owner | Unaffiliated | 6/30/21 | 9/11/2019 |
| M.L. (Molly) | mklucas@uw.edu | MS, DVM | Senior Veterinarian | Veterinarian | DCM | 10/31/21 | 3/16/2017 |
| S.L. (Steve) | slibby@uw.edu | PhD | Research Associate Professor | Scientist | Laboratory Medicine | 1/31/21 | 3/16/2017 |
| S.R.H. (Scott) | srrhaskell@gmail.com | DVM, MPVM, PhD | Adjunct Professor | Unaffiliated | Unaffiliated | 4/30/21 | 10/18/2018 |

UW00015477

## Alternates

⊕ **new item** or edit this list

| ✓ | Name of Member | Email | Degree/Credentials | Position Title | PHS Policy Membership Requirements | Department | Term End | OPMA |
|---|---|---|---|---|---|---|---|---|
| | A.C. (Alex) | achris08@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 7/31/22 | |
| | A.F. (Amber) | aw656@uw.edu | DVM | Senior Veterinarian | Alternate for Veterinarian | WaNPRC | 2/28/22 | |
| | A.S. (Aubrey) | aubreys@uw.edu | PhD, CPIA | Scientific Liaison | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | C.B. (Chris) | chrisb44@uw.edu | BA | Public Information Specialist | Alternate for Non-Scientist | WaNPRC | 12/31/21 | 8/20/2019 |
| | C.H. (Charlotte) | chotchki@uw.edu | DVM, MS, PhD, DACLAM | Veterinarian | Alternate for Veterinarian | WaNPRC | 6/30/22 | 3/16/2017 |
| | D.E. (Daniel) | deldrid@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 6/30/22 | 12/17/2018 |
| | D.J. (Dean) | daj12@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | WaNPRC | 11/30/20 | 12/17/2018 |
| | E.C. (Emily) | ewilkins@uw.edu | PhD | Review Scientist | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | J.C. (Judy) | judym@uw.edu | BS, RN | Occupational Health Nurse | Alternate for Member | EH&S | 1/31/21 | 10/11/2017 |
| | J.F.I. (Jenny) | jpf2@uw.edu | DVM | Review Scientist | Alternate for Member | OAW | 3/31/21 | 3/16/2017 |
| | K.Z. (Kristin) | zabrecky@uw.edu | DVM | Veterinarian | Alternate for Veterinarian | DCM | 6/30/22 | 11/6/2018 |
| | KSH (Kelly) | ksh@uw.edu | BS | Scientific Liaison | Alternate for Member | OAW | 10/31/21 | 3/16/2017 |
| | L.K. (Loren) | lorax@uw.edu | MS | Research Scientist | Alternate for Scientist | Pharmaceutics | 5/31/21 | 12/27/2017 |
| | L.M. (Leandra) | lmosca@uw.edu | DVM | Senior Fellow | Alternate for Veterinarian | DCM | 6/30/22 | 7/3/2019 |
| | M.B.H. (Melissa) | mhaliski@uw.edu | PhD | Research Assistant Professor | Alternate for Scientist | Department of Pharmacy | 10/31/21 | 10/24/2019 |
| | M.E. (Megan) | megellis@uw.edu | DVM | Veterinary | Alternate for Veterinarian | DCM | 7/31/22 | |
| | R.M. (Bob) | rmurnane@uw.edu | DVM, PhD, ACVP | Research Scientist | Alternate for Veterinarian | WaNPRC | 8/31/22 | 10/11/2017 |

**UW00015478**

**UW00015479**