# EXHIBIT H

# AARON JOHN WIRSING

School of Environmental and Forest Sciences
University of Washington
Box 352100
Seattle, WA 98195
(206) 543-1585
wirsinga@uw.edu

## EDUCATION

2005   Ph.D.   Biological Sciences, Simon Fraser University

2001   M.S.    Wildlife Resources, University of Idaho

1996   A.B.    Biology, Bowdoin College

## PROFESSIONAL APPOINTMENTS

2020-Present   Professor, School of Environmental and Forest Sciences (SEFS), University of Washington

2016           Visiting Professor, School of Life and Environmental Sciences, University of Sydney

2014-2020      Associate Professor, School of Environmental and Forest Sciences (SEFS), University of Washington

2008-2014      Assistant Professor, School of Environmental and Forest Sciences (SEFS), University of Washington

2006-2008      Post-doctoral Research Associate, Department of Biological Sciences, Florida International University

## PEER-REVIEWED PUBLICATIONS

**\*Denotes graduate student**

91. Wold, K., **A. J. Wirsing**, and T. P. Quinn. *In press*. Do brown bears (Ursus arctos) avoid barbed wires deployed to obtain hair samples? A videographic assessment. Wildlife Biology.

Winter Quarter Faculty Teaching Award, School of Forest Resources, University of Washington

**2001**

Outstanding Instructor Award, nominated by a student with a disability, University of Idaho

Outstanding Graduate Student Award, Department of Fish and Wildlife Resources, University of Idaho

**2000**

Ted Trueblood Communications Award, Best graduate student presentation, Annual meeting of the Idaho Chapter of the Wildlife Society

## ACADEMIC SERVICE

| | |
|---|---|
| 2020-Present | Editor-in-Chief, *Wildlife Research* |
| 2019-Present | Member, University of Washington Institutional Animal Care and Use Committee (IACUC) |
| 2019-Present | Member, University of Washington Program on the Environment (PoE) Faculty Council |
| 2019-Present | Member, UW Royalty Research Fund (RRF) subcommittee for the Basic Biological and Biomedical Sciences |
| 2018-2019 | Associate Editor, *Wildlife Research* |
| 2017-Present | Quantitative Ecology and Resource Management (QERM) Application Review Committee, University of Washington |
| 2017-Present | SEFS Research Committee |
| 2016-Present | SEFS Promotion, Merit, and Tenure (PMT) Committee |
| 2016-Present | Associate Editor, *Ecological Applications* |
| 2013-Present | Associate Editor, *Oecologia* |
| 2008-Present | Student Chapter Advisor, The Wildlife Society, University of Washington |