# EXHIBIT I



# Experience

**EHS Manager**
Seattle Children's
Oct 2018 - Present · 3 years 11 months
Greater Seattle Area

**Center for Infectious Disease Research**
6 years 5 months

**EHS Manager**




🔍 Jacqui Ague

Apr 2016 - Present · 6 years 5 months
Seattle, Washington

**IACUC Member**
Apr 2016 - Present · 6 years 5 months

 **IBC Member**
 Apr 2016 - Present · 6 years 5 months



**University of Washington**
10 years

**IACUC Member**
2014 - Present · 8 years
Seattle, Washington

**Biosafety Officer**
Feb 2013 - Apr 2016 · 3 years 3 months
Greater Seattle Area
Compliance
Regulatory Oversight
Biosafety Review
Research Oversight
Public Speaking
Training

 **Research Coordinator**
 2012 - 2013 · 1 year

 **Laboratory Manager**
 Center for Vaccine Research, Regional Biocontainment Laboratory, University of Pittsburgh
 2010 - 2012 · 2 years
 Greater Pittsburgh Area




Jacqui Ague

2007 - 2012 · 5 years

Greater Pittsburgh Area

Teaching
Lesson Development
Training Development

### Research Speciaist IV

Center for Vaccine Research, School of Medicine, University of Pittsburgh

2009 - 2010 · 1 year

Greater Pittsburgh Area

### Scientist

Allegheny County Medical Examiner's Office, Forensic Laboratory Division

2006 - 2009 · 3 years

Greater Pittsburgh Area

Examination of Physical Evidence
Maintain Chain of Custody
Testify as an Expert Witness in a Court of Law

## Education

### Case Western Reserve University School of Medicine

Master of Science (M.S.) · Pathology

2004 - 2006

### Washington State University

Bachelor of Science · Microbiology

2000 - 2004

### Chugiak High School

-



# Languages

**English**

-

# Organizations

**International Association for Identification**

-

**International Association of Bloostain Pattern Analysts**

-

## View Jacqui's full profile

- See who you know in common
- Get introduced
- Contact Jacqui directly

Join to view full profile

# People also viewed

**Joyce Squillante**

Young professional at Colorado State University

Fort Collins, CO

**Kristofor Sharp**

  

Jacqui Ague

Tucson, AZ

**Nevin Pahlad, CSP, CHMM**

Environmental Safety

New York, NY

**Miyoko Sasakura**

Industrial Hygienist, MS, CIH

Seattle, WA

**Ryan Oakley MBA, CHSP**

Fire & Life Safety Compliance Manager at Cleveland Clinic

Cleveland, OH

**Scott Mitchell**

Human Resources Specialist at Natelco

Haymarket, VA

**Antoinette Caputo**

Adjunct

Greater Pittsburgh Region

**Chris Bruin, MS, CLSS-HC, CHSP, CHFM**

Safety Officer at Mercy Health - St. Rita's Medical Center

Lima, OH

**Erick Wilkinson**

Environmental Health and Safety

San Francisco Bay Area

Show more profiles

 **Looking for career advice?**

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub



Jacqui Ague

CRISC Cert Prep: 2 IT Risk Assessment

Ergonomics 101

See all courses

## Jacqui's public profile badge

Include this LinkedIn profile on other websites

**Jacqui Ague**
EHS Manager at Seattle Children's Research Institute

EHS Manager at Seattle Children's

Case Western Reserve University School of Medicine

View profile

View profile badges



© 2022

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines