# EXHIBIT J





## Andrew Burich, DVM, MS, DACLAM, CPIA

Director, Animal Resources; Attending Veterinarian
Benaroya Research Institute
Seattle, Washington

Andrew Burich, DVM, MS, DACLAM, CPIA is the Director of Animal Resources and Attending Veterinarian at the Benaroya Research Institute (BRI) in Seattle, Washington. Dr. Burich graduated from the University of Wisconsin - Madison School of Veterinary Medicine in 1998 and then completed a postdoctoral fellowship in Laboratory Animal Medicine in the Department of Comparative Medicine, University of Washington in 2002. While there he also received a Master of Science degree in Comparative Medicine. Dr. Burich was a Senior Clinical Veterinarian and IACUC member at the Oregon Health and Science University in Portland, Oregon before joining BRI in 2005 and he currently is also an Affiliate Instructor in the Department of Comparative Medicine, Unversity of Washington and a member of the University of Washington IACUC. He is an ad hoc consultant for AAALAC, Int. and is active in the American Association for Laboratory Animal Science at the National level.

### Presentation(s):

NWABR Regional IACUC/IBC Conference
Thursday, April 4
8:00 AM – 5:15 PM