# EXHIBIT K



# Emily W. Clark, PhD

Review Scientist, Office of Animal Welfare
University of Washington

Emily W Clark, PhD, Review Scientist at the University of Washington, began her research career in 1997 as an undergraduate at Swarthmore College (Swarthmore, PA). As a member of the only vertebrate animal laboratory on the liberal arts campus, she had her first experience with IACUC oversight while studying the serotonergic system and emotional learning in rats. Emily moved to Seattle after graduating from Swarthmore in 2001, where she served as a laboratory manager before joining UW's graduate program in Psychology (Behavioral Neuroscience). Her 2008 dissertation examined the neural circuitry underlying conditioned taste aversion learning in rats, and her postdoctoral research (UW Psychology) employed in vivo electrophysiology to record cell activity in brain regions during spatial navigation, reward learning, and decision-making tasks in rats. Emily joined UW's Office of Animal Welfare as a Review Scientist and Scientific Liaison in 2011. She became an IACUC Member in 2012, later Chairing a subcommittee to overhaul guidance materials and checklists for semiannual facility inspections. Emily has developed both in-person and document-based training modules for IACUC site visitors, and has helped with OAW process-improvement efforts, most recently serving as a Core Team member during development and implementation of UW's electronic IACUC system.