# EXHIBIT L

Volunteer    NWABR Blog    Contact

# NWABR
Northwest Association for Biomedical Research

WELCOME | ABOUT | MEMBER CENTER | EVENTS & PROGRAMS | TEACHER CENTER | RESOURCES | **DONATE NOW**

About . Our Board Emeritus . Libby

Search NWABR.org    SEARCH

ABOUT

OUR AREAS OF EMPHASIS

OUR KEY PROGRAMS

OUR BOARD

OUR BOARD EMERITUS

- CHRIS ANTONY
- DOUG BADGER
- CAMI GEARHART
- MARK CRANE
- JUAN COTTO
- ROBANN CUNNINGHAM
- BILL DALE
- WILLIAM S. DERNELL
- ANITA EISENSTADT
- JUDY FENYK-MELODY
- JAMIE KENFIELD
- KARI KOSZDIN
- JENNIFER LANE
- OSCAR LOPEZ
- TINA MANKOWSKI
- LORRAINE MCCONNELL
- ROBERT H. MEALEY
- ROYCE MORRISON
- TODD MYERS
- LAURA PEARSON
- STEPHEN LIBBY //
- LYNN ROSE
- MONTE MATTHEWS
- LEE SCHOENTRUP
- LEE STRUCKER
- DONALD WANG
- BEN WILFOND
- TINA ROGERS
- DEBBIE SHIOZAKI
- KIM STOCKING

OUR TEAM

OUR FOUNDERS

OUR STATE AFFILIATES

OUR EVENT CALENDAR

NEWSLETTERS

# STEPHEN (STEVE) LIBBY



Steve Libby is a Research Associate Professor of Laboratory Medicine and Microbiology. Dr. Libby has been working in the field of microbial genetics and molecular pathogenesis for over 28 years. He switched fields from eukaryotic gene expression for his PhD thesis project and moved to bacterial pathogenesis during his postdoctoral training at the Scripps Research Institute and UC San Diego. He then accepted a faculty appointment at the NC State University, Department of Microbiology in 1997, then to the University of Washington in 2003. While at NC State, Dr. Libby headed the Biosafety Committee and ushered the university into the new rules and regulations following 9/11. Dr. Libby was appointed to the UW IBC in 2004 and became Chair of the IBC in 2014. His research interest is understanding the molecular genetics of Salmonella Typhimurium and Salmonella Typhi pathogenesis using *in vitro* and *in vivo* model systems. Dr. Libby also works on Staphylococcus aureus pathogenesis and has developed a nasal colonization model. He is the current Chair of the UW IBC and also serves on the UW IACUC committee. In his spare time, Steve enjoys cooking, serious photography, working on BMWs and Triumphs, instructing drivers on the race track, and is actively involved in two local car clubs.

SHARE THIS PAGE

| ABOUT | MEMBER CENTER | EVENTS & PROGRAMS | TEACHER CENTER | RESOURCES |
|---|---|---|---|---|
| Our Areas Of Emphasis | Our Members | 2022 Portland Clinical Research Professional Conference | Ethics Primer | General Resources |
| Our Key Programs | Value Proposition | 2022 IRB CONFERENCE - July 28, 2022 | Bioethics 101 | Student Resources |
| Our Board | #ThanksResearch | 2022 #ThanksResearch Virtual Gala | Introductory Bioinformatics: Genetic Testing | Research Resources |
| Our Board Emeritus | Member Job Postings | 2021 October 14th Communication Workshop | Advanced Bioinformatics: Genetic Research | Useful Links |
| Our Team | Sponsorship Opportunities | 2022 Seattle Clinical Research Professional Virtual Conference | The Nature Of Scientific Research | |
| Our Founders | | 2022 IBC, Security, And IACUC Conferences | Animals In Research | |
| Our State Affiliates | | Camp BIOmed | Humans In Research | |
| Our Event Calendar | | Community Events | Stem Cell Research | |
| Newsletters | | Conference And Event Policies | HIV Vaccines | |
| | | | Consumer Awareness | |
| | | | For The Greater Good | |
| | | | Education Strategies | |

© NWABR.ORG 2022

Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution 3.0 License. The Northwest Association for Biomedical Research, NWABR is a 501(c)3 organization.