# EXHIBIT M



## Jeanot Muster, CMAR

Research Facilities Manager at Seattle Children's

Seattle, Washington, United States · 500+ connections

Join to connect

**Seattle Children's**

**University of Washington**

🔗 **Company Website** ⬈

## About

My educational accomplishments include a Bachelor of Science from the University of Washington, Certification as a Manager of Animal Resources from the American Association of Laboratory Animal Science, as well as extensive training in several laboratory analytical/production methods such as NGS single-cell sequencing, as well as the design, implementation, and coordination of several UW capitol projects including the construction of UW's SLU 3.1 site, its Aquatics core, and its new Genomics core. This includes the design, maintenance, and oversight of several building automation systems, development and implementation of COVID-19 business continuity plans, and serving as a technical expert and resource on many topics such as BSL3/Select Agent & Toxin use, equipment sourcing and use, emergency response, research laboratory move-in logistics, compliance, among

Guillermo Decl. Exhibit M
Page 1 of 21

 

🔍 Jeanot Muster, CMAR

of the infrastructure.

Formerly, I worked for the University of Washington as the Aquatics Director for the Institute for Stem Cell and Regenerative Medicine (ISCRM), responsible for ~65 users between 11 labs. Additionally, I served as the interim Genomics Core Director and as the Manager of Shared Equipment for ISCRM. For ISCRM, I coordinated and assisted with all internal laboratory moves and updates, as well as managing the training, maintenance and repairs of department owned equipment.

In the past I have managed several spending budgets totaling $1,500,000+ yearly, served as liaison between the labs and all UW departments, regulatory departments & institutions such as the NIH, DEA, IACUC, & EH&S. This experience has refined my skill set by managing the intricacies of a research lab as well as an aquatics facility, and assisting & contributing to a large research group with an emphasis on working as a team.

## Experience

 **Seattle Children's**
10 years 7 months

**Manager, Research Facilities Construction & Maintenance**
Jun 2021 - Present · 1 year 3 months
Seattle, Washington, United States
Research Facilities

**Member, Institutional Animal Care and Use Committee**
Aug 2013 - Sep 2021 · 8 years 2 months
Seattle, Washington, United States
Office of Institutional Assurances

**Manager, Research Occupancy Planning / Move Add Change**
May 2021 - Jun 2021 · 2 months
Seattle, Washington, United States
Research Facilities





🔍 Jeanot Muster, CMAR

Office of Animal Care



**Founder, Board of Directors**
SoundEats

Feb 2019 - Present · 3 years 7 months

Seattle, Washington, United States



**Member, IACUC & IBC Planning Committee**
Northwest Association for Biomedical Research

Mar 2018 - Present · 4 years 6 months

Seattle, Washington, United States



**University of Washington**
11 years 7 months

**Member, Institutional Animal Care and Use Committee**
Sep 2012 - Present · 10 years

Seattle, Washington, United States
Office of Animal Welfare

**Interim Director, ISCRM Genomics**
Dec 2019 - Apr 2021 · 1 year 5 months

Seattle, Washington, United States

Institute for Stem Cell and Regenerative Medicine
NGS core facility with a 10x, Agilent, and Illumina workflow specializing in single-cell &
spatial genomics

**Manager, ISCRM Infrastructure & Shared Resources**
Sep 2019 - Apr 2021 · 1 year 8 months

Seattle, Washington, United States

Institute for Stem Cell and Regenerative Medicine
Facility management, maintenance, repair, design, business continuity, capital projects,
strategic resourcing, move management and training of institutional spaces, shared
equipment and resources





Q  Jeanot Muster, CMAR

Institute for Stem Cell and Regenerative Medicine
histology core facility featuring the latest Leica microtomes, cryostats, and tissue
processors combined with offering specialized training to incorporate unique histological
techniques for use in spatial genomics

