# EXHIBIT N

TAKE ACTION FOR THE PLANET          PLEDGE     DONATE

☰



**JEANOT MUSTER**

Jeanot Muster has a background in engineering, chemistry and molecular biology. For thirteen years, Muster worked in the laboratory of the Institute of Stem Cell and Regenerative Medicine's (ISCRM) Founding Director, Dr. Randall T. Moon, at the University of Washington, serving as his laboratory manager. In this role, he oversaw all daily operations of a large research lab, while maintaining institutional compliance with all regulatory departments involved in the operations of the laboratory. Simultaneously, he pursued studies in Wnt signaling — how manipulation of a cellular pathway affects development and regeneration.

During his time in the Moon lab, Muster assumed leadership of the aquatics facility and provided technical support and expertise in the design and implementation of many of its researchers' projects. In 2008, the facility moved into new space at the UW School of Medicine South Lake Union campus, designed according to Muster's specifications, and in 2017 became the ISCRM Aquatics Core. It is now considered the standard for zebrafish facilities at the University of Washington, and one of the most advanced aquatic facilities in the world. In addition to his leadership of the Institute's Aquatics Core, he has been serving on the UW Institutional Animal Care and Use Committee (IACUC) for nine years, the Seattle Children's Research Institute IACUC for eight years, and served for nearly two years on the UW Institutional Biosafety Committee (IBC).

**KEY EXPERTISE AREAS**

- Large-scale laboratory and facility operations and management, technical, regulatory and institutional compliance, including expertise on the inclusion of zebrafish in research and grant applications.
- Zebrafish experimental use and training, including transgenic creation, microsurgery, and complex behavioral analyses.
- Certified Manager of Animal Resources (CMAR) from the American Association for Laboratory Animal Science.

‹      ›

ALAIN ROSTAIN
Executive Director

REZA OVISSI, Ph.D

LISA MAVES, Ph.D

GREG POTTER, PhD

JEANOT MU

**MEET OUR TEAM**



   

**SEEK THE TRUTH**

Join our mailing list for updates from our collaborative.

email address

SUBSCRIBE

©2021 Clean Research, Inc, a 501(c)(3) nonprofit company. All rights reserved.  |  Privacy Policy  |  Terms of Use