# EXHIBIT O





# Aubrey Schoenleben, PhD, CPIA

University of Washington

Aubrey Schoenleben, PhD, CPIA, is a Review Scientist in the Office of Animal Welfare at the University of Washington (UW). Aubrey earned her bachelor's degree in Neuroscience & Psychology from Allegheny College and her doctoral degree in Neurobiology from University of Maryland, Baltimore. Aubrey joined UW's Office of Animal Welfare as a review scientist and scientific liaison in 2013, and served as an IACUC member since 2015. Aubrey is also co-chair of the Compliance Unit Standard Procedure (CUSP) project, a burden reducing initiative of the 21st Century Cure Act.

## Presentation(s):

C08 - At the CUSP: An Option to Address Administrative Burden at the Institutional Level
Friday, April 16, 2021
11:45 AM – 12:45 PM ET