# EXHIBIT P

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# Dare 2 Care (D2C):  Compassion Fatigue Updates

**Thursday, April 4th, 2019**

**4:15PM – 4:45PM**

**Hyatt Regency Bellevue**

**NWABR Annual Institutional Animal Care and Use Committee Conference**



**J. Preston Van Hooser**
Review Scientist & Compliance Manager
Office of Animal Welfare, University of Washington
Chair, Dare 2 Care (D2C) Compassion in Science Committee
Member, UW IACUC
NWABR Board Member



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

1

 

**OFFICE** of **ANIMAL WELFARE**
*Research Support Services*
UNIVERSITY of WASHINGTON

# Session Objectives

- Recognizing Compassion Fatigue

- Overview of UW's D2C

- Updates

- Lessons Learned



© Folkert Hindriks



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

2

 

OFFICE OF ANIMAL WELFARE
*Research Support Services*
UNIVERSITY *of* WASHINGTON

# What is Compassion Fatigue?

In an animal care setting, Compassion Fatigue is a combination of physical, emotional and psychological depletion associated with working and caring for animals and their well-being in a captive environment.





*It's the negative aspect of our work. It may be related to providing care, working with colleagues, beliefs about self, system failure, burnout and/or any work-related trauma.*



DARE 2 CARE
UNIVERSITY *of* WASHINGTON
Compassion in Science

 

**OFFICE of ANIMAL WELFARE**
Research Support Services
UNIVERSITY of WASHINGTON

# The Cost of Caring

We cannot expect high levels of animal CARE without employees then CARING about the animals.

   

*We don't get compassion fatigue because we are weak, can't handle the work, aren't "cut out" for it. We get compassion fatigue because we care, deeply. And we ignore our own needs.*


DARE 2 CARE
UNIVERSITY OF WASHINGTON
Compassion in Science




# We all Experience it

Not only individuals working directly with the animals experience compassion fatigue, IACUC members, administrative support staff, vendors and facilities services personnel may also indirectly experience compassion fatigue.





Guillermo Decl. Exhibit P
Page 5 of 33

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# Signs & Symptoms

## Individual

- Depression
- Anxiety
- Apathy
- Irritability
- Sleep disturbance
- Poor self-care
- An increase in mistakes
- Diminished career enjoyment
- Substance abuse
- Problems in relationships

## Organization

- Substandard level of care
- Absenteeism
- High turnover
- Lack of teamwork
- Team conflict
- Low morale
- Blaming and complaining
- Increased cynicism
- Poor quality control
- Deterioration of the mission



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

6

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# Causes of Compassion Fatigue

| Animal Husbandry & Vet Staff | Research Faculty & Staff | IACUC & Admin Staff |
|---|---|---|
| Isolation | Long hours | Program size and complexity |
| Observed morbidity and mortality | Regularly witness or induce disease in animals | Protocol and grant congruency reviews |
| Desensitization | Self-blame | Animal Numbers |
| Sadness over the loss of a particular animal | Desensitization | System Failure(s) |
| Animals will ultimately be euthanized | Unexpected outcomes | Ethical decisions |
| | Animals will ultimately be euthanized | Post-Approval Monitoring |
| | Targeted by animal rights activists/Negative Press | Targeted by animal rights activists - UW Kills/Negative Press |

*Hard to talk about work*



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

7

 

**OFFICE of ANIMAL WELFARE**
Research Support Services
UNIVERSITY of WASHINGTON

# It Affects the Entire System



- Research Staff
- Lab staff, student helpers, and volunteers
- Veterinary Staff
- Husbandry Staff
- IACUC, AUTS, OH&S, EH&S, Animal Purchasing
- Building Management
- Facility Services
- Vendors
- Professional Transportation Services
- Government/Company

**Research Animals**
- Numerous interactions throughout it's life in a laboratory
- 100's of people involved in direct interaction and/or oversight of the animals


DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

Guillermo Decl. Exhibit P
Page 8 of 33

 

OFFICE of ANIMAL WELFARE
*Research Support Services*
UNIVERSITY *of* WASHINGTON

# Employee Training    

- Bites, scratches, kicks, physical trauma
- Ergonomics, noise
- Zoonoses, allergens, blood-borne pathogens
- Caustic, infectious, radioactive, toxic agents
- Sharps, hot surfaces, physical hazards
- Public safety, facility and computer security
- Disaster plans, fire, flood, bomb threat
- Harassment, discrimination, whistleblower
- **Emotional involvement?**



DARE 2 CARE
UNIVERSITY *of* WASHINGTON
Compassion in Science

9

Guillermo Decl. Exhibit P
Page 9 of 33

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# How did we (UW) get here?

