# EXHIBIT Q

(Document Filed Physically)

See:

*Notice of Filing Paper or Physical Materials with the Clerk*