The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>Intervenor-Defendants. | No. 2:24-cv-00170-JHC<br><br>SECOND DECLARATION OF MARI OSTENDORF RE: DEFENDANTS' RESPONSE TO THE MOTION FOR PRELIMINARY INJUNCTION |

I, MARI OSTENDORF, state as follows:

1. I am over the age of eighteen and competent to testify herein.

2. I am the Vice Provost for Research at the University of Washington, a position I have held since September 2021. I joined the University of Washington in 1999 and am an Endowed Professor of System Design Methodologies in the Electrical and Computer

SECOND DECLARATION OF MARI OSTENDORF RE: DEFENDANTS' RESPONSE TO THE MOTION FOR PRELIMINARY INJUNCTION - 1

ATTORNEY GENERAL OF WASHINGTON
UNIVERSITY OF WASHINGTON
4333 BROOKLYN AVE NE, MS 359475
SEATTLE, WASHINGTON 98195-9475
(206) 543-4150

Engineering Department. During my time at the University I have served in several administrative capacities, including serving as Associate Vice Provost for Research in the Office of Research since 2017 until my appointment as the Vice Provost for Research.

3. As the Vice Provost for Research, I supervise the Institutional Official who oversees the University Office of Animal Welfare, who coordinates the Institutional Animal Care and Use Committee (IACUC, generally pronounced "eye-a-cook") on behalf of the University. Federal law and regulations require all research facilities receiving federal funding and using species that fall under the Animal Welfare Act in research, teaching, or testing to have an IACUC. It is a compliance committee that reviews animal research protocols, changes to protocols, and adverse incidents.

4. There are approximately 34-40 members and alternate members of the IACUC at any given time. Service on the IACUC is voluntary and unpaid. Although service is voluntary, for tenured faculty or those seeking tenure, service on the IACUC can be considered "service" for purposes of evaluating whether a faculty member is meeting their academic responsibilities of scholarship and research, teaching, and service.

5. The University has appointed approximately 20 members to the IACUC since March 2021. Some of these members are current University employees.

6. On February 2, 2024, my office sent an email to 33 people, current and former members or alternate members of the University's IACUC, potentially impacted by pending records requests and for whom we had current contact information, notifying them that the *Sullivan* injunction had expired earlier in January, and informing them of how the University intended to proceed vis a vis pending and future public records requests. A true and correct copy of that communication is attached as Exhibit A.

SECOND DECLARATION OF MARI
OSTENDORF RE: DEFENDANTS'
RESPONSE TO THE MOTION FOR
PRELIMINARY INJUNCTION - 2

ATTORNEY GENERAL OF WASHINGTON
UNIVERSITY OF WASHINGTON
4333 BROOKLYN AVE NE, MS 359475
SEATTLE, WASHINGTON 98195-9475
(206) 543-4150

7. Some of the recipients of my February 2, 2024, email were current University of Washington employees.

8. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this __17__ day of March 2025.

*Mari Ostendorf*
_____
Mari Ostendorf
Vice Provost

SECOND DECLARATION OF MARI OSTENDORF RE: DEFENDANTS' RESPONSE TO THE MOTION FOR PRELIMINARY INJUNCTION - 3

ATTORNEY GENERAL OF WASHINGTON
UNIVERSITY OF WASHINGTON
4333 BROOKLYN AVE NE, MS 359475
SEATTLE, WASHINGTON 98195-9475
(206) 543-4150