# EXHIBIT A

**Confidential notification**



⊗ **Vice Provost for Research <vpresearch@uw.edu>**                                  Friday, February 2, 2024 at 4:21 PM

Cc:   🕒 Jane Yung;   ⊗ PUBLIC RECORDS OFFICE;   Garland, Nancy (ATG);   +33 more ⌄

To Whom It May Concern:

You are receiving this notification as a current or former member or alternate of the University's IACUC. As you may be aware, the University continues to process and receive public records requests from PETA and others which may associate your name with the IACUC. The language of these requests and the records they are requesting varies.

Between February 24, 2022 and January 8, 2024, in compliance with a temporary restraining order and later a preliminary injunction entered in *Sullivan v. UW et al*, 2:22-cv-000204-RAJ in the United States District Court for the Western District of Washington, the University redacted personally identifying information from records released in response to public records requests, following consultation with the plaintiffs' attorneys in that matter regarding those redactions.

On December 13, 2023, the Ninth Circuit Court of Appeals reversed the district court's injunction. The mandate issued on January 4, 2024. At the Ninth Circuit's direction, the District Court dismissed *Sullivan v. UW et al* on January 8, 2024. As a result, the injunction is no longer in place. The public records request that precipitated the lawsuit—a request by a PETA employee for IACUC appointment letters—has since been withdrawn by the requestor.

Now that a decision has been made on the injunction, the University needs to release records that are responsive to certain record requests. Examples of such requests include, but are not limited to:
- Requests for a protocol that you may have been involved in reviewing or commented on.
- Requests for records regarding an investigation if you were involved in investigating a concern.
- Requests for semi-annual reports.

Therefore, for records released after January 8, 2024 in response to public records requests, the University will no longer be redacting personally identifying information pursuant to the injunction or consulting with plaintiffs' counsel in the *Sullivan* matter prior to the records' release. The University will continue to review and respond to public records requests as required by law. Unless otherwise exempt from production under the PRA (e.g., home addresses when contained in personnel files), personally identifying information will be released.

The University is providing this notice to you, as a current or former member or alternate of the IACUC and an individual to whom some responsive records may relate, as allowed by law. The University does not plan to provide notice of every incoming request or stage of records anticipated to be released in compliance with the PRA that may associate you with the IACUC. However, no records will be released in response to open or new PRA requests until February 19, 2024, in order to allow you to seek court protection from release should you choose. Any order enjoining release must be sent to the University's Office of Public Records at pubrec@uw.edu by 4:00pm on February 16, 2024. If you are represented by counsel, they may reach out to Assistant Attorney General Nancy Garland at 206-685-7452.

You may contact me for clarification of any information in this notification.

Thank you again for your time and efforts supporting the University and responsible research.

Sincerely,
Mari Ostendorf