The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| P. POE 5, and P. POEs 2 through 4 and 6 through 75, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; PERRY TAPPER, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>        Defendants,<br><br>        and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation, and NORTHWEST ANIMAL RIGHTS NETWORK, a Washington nonprofit corporation,<br><br>        Intervenor-Defendants. | No. 2:24-cv-00170-JHC<br><br>STIPULATION OF DISMISSAL<br><br>(FED. R. CIV. P. 41(a)(1)(A)(ii)) |

    Plaintiffs, Defendants, and Intervenor-Defendants, by and through their respective counsel, hereby stipulate to the dismissal of this action without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATION OF DISMISSAL - 1
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

     **DATED** this 28th day of April, 2025.

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Washington Attorney General<br><br>*/s/ Jessica L. Creighton*<br>Jessica L. Creighton, WSBA #37956<br>Nancy S. Garland, WSBA #43501<br>Assistant Attorneys General<br><br>Washington Attorney General's Office<br>University of Washington Division<br>4333 Brooklyn Avenue NE, 18th Floor<br>Seattle, Washington 98195-9475<br>Phone: 206-543-4150<br>Facsimile: 206-543-0779<br>E-mail: jessica.creighton@atg.wa.gov<br>         Nancys.garland@atg.wa.gov<br><br>Attorneys for Defendants University of Washington and Perry Tapper | **GOLDFARB & HUCK ROTH RIOJAS, PLLC**<br><br>*/s/ Darwin P. Roberts*<br>Darwin P. Roberts, WSBA #32539<br><br>925 Fourth Avenue, Suite 3950<br>Seattle, WA 98104<br>Telephone: (206) 452-0260<br>Facsimile: (206) 397-3062<br>E-mail: roberts@goldfarb-huck.com<br><br>Attorneys for Plaintiffs<br><br>**ANGELI & CALFO LLC**<br><br>*/s/ Peter D. Hawkes*<br>Peter D. Hawkes, WSBA #56794<br>121 SW Morrison Street, Suite 400<br>Portland, OR 97204<br>Telephone: (971) 420-0220<br>Facsimile: (503) 227-0880<br>E-mail: peter@angelicalfo.com<br><br>Attorney for Intervenor-Defendants People for the Ethical Treatment of Animals, Inc. and Northwest Animal Rights Network<br><br>Asher Smith (NY Bar No. 5379714)<br>PETA Foundation<br>1536 16th Street NW<br>Washington, DC 20036<br>(202) 483-7382; (202) 540-2208 (fax)<br><br>Attorney for Intervenor-Defendants People for the Ethical Treatment of Animals, Inc. |

STIPULATION OF DISMISSAL - 2
P. POE 5, ET AL. v. UNIVERSITY OF WASHINGTON, ET AL.
NO. 2:24-CV-00170

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260