### Director, ISCRM Aquatics
Aug 2017 - Apr 2021 · 3 years 9 months

Seattle, Washington, United States

Institute for Stem Cell and Regenerative Medicine (ISCRM)
Zebrafish core facility housing 15,000+ fish and providing services to 11+ labs

### Research Engineer III
Aug 2017 - Mar 2020 · 2 years 8 months

Seattle, Washington, United States

Laboratory of Andre Berndt
Department of Bioengineering
Nanofabrication, HTS, 3D modeling, micromachines

### Member, Institutional Biosafety Committee
Jan 2014 - Aug 2015 · 1 year 8 months

Seattle, Washington, United States

Environmental Health & Safety

### Ad-Hoc Consultant, Institutional Animal Care and Use Committee
Feb 2011 - Sep 2012 · 1 year 8 months

Seattle, Washington, United States

Office of Animal Welfare

### Senior Scientific Advisor
Clean Research
Feb 2019 - Apr 2021 · 2 years 3 months

Seattle, Washington, United States





🔍 Jeanot Muster, CMAR

Seattle, Washington, United States

Currently SCRI, in transitional period

### Manager, Laboratory Operations

Fred Hutch

Jun 2011 - Aug 2017 · 6 years 3 months

Seattle, Washington, United States

Office of Institutional Review

### Director, Laboratory Operations

Howard Hughes Medical Institute

Oct 2005 - Aug 2017 · 11 years 11 months

Seattle, Washington, United States

Laboratory of Randall T Moon
Department of Pharmacology & Institute for Stem Cell and Regenerative Medicine
Aquatics Manager for Moon, Brockerhoff, Hurley, Murry, Ruohola-Baker, and Cao labs.