- Identify the Need

- Assess the Potential Demand

- Anneke Keizer, Founder, COPE+
  - ➢ Small company specializing in counseling services for people working with laboratory animals

- Needs Assessment (July 2016 & June 2017)
  - ➢ Interviews, one-on-one interactions, focus groups





DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

10

 

**OFFICE of ANIMAL WELFARE**
Research Support Services
UNIVERSITY of WASHINGTON

# D2C Program Mission Statement

Assist all members of the research team to recognize compassion fatigue and raise awareness, provide tools, strategies and resources for managing human emotions in working with and caring for laboratory animals.





DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

11

Guillermo Decl. Exhibit P
Page 11 of 33

 

OFFICE OF ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# D2C Initial Program Goals / Objectives

- Study Endpoint Notification

- Support for Staff

- Self-care Strategies

- Time for Reflection

- Work Environments

- The "Box" Project

- Annual Commemoration

- Dedication Area





DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

12

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# Updates: Study Endpoint Notification

WaNPRC CF Subcommittee formed 2017

Heart Stickers / Cage Tags
- *Decided not to pursue at WaNPRC*
- *(Heart stickers WIP at DCM)*

E-mail Notification (NHP)
- Endpoint Distribution List
- E-mail Templates

*Acknowledge high levels of humane care*
*Acknowledge the greater purpose the animal served*





DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

13

 

**OFFICE** of **ANIMAL WELFARE**
Research Support Services

UNIVERSITY of WASHINGTON

Hi everyone,

All animals in room _____will  reaching their endpoint soon.

Our animals are all part of a large study titled _____.  We often refer to it as our _____ study.

This study's goal is to _____. As part of the study design, critical endpoint samples must be collected. The scientific knowledge gained in terminal tissue collections and analysis will further the understanding of targeting and eradicating viral reservoirs. In order to thoroughly investigate we will need to humanely euthanize the animals for terminal collections. The pathologist and research staff will carry out this important procedure.

We have worked with these 24 animals for a long time and they are certainly the most vocal, rowdiest group of monkeys we have encountered. Despite that, they have been a pleasure to work with. We have grown to love each of their individual personalities and will miss and remember them all. Endpoints will start _____ and end ___. If you would like specific endpoints for any animals please let me know.

Most everyone has had an important role in this large study. We want to thank all the people that have made this very important study successful. In particular we would like to thank the animal care staff for providing wonderful care for the animals. This is a very vocal group that loves food and treats and you can clearly tell from the animals' response that they prefer the husbandry technicians to anyone else. These animals were housed at Western and ARCF throughout their study and received excellent care. BMS did a great job ensuring the animals' behavioral needs are maintained. (They) setup the pairs which have remained stable throughout the study despite a few room changes. The clinical staff provided therapeutic support during the study and are continuing to do so in the most critical part of the study. Research support and surgery staff have also played a large role in this study. They've helped up performed ___ surgeries/tissue collections during the course of the study. All 24 animals have progressed through this intensive study and have had no major health issues. We thank the vet staff for keeping  close watchful eye on them.

I would also like to make a special thanks to the Kiem lab research staff (particularly Erica and Kelvin) in conducting ethical and compassionate research for our non-human primate patients. This has been a long, difficult study and these animals are all still healthy and happy thanks to the dedication of the research staff making sure their needs are met.

If you would like please take some time to stop by the animal's cage prior to the dates listed above.

Best regards, _____ Lab





 

OFFICE OF ANIMAL WELFARE
Research Support Services

UNIVERSITY of WASHINGTON

**Pre-Endpoint (Research) Example:**

Dear colleagues,

For quite some time we have been working on the _____ study titled_____

This study investigates the interaction of _____ treatment to enhance vaccine responses against _____ infection. As part of the study design, critical endpoint samples must be collected. The scientific knowledge gained in terminal tissue collection and analysis will further the understanding on how the _____ plays important role in _____ infection.  In order to thoroughly investigate this, we will need to humanely euthanize the animals for terminal collections.  The pathologist and support staff will carry out this important procedure.

On behalf of the principal investigator, I would like to inform you that we have reached important study endpoints for the following animals:

###### (Animal #/ Date)

We want to thank all the people that have made this very important research study successful.  In particular, we would like to thank the animal care staff for providing humane care for the animals, BMS for ensuring the animal's social and behavioral needs are met, clinical staff in providing therapeutic support during the study, research staff in conducting ethical and compassionate research for our non-human primate patients and pathology staff for ensuring the endpoint is humane.

If you would like, please take some time to visit the animal prior to the date listed above.