### Chief Technical Officer, Gunsmith

Jer's Gun Shop

Nov 2010 - May 2014 · 3 years 7 months

Bothell, Washington, United States

01FFL/3SOT

### Bartender

Mona's Bistro and Lounge

Nov 2009 - Dec 2010 · 1 year 2 months

Seattle, Washington, United States





🔍 Jeanot Muster, CMAR

Jun 2004 - Oct 2005 · 1 year 5 months

Seattle, Washington, United States

Laboratories of Randall T Moon, David Kimelman

### Research Technician I

Edmonds College

Feb 2004 - Jun 2004 · 5 months

Lynnwood, Washington, United States

Department of Biology

### Natural Gas Technician

Europa Construction

Oct 2001 - Jan 2003 · 1 year 4 months

Edmonds, Washington, United States

### Demolitions Specialist

Design Masonry

Nov 1998 - Sep 2001 · 2 years 11 months

Seattle, Washington, United States

## Education

### University of Washington

Bachelor of Science (BS) · Molecular & Cellular Biology · 3.5

2005 - 2010

### Edmonds Community College

Associate of Science (AS) · Molecular Biology · 3.7

2001 - 2004





 Jeanot Muster, CMAR

2001 - 2004

## Licenses & Certifications

**WA I-1639 Compliance Training**

Washington State Department of Licensing

Issued Apr 2022

**Fusion Liaison Officer Intermediate**

Washington State Fusion Center

Issued Apr 2018

**Protective Measures**

U.S. Department of Homeland Security

Issued Feb 2018

Credential ID PER-336

**Vehicle-Borne Improvised Explosive Device Detection**

U.S. Department of Homeland Security

Issued Feb 2018

Credential ID PER-312

**Safeguarding Confidential Information**

University of Washington

Issued Nov 2016

**Home Made Explosives Training**

New Mexico Institute of Mining and Technology

Issued Aug 2016

**Incident Response to Terrorist Bombing**

New Mexico Institute of Mining and Technology





Q  Jeanot Muster, CMAR

U.S. Department of Homeland Security

Issued Jul 2016

Credential ID AWR-338

### Introduction to the Terrorist Attack Cycle

U.S. Department of Homeland Security

Issued Jul 2016

Credential ID AWR-334

### Protective Measures Awareness

U.S. Department of Homeland Security

Issued Jul 2016

Credential ID AWR-340

### HazMat Security Awareness

U.S. Department of Transportation

Issued Jun 2016

### Improvised Explosive Device Construction and Classification

U.S. Department of Homeland Security

Issued Jun 2016

Credential ID AWR-333

### Improvised Explosive Device Explosive Effects Mitigation

U.S. Department of Homeland Security

Issued Jun 2016

Credential ID AWR-337

### Response to Suspicious Behaviors and Items

U.S. Department of Homeland Security

Issued Jun 2016

Credential ID AWR-335

### Arc Flash Awareness





🔍 Jeanot Muster, CMAR

SafeCampus Violence Prevention and Response Training

University of Washington

Issued Jun 2015

**Compressed Gas Safety**

University of Washington

Issued Nov 2014

**Laboratory Personal Protective Equipment**

University of Washington

Issued Sep 2014

**Principles and Practices of Biosafety**

ABSA International

Issued Jul 2014

**EOC Management and Operations**

FEMA

Issued Jun 2014

Credential ID IS-00775

**See credential**

**ICS for Single Resources and Initial Action Incident**

FEMA

Issued Jun 2014

Credential ID IS-00200.b

**See credential**

**Introduction to the Incident Command System for Higher Education**

FEMA

Issued Jun 2014

Credential ID IS-00100.he

**See credential**





Jeanot Muster, CMAR

Credential ID IS-00700.a

**See credential**

### Globally Harmonized System
University of Washington

Issued Mar 2014

### Evacuation Warden / Building Evacuation
University of Washington

Issued Oct 2013

### Fire Extinguisher Training
University of Washington

Issued Sep 2013

### Hunter Education
Department of Fish & Wildlife (WA)

Issued Aug 2012

### Handgun Safety
Multnomah County Sheriff's Office (OR)

Issued Jan 2010

### Fume Hood Training
University of Washington

Issued Jan 2009

### Radioactive Materials Access License
U.S. Nuclear Regulatory Commission

Issued Jan 2009

### Asbestos General Awareness
University of Washington

Issued Oct 2008





🔍 Jeanot Muster, CMAR

Issued Jul 2007

### Principles of Radiation Protection
University of Washington

Issued Oct 2005

### CPR for The Professional Responder
American Red Cross

Issued Mar 2002

### Emergency Response
American Red Cross

Issued Mar 2002

### Certified Manager of Animal Resources
AALAS

Issued Apr 2014 · Expires May 2024

**See credential**

### 03 Federal Firearms License
Bureau of Alcohol, Tobacco, Firearms and Explosives

Issued Mar 2012 · Expires Apr 2024

### Concealed Pistol License
King County Sheriff's Office (WA)

Issued Jan 2009 · Expires Jan 2024

### Small UAS
Federal Aviation Administration

Issued Dec 2015 · Expires Dec 2023

### Concealed Handgun License
Multnomah County Sheriff's Office (OR)

Issued Feb 2010 · Expires Jan 2023





🔍 Jeanot Muster, CMAR

Credential ID FX 60836970

**Researcher (II-V)**
Drug Enforcement Administration
Issued Mar 2018 · Expires Jan 2022
Credential ID RM0534607

**Biosafety Training (BSL2 w/ 3, ABSL2)**
University of Washington Environmental Health & Safety
Issued Jul 2011 · Expires Aug 2021

**Category B Biological Substances Shipping**
University of Washington
Issued Jan 2013 · Expires Aug 2021

**Dual Use Research of Concern (DURC)**
University of Washington
Issued Sep 2015 · Expires Aug 2021


**Bloodborne Pathogens for Researchers**
University of Washington
Issued Mar 2009 · Expires Jan 2021


**Dry Ice Shipping**
University of Washington
Issued Mar 2012 · Expires Aug 2020


**Aseptic Surgery**
Collaborative Institutional Training Initiative
Issued Sep 2013 · Expires Sep 2017
Credential ID 11159533