Best regards

_____ Team

WANPRC
WASHINGTON NATIONAL PRIMATE RESEARCH CENTER



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

15

 

OFFICE of ANIMAL WELFARE
Research Support Services

UNIVERSITY of WASHINGTON

**Post-Endpoint (Clinical) Example:**

Hello all,

###### was humanely euthanized yesterday afternoon due to her clinical condition, _____.

On behalf of the veterinary staff, I would like to thank the animal care staff, veterinary technicians, research support and BMS for your care and attention to this animal during her time at the center.

Thank you,

_____, Veterinarian

**Information to Include at the bottom if desired:**

You can find out more information about the D2C Compassion in Science program here: _____ including a dedicated phone line, as well as a list of personnel you can reach out to if you want to talk about the loss of a particular animal.





16

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# Updates: Support for Staff

- Educate staff about our D2C Program

- D2C volunteers reach out to staff in times of need- "someone to talk to"

- Dedicated D2C phone and email

- Inform staff of other support options - we are not therapists

- Events for special circumstances





DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

17

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# Updates: Training







18

 

# Updates: Occupational Health (OH) Screening

- Annual Health Assessment for husbandry staff / animal users administered by UW Employee Health

- One of the first institutions to implement CF assessment as part of OH screening for Laboratory Animal Professionals



Guillermo Decl. Exhibit P
Page 19 of 33




**OFFICE** of **ANIMAL WELFARE**
*Research Support Services*
UNIVERSITY *of* WASHINGTON

University of Washington CAMPUS HEALTH SERVICES
**UW Employee Health**

### ANIMAL CONTACT HEALTH QUESTIONNAIRE

*Confidential* ____Initial        *Periodic*

| | | | |
|---|---|---|---|
| **Name (Last, First, MI):** | **Employee ID Number:** | **Male Female** | |
| **Job Title:** | **Box Number:** | **Work Phone:** | |
| **Department:** | **Supervisor/PI:** | | |
| **Work location:** | **How many years** have you worked in this position: | | |
| **Email (required):Birthdate:** | **Today's Date:** | | |

#### STATEMENT OF DECLINATION

*IF YOU CHOOSE TO DECLINE THE MEDICAL SCREENING, SIGN BELOW AND DO NOT COMPLETE THE REST OF THE FORM.*

I,                    *(Type or print name),* decline to participate in the Occupational Health program for animal contact workers. I realize that declining could lead to unforeseen medical concerns. I also understand that I can change my mind about participating by contacting the Employee Health Center.
**SIGNATURE:    DATE:**
        **Send To: Employee Health Center, Box 354410, Office 206-685-1026 Fax 206-221-5110**

**I. LABORATORY ANIMAL USE**  *Check all boxes that apply to your work situation.*

    I am working with live animals.
    I do husbandry (care of animals) and/or veterinary services.
    I do not work with animals, but work in an animal area.

## VI. ADDITIONAL HEALTH CONCERNS

Yes ☐ I have health or workplace concerns not covered by the questionnaire **(e.g. Compassion Fatigue)** that I feel may affect my occupational health and would like to discuss with the Employee Health provider.

Yes ☐ I have reproductive concerns that I would like to discuss with the Employee Health Provider

Yes ☐ I have answered the questions truthfully and to the best of my recollection.

## VII. SIGNATURE: _____ DATE: _____



DARE 2 CARE
UNIVERSITY *of* WASHINGTON
Compassion in Science

20

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON

# Updates: Reflections

- Provide an opportunity for individuals to come together in one place to pay tribute to our research animals and each other.



**Martin K. (Casey) Childers, DO, PhD**
Professor
Rehabilitation Medicine
University of Washington



**Paul Frase**
NFL Veteran
Co-Founder, Joshua Frase Foundation

- Guest speakers share their research and acknowledge the  contributions provided by Laboratory Animal Professionals
- Open to all animal caregivers, research faculty and staff



21

 

OFFICE of ANIMAL WELFARE
Research Support Services
UNIVERSITY of WASHINGTON



## Updates: Work Environment / Break Areas

Improving break rooms was frequently requested during our Needs Assessments

"Before" and "After" video of animal caregiver breakroom with completed renovations @ https://sites.uw.edu/d2c under **Special Projects** page



## Updates: "The Box Project"

An innovative way to encourage staff to express themselves anonymously



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

22

Guillermo Decl. Exhibit P
Page 22 of 33

 

OFFICE of ANIMAL WELFARE
*Research Support Services*
UNIVERSITY of WASHINGTON

# Updates: Dedication Area (In Progress)

- Physical tribute
- Peaceful retreat where staff can go to reflect

  



# Annual Commemoration (In Progress)

- The entire UW community can gather
- Acknowledge contributions to biomedical research and animal welfare