**Working With Zebrafish (Danio rerio) in Research Settings**
Collaborative Institutional Training Initiative

 


🔍 Jeanot Muster, CMAR


**IACUC Chairs, Members, and Coordinators**
Collaborative Institutional Training Initiative
Issued Sep 2013 · Expires Sep 2016
Credential ID 11159531


**Investigators, Staff and Students**
Collaborative Institutional Training Initiative
Issued Sep 2013 · Expires Sep 2016
Credential ID 11159530


**Reducing Pain and Distress in Laboratory Mice and Rats**
Collaborative Institutional Training Initiative
Issued Sep 2013 · Expires Sep 2016
Credential ID 11159532


**Workplace Violence Prevention & Response**
University of Washington
Issued Jan 2013 · Expires Dec 2014

## Publications

**Amino acid primed mTOR activity is essential for heart regeneration**
Cell iScience · December 5, 2021

Heart disease is the leading cause of death with no method to repair damaged myocardium due to the limited proliferative capacity of adult cardiomyocytes. Curiously, mouse neonates and zebrafish can regenerate their hearts via cardiomyocyte de-differentiation and proliferation. However, a molecular mechanism of why these cardiomyocytes can re-enter cell cycle is poorly understood. Here, we identify a unique metabolic state that primes adult zebrafish and neonatal mouse ventricular...

**Show more**

Other authors





🔍 Jeanot Muster, CMAR

See publication

### A More Open Approach Is Needed to Develop Cell-Based Fish Technology: It Starts with Zebrafish

Cell One Earth · July 24, 2020

The global demand for fish is rising and projected to increase for years to come. However, there is uncertainty whether this increased demand can be met by the conventional approaches of capture fisheries and fish farming because of wild stock depletion, natural resource requirements, and environmental impact concerns. One proposed complementary solution is to manufacture the same meat directly from fish cells, as cell-based fish. More than 30 ventures are competing to commercialize cell-based...

Show more

Other authors

See publication

### The transcriptional response of skin to fluorescent light exposure in viviparous (Xiphophorus) and oviparous (Danio, Oryzias) fishes

Comparative Biochemistry and Physiology - Part C: Toxicology & Pharmacology · October 7, 2017

Differences in light sources are common in animal facilities and potentially can impact experimental results. Here, the potential impact of lighting differences on skin transcriptomes has been tested in three aquatic animal models commonly utilized in biomedical research

Guillermo Decl. Exhibit M
Page 14 of 21



Show more

Other authors

[See publication](#)

**Porous Implants modulate Healing and Induce Shifts in Local Macrophage Polarization in the Foreign Body Reaction**

*Annals of Biomedical Engineering · November 19, 2013*

The foreign body reaction (FBR) to implanted materials is of critical importance when medical devices require biological integration and vascularization to support their proper function (e.g., transcutaneous devices, implanted drug delivery systems, tissue replacements, and sensors). One class of materials that improves FBR outcomes is made by sphere-templating, resulting in porous structures with uniform, interconnected 34 μm pores. With these materials we observe reduced fibrosis and...

Show more

Other authors

[See publication](#)

**A protein complex of SCRIB, NOS1AP and VANGL1 regulates Cell Polarity and Migration, and is associated with Breast Cancer Progression**

*Nature Oncogene · December 19, 2011*

Guillermo Decl. Exhibit M
Page 15 of 21





Jeanot Muster, CMAR

interacts with the PCP proteins VANGL1 and SCRIB to form a protein complex, which is recruited to the leading edge...

Show more

Other authors

See publication

## Chemical-Genetic Screen identifies Riluzole as an Enhancer of Wnt/β-catenin signaling in Melanoma

Cell Chemistry and Biology · November 24, 2010

To identify new protein and pharmacological regulators of Wnt/β-catenin signaling we used a cellbased reporter assay to screen a collection of 1857 human-experienced compounds for their ability to enhance activation of the β-catenin reporter by a low concentration of WNT3A. This identified 44 unique compounds, including the FDA-approved drug riluzole, which is presently in clinical trials for treating melanoma. We found that treating melanoma cells with riluzole in vitro enhances the ability of...

Show more

Other authors

See publication





Q  Jeanot Muster, CMAR

We conducted a yeast-2-hybrid screen using an N-terminal fragment of Dsh, resulting in isolation of the Xenopus laevis ortholog of Hipk1. Interaction between the Dsh and Hipk1 proteins was confirmed by co-immunoprecipitation assays and mass spectrometry, and further experiments suggest that Hipk1 also complexes with the transcription factor Tcf3. Supporting a nuclear function during X. laevis development, Myc-tagged Hipk1 localizes primarily to the nucleus in animal cap explants, and the...

**Show more**

Other authors

**See publication**

---

## Languages

**English**
Native or bilingual proficiency

**German**
Native or bilingual proficiency

**Spanish**
Limited working proficiency

**French**
Elementary proficiency

 in 

🔍 Jeanot Muster, CMAR

Recommendations received

 **David Kimelman**
"Jeanot worked for myself and his direct manager, Professor Randall Moon, taking care of a large colony of frogs for research purposes. Prior to Jeanot the frog colony had not been managed well, but he did an outstanding job making sure that the animals were always in great health, and dealing with the many layers of administration that supervised the colony. He was completely reliable, very detail oriented, and creative in finding solutions to problems. He was always calm, friendly and helpful. I was very happy having him as our animal manager."

 **Jason Berndt**
"Jeanot is an outgoing co-worker who routinely establishes and maintains relationships between our lab and sales/ service representatives at biotech companies and university agencies. Jeanot facilitates scientific activities in the lab through both direct assistance with experiments and by taking care of most administrative lab tasks, e.g. ordering supplies, maintaining EH&S and IACUC compliance, etc."

2 people have recommended Jeanot

[ **Join now to view** ]

---

## View Jeanot's full profile

∞ See who you know in common

⧉ Get introduced

👥 Contact Jeanot directly

[ **Join to view full profile** ]

---

## People also viewed





🔍 Jeanot Muster, CMAR

**Alexander Hopkins**

Senior Sales Representative at Thermo Fisher Scientific

Greater Seattle Area

**Rickey Kelly**

Terminal Manager at PACIFIC RAIL SERVICES, INC.

Springfield, MA

**Marbelys Pino**

Assistant Professor at Miami Dade College

Miami-Fort Lauderdale Area

**Roman Kriz**

Chief Executive Officer at Bene Meat Technologies a.s.

Czechia

**Dan Stonehouse**

IT Analyst in Business Applications at Seattle Children's

Tacoma, WA

**Kelly Uckun, MBA**

Administrator, Department of Medicine, Division of Metabolism, Endocrinology and Nutrition at University of Washington

Seattle, WA

**Mark McCormick**

Director of Marketing and Communications

Madison, WI

**Tim Branch**

Design Manager at Great Ormond Street Hospital Children's Charity

London

**Rickey Kelly**

Contractor

St Louis, MO

**Show more profiles** ⌄





Jeanot Muster, CMAR

## Add new skills with these courses



**Working Professionally with Your Drone**

**Excel: Creating a Basic Dashboard**

**Cybersecurity Awareness: The Internet of Things (IoT)**

**See all courses**

## Jeanot's public profile badge

Include this LinkedIn profile on other websites



**Jeanot Muster, CMAR**
Research Facilities Manager at Seattle Children's

Manager, Research Facilities Construction & Maintenance at Seattle Children's

University of Washington

View profile         **Linked**in

**View profile badges**

Linked**in** © 2022

Accessibility

Privacy Policy

Copyright Policy

About

User Agreement

Cookie Policy

Brand Policy