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

23



OFFICE of ANIMAL WELFARE
*Research Support Services*
UNIVERSITY of WASHINGTON

# Updates:  UW D2C Website



https://sites.uw.edu/d2c



24

 

OFFICE of ANIMAL WELFARE
*Research Support Services*

UNIVERSITY of WASHINGTON

# Updates: UW D2C Website

## 3217 visitors  |  197 cities  |  25 countries




DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

25

Guillermo Decl. Exhibit P
Page 25 of 33

 

# Updates:  Presentations & Publications

**2019**

Fred Hutchinson Cancer Research Center 2019 – Seattle, WA  Dare 2 Care (D2C): Developing a Sustainable Compassion Fatigue Program

**2018**

2018 Association of Zoos and Aquariums Annual Conference – Seattle, WA  Dare 2 Care: Developing a Program to Manage Compassion Fatigue Among Animal Caregivers Across Industries

AALAS 2018 NM – Baltimore, MD_You Created a Compassion Fatigue Program – What's Next?

International One Health Congress (IOHC) 2018 Conference – Saskatoon, Canada_ Compassion Fatigue and One Health: supporting our relationship with the animals we care for thru an integrated One Health approach

World Veterinary Association Congress (WVAC) 2018 Conference – Barcelona, Spain_ Running on Empty: increasing awareness of Animal Welfare and Compassion Fatigue through the One Health approach

2018 IPS Conference_Compassion Fatigue: What is it and how does it influence our relationship with Nonhuman Primates in Captivity

PRIM&R 2018 IACUC Conference – Columbus, OH_Compassion Fatigue: A two-part session that covers what IACUC's should be aware of in terms of compassion fatigue – what is it and how does it impact an animal care and use program

2018 NWABR IACUC Conference – Lynnwood, WA_Strategies for Developing an Institutional Program to Manage Compassion Fatigue

AALAS 2018  Webinar – Global_Strategies for Developing an Institutional Program to Manage Compassion Fatigue

**2017**

2017 Crossing the I's Conference – Spokane, WA_Dare 2 Care (D2C): Developing a Sustainable Compassion Fatigue Program That Meets Your Institutional Needs

2017 Crossing the I's Conference – Portland, OR_Dare 2 Care (D2C): Developing a Sustainable Compassion Fatigue Program That Meets Your Institutional Needs

AALAS 2017 NM – Austin, TX_ Dare to Care: Developing and implementing a sustainable compassion fatigue program that meets your institutional needs

AALAS 2017 D8 – Salt Lake City, UT_ Dare to Care: Developing and implementing a sustainable compassion fatigue program that meets your institutional needs (repurposed PRIM&R 2017)

PRIM&R 2017 IACUC Conference – New Orleans, LA_ Dare to Care: Developing and Implementing a Sustainable Compassion Fatigue Program that Meets Your Institutional Needs (Hot Topics and Emerging Trends Track)

 

OFFICE of ANIMAL WELFARE
*Research Support Services*
UNIVERSITY of WASHINGTON

# Lessons Learned

- Recognize that this is a change in culture

- Set clear expectations
  - Committee membership / Charter?
  - Guidelines for volunteers that reach out to staff in need

- Identify possible funding sources early on

- Committee should remain independent and available to all staff




DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

27




# Lessons Learned

### Recognize the Lab Animal Professional Work Resiliency Lifecycle





28

 

**OFFICE OF ANIMAL WELFARE**
Research Support Services
UNIVERSITY of WASHINGTON

# Lessons Learned

## Recognize the typical Committee/Board Lifecycle





29

 

**OFFICE** of **ANIMAL WELFARE**
*Research Support Services*
UNIVERSITY of WASHINGTON

# Lessons Learned

- Understand the Management perspective:
  - Research must continue
  - Care standards for animals must be maintained



**Photo Credit:** Oregon National Primate Research Center/OHSU; ComeSeeOurWorld.org



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

30

 

# Acknowledgments

 University of Washington D2C Compassion in Science Committee

University of Washington and WaNPRC Leadership

 Dr. Sally Thompson-Iritani

VA Puget Sound Health Care System

 Dr. Kim Stocking

Northwest Association for Biomedical Research (NWABR) Planning Committee

 Ken Gordon, Executive Director, NWABR

The Jackson Laboratory



31

 



# Thank you for what you do….. you truly make a difference!



32




OFFICE of ANIMAL WELFARE
*Research Support Services*
UNIVERSITY of WASHINGTON



It is better to have a Compassion Fatigue Program and not need it –

.......than to need a Compassion Fatigue Program and not have it.

~ Anthony Gray, 2017



DARE 2 CARE
UNIVERSITY of WASHINGTON
Compassion in Science

